State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 56244015
Date: Oct 24 2014 01:53PM
Cicely Barber, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **JAMIE LEE ANDREWS, as** | ) | |
| **Surviving Spouse of** | ) | |
| **MICAH LEE ANDREWS, Deceased,** | ) | |
| **And JAMIE LEE ANDREWS, as** | ) | |
| **Administrator of the Estate of** | ) | |
| **MICAH LEE ANDREWS, Deceased,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 14EV002102F** |
| **MAZDA MOTOR CORPORATION,** | ) | |
| **MAZDA MOTOR OF AMERICA, INC.,** | ) | |
| **AUTOLIV, INC., AUTOLIV ASP, INC.,** | ) | |
| **AUTOLIV AB, AUTOLIV JAPAN, LTD.,** | ) | |
| **AUTOLIV SAFETY TECHNOLOGY, INC.,** | ) | |
| **AUTOLIV LLC, AUTOLIV NORTH** | ) | |
| **AMERICA, INC., ROBERT BOSCH LLC,** | ) | |
| **ROBERT BOSCH NORTH AMERICA** | ) | |
| **CORPORATION, ROBERT BOSCH** | ) | |
| **MOTOR SYSTEMS CORPORATION,** | ) | |
| **BOSCH CORPORATION, and** | ) | |
| **JOHN DOES 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that Mazda Motor Corporation, Mazda Motor of America, Inc., Autoliv, Inc., Autoliv ASP, Inc., Autoliv, AB, Autoliv Japan, Ltd., Autoliv Safety Technology, Inc., Autoliv LLC, Autoliv North America, Inc., Robert Bosch LLC and Robert Bosch North America Corporation, ("Defendants"), have on this date removed the above-captioned action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A copy of Defendants Federal Notice of Removal is attached as **Exhibit 1**.

This 24th day of October, 2014.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Ashley W. Broach*

By: _____

C. Bradford Marsh
Georgia Bar No.: 471280
Ashley W. Broach
Georgia Bar No. 083593
*Attorneys for Mazda Motor Corporation and*
*Mazda Motor of America, Inc.*

1355 Peachtree St. N.E., Suite 300
Atlanta, Georgia 30309
Tele: (404) 874-8800
Fax: (404) 888-6199
brad.marsh@swiftcurrie.com
ashley.broach@swiftcurrie.com

ALSTON & BIRD LLP

*/s/ Douglas G. Scribner*

By: _____

Douglas G. Scribner *w/express permission by AWB*
Georgia Bar No.: 632755
Jenny A. Mendelsohn
Georgia Bar No.: 447183
*Attorneys for Autoliv Inc., Autoliv ASP, Inc., Autoliv*
*AB, Autoliv Japan, Ltd., Autoliv Safety Technology,*
*Inc., Autoliv LLC,  and Autoliv North America, Inc.*

1201 West Peachtree Street
Atlanta, Georgia 30309
Tele: (404) 881-4977
Fax: (404) 253-8377

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

*/s/ Michael J. Sullivan*

By: _____

Michael J. Sullivan *w/express permission by AWB*
Georgia Bar No.:  142203
Vonnetta L. Benjamin
Georgia Bar No.:  049890
*Attorneys for Robert Bosch LLC and Robert*
*Bosch North America Corporation*

271 17th Street, NW
Suite 2400
Atlanta, Georgia 30363-1017
Tele: (404) 872-7000
Fax: (404) 888-7490
msullivan@wcsr.com
vbenjamin@wcsr.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing NOTICE

OF FILING NOTICE OF REMOVAL upon all parties to this matter through the Court's electronic

filing system as follows:

James E. Butler, Jr.
Robert D. Cheeley
Tedra C. Hobson
BUTLER WOOTEN CHEELEY & PEAK LLP
2719 Buford Highway
Atlanta, GA  30324

William L. Ballard
Gregory R. Feagle
BALLARD & FEAGLE, LLP
1180 West Peachtree Street
Suite 2250
Atlanta, GA  30309

This 24th day of October, 2014.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Ashley W. Broach*

By: _____
C. Bradford Marsh
Georgia Bar No.: 471280
Ashley W. Broach
Georgia Bar No. 083593
*Attorneys for Mazda Motor Corporation and Mazda Motor of America, Inc.*

1355 Peachtree St. N.E., Suite 300
Atlanta, Georgia 30309
Tele: (404) 874-8800
Fax: (404) 888-6199
brad.marsh@swiftcurrie.com
ashley.broach@swiftcurrie.com

2853561v.1