IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as ) <br> Surviving Spouse of ) <br> MICAH LEE ANDREWS, Deceased, ) <br> And JAMIE LEE ANDREWS, as ) <br> Administrator of the Estate of ) <br> MICAH LEE ANDREWS, Deceased, ) <br>   ) <br> v. ) <br>   ) <br>   ) <br> MAZDA MOTOR CORPORATION, ) <br> MAZDA MOTOR OF AMERICA, INC., ) <br> AUTOLIV, INC., AUTOLIV ASP, INC., ) <br> AUTOLIV AB, AUTOLIV JAPAN, LTD., ) <br> AUTOLIV SAFETY TECHNOLOGY, INC. ) <br> AUTOLIV LLC, AUTOLIV NORTH ) <br> AMERICA, INC., ROBERT BOSCH LLC, ) <br> ROBERT BOSCH NORTH AMERICA ) <br> CORPORATION, ROBERT BOSCH ) <br> MOTOR SYSTEMS CORPORATION, ) <br> BOSCH CORPORATION, and ) <br> JOHN DOES 1-5, ) <br>   ) <br>      Defendants. ) | CIVIL ACTION FILE NO. <br> NO. 1:14-cv-03432WSD |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW MYRECE R. JOHNSON and respectfully notifies all judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave pursuant to GA Uniform Court Rule 16.

1.  The periods of leave during which time Applicant will be away from the practice of law due to maternity leave are as follows:

**November 13, 2015 through March 4, 2016**

2.  All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

Dated this 1st day of October, 2015.

                             Respectfully submitted,

                             **SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:  */s/ Myrece R. Johnson*
      Myrece R. Johnson
      Georgia Bar No. 940301
      *Attorney for Defendants*
      Mazda Motor Corporation &
      Mazda Motor of America, Inc.

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
myrece.johnson@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF LEAVE OF ABSENCE** upon all parties to this matter by depositing a true copy of the same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

James E. Butler, Jr.
Robert D. Cheeley
Tedra C. Hobson
BUTLER WOOTEN CHEELEY & PEAK LLP
2719 Buford Highway
Atlanta, GA  30324

William L. Ballard
Gregory R. Feagle
BALLARD & FEAGLE, LLP
1180 West Peachtree Street
Suite 2250
Atlanta, GA  30309

Douglas G. Scribner
Jenny A. Mendelsohn
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309

Michael J. Sullivan
Vonnetta L. Benjamin
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
271 17th Street, NW
Suite 2400
Atlanta, Georgia 30363-1017

Respectfully submitted this 1st day of October, 2015.

                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                By:   */s/ Myrece R. Johnson*
                      Myrece R. Johnson
                      Georgia Bar No. 940301
                      *Attorney for Defendants*
                      Mazda Motor Corporation &
                      Mazda Motor of America, Inc.

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
myrece.johnson@swiftcurrie.com

3031321v.1