# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as Surviving Spouse of MICAH LEE ANDREWS, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of MICAH LEE ANDREWS, Deceased<br>    Plaintiff,<br><br>v.<br><br>MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., AUTOLIV, INC., AUTOLIV ASP, INC., AUTOLIV AB, AUTOLIV JAPAN, LTD., AUTOLIV SAFETY TECHNOLOGY, INC., ROBERT BOSCH GmbH, ROBERT BOSCH LLC, ROBERT BOSCH NORTH AMERICA CORPORATION, and JOHN DOES 1-5.<br>    Defendants. | CIVIL ACTION FILE<br><br>NO.1:14-CV-03432-WSD |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that I have this day served all parties with a copy of the following:  1) Plaintiff's Third Supplemental Responses to Defendants Mazda Motor Corporation and Mazda Motor of America, Inc.'s First Requests for Production of Documents to Plaintiff; 2) Plaintiff's Third Supplemental Responses to Defendants Mazda Motor Corporation and Mazda

Motor of America, Inc.'s First Interrogatories to Plaintiff; 3) Plaintiff's Third Supplemental Responses to Defendant Autoliv Japan, Ltd.'s First Set of Interrogatories to Plaintiff; and 4) Plaintiff's Third Supplemental Responses to Defendant Autoliv Japan, Ltd.'s First Request for Production of Documents to Plaintiff via email and by depositing a copy of same in the United States Mail with adequate postage affixed thereon, in an envelope addressed as follows:

| | |
|---|---|
| C. Bradford Marsh, Esq. | Douglas G. Scribner, Esq. |
| Ashley W. Broach, Esq. | Jenny A. Mendelsohn, Esq. |
| Swift, Currie, McGhee & Hiers, LLP | Alston & Bird LLP |
| 1355 Peachtree St., N.E., Suite 300 | One Atlantic Center |
| Atlanta, GA 30309 | 1201 West Peachtree Street |
| | Atlanta, GA 30309-3424 |

Respectfully submitted this 5th day of October, 2015.

BUTLER WOOTEN CHEELEY & PEAK LLP

BY: s/ _Tedra L. Cannella_
    JAMES E. BUTLER, JR.
     jim@butlerwooten.com
     Georgia Bar No. 099625
    ROBERT D. CHEELEY
     bob@butlerwooten.com
     Georgia Bar No. 122727
    TEDRA L. CANNELLA
     tedra@butlerwooten.com
     Georgia Bar No. 881085
    2719 Buford Highway
    Atlanta, Georgia  30324
    (404) 321-1700
    (404) 32101713 Fax

BALLARD & FEAGLE, LLP

By: /s Gregory R. Feagle
 WILLIAM L. BALLARD
  bill@ballardandfeagle.com
  Georgia Bar No. 035625
 GREGORY R. FEAGLE
  greg@ballardandfeagle.com
  Georgia Bar No. 256913
 1180 West Peachtree St., Suite 2250
 Atlanta, Georgia 30309
 (404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                        s/ *Tedra L. Cannella*
                                        JAMES E. BUTLER, JR.
                                          Georgia Bar No. 099625
                                        ROBERT D. CHEELEY
                                          Georgia Bar No. 122727
                                        TEDRA L. CANNELLA
                                          Georgia Bar No. 881085
                                        Butler Wooten Cheeley & Peak LLP
                                        2719 Buford Highway
                                        Atlanta, Georgia  30324
                                        (404) 321-1700
                                        (404) 321-1713 Fax

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2015, I electronically filed **Rule 5.4 Certificate of Service** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| C. Bradford Marsh, Esq. | Douglas G. Scribner, Esq. |
| Ashley W. Broach, Esq. | Jenny A. Mendelsohn, Esq. |
| Swift, Currie, McGhee & Hiers, LLP | Alston & Bird LLP |
| 1355 Peachtree St., N.E., Suite 300 | One Atlantic Center |
| Atlanta, GA  30309 | 1201 West Peachtree Street |
| | Atlanta, GA 30309-3424 |

This 5th day of October, 2015.

BY: s/ *Tedra L. Cannella*
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
ROBERT D. CHEELEY
  Georgia Bar No. 122727
TEDRA L. CANNELLA
  Georgia Bar No. 881085
Butler Wooten Cheeley & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax