THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as  * <br> Surviving Spouse of  * <br> MICAH LEE ANDREWS, Deceased,  * <br> and JAMIE LEE ANDREWS, as  * <br> Administrator of the Estate of  * <br> MICAH LEE ANDREWS, Deceased,  * <br>     Plaintiff,  * <br>   * <br> v.  * <br>   * <br> MAZDA MOTOR CORPORATION,  * <br> MAZDA MOTOR OF AMERICA, INC.,  * <br> AUTOLIV JAPAN, LTD., and  * <br> JOHN DOES 1-5,  * <br>     Defendants.  * | CIVIL ACTION FILE <br><br> NO.1:14-CV-03432-WSD |

### NOTICE OF DEPOSITION OF DOUGLAS A. NUNAN

TO:  Douglas A. Nunan
     c/o Ashley W. Broach, Esq.
     Swift, Currie, McGhee & Hiers, LLP
     1355 Peachtree St., N.E., Suite 300
     Atlanta, GA  30309

COME NOW the Plaintiffs in the above-captioned matter and hereby notice the deposition of Douglas A. Nanan.  The deposition will begin Friday, March 18, 2016, at 10:00 a.m. at Swift, Currie, McGhee & Hiers, LLP, 1355 Peachtree Street, N.E., Suite 300, Atlanta, GA  30309.  The deposition will be by oral examination,

on cross examination, before an officer duly authorized to administer oaths for all purposes permitted by the Federal Rules of Civil Procedure and will be taken by stenographic means.

The witness is hereby directed to bring to the deposition those items identified in the Schedule A of Documents attached hereto.

Respectfully submitted this 11th day of March, 2016.

                BUTLER WOOTEN CHEELEY & PEAK LLP


                BY: s/ Tedra L. Cannella
                JAMES E. BUTLER, JR.
                  jim@butlerwooten.com
                  Georgia Bar No. 099625
                ROBERT D. CHEELEY
                  bob@butlerwooten.com
                  Georgia Bar No. 122727
                TEDRA L. CANNELLA
                  tedra@butlerwooten.com
                  Georgia Bar No. 881085
                RORY A. WEEKS
                  rory@butlerwooten.com
                  Georgia Bar No. 113491
                2719 Buford Highway
                Atlanta, Georgia  30324
                (404) 321-1700
                (404) 32101713 Fax

BALLARD & FEAGLE, LLP


By: /s Gregory R. Feagle
WILLIAM L. BALLARD
  bill@ballardandfeagle.com
  Georgia Bar No. 035625
GREGORY R. FEAGLE
  greg@ballardandfeagle.com
  Georgia Bar No. 256913
1180 West Peachtree St., Suite 2250
Atlanta, Georgia 30309
(404) 873-1220


**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                      s/ Tedra L. Cannella
                                      JAMES E. BUTLER, JR.
                                        jim@butlerwooten.com
                                        Georgia Bar No. 099625
                                      ROBERT D. CHEELEY
                                        bob@butlerwooten.com
                                        Georgia Bar No. 122727
                                      TEDRA L. CANNELLA
                                        tedra@butlerwooten.com
                                        Georgia Bar No. 881085
                                      RORY A. WEEKS
                                        rory@butlerwooten.com
                                        Georgia Bar No. 113491
                                    2719 Buford Highway
                                    Atlanta, Georgia  30324
                                    (404) 321-1700
                                    (404) 32101713 Fax

## SCHEDULE "A" OF DOCUMENTS

1. All correspondence generated or received in connection with this case.

2. Copies of all resumes used by you in connection with your consulting, academic or other professional endeavors.

3. Any and all contracts between you or your employer and any Defendant in this case (including its subsidiaries, parent, or related companies) or its attorneys or representatives.

4. The entire file generated in this case.  This includes all documents you have reviewed or received in connection with this case.

5. All files and documents generated, received, or relied on in connection with this case, but not contained in this case file.

6. All documents you have reviewed, received or relied on in connection with this case.

7. Your billing records for this case.

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2016, I electronically filed NOTICE OF DEPOSITION OF DOUGLAS A. NUNAN with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| C. Bradford Marsh, Esq. | Douglas G. Scribner, Esq. |
| Ashley W. Broach, Esq. | Jenny A. Mendelsohn, Esq. |
| Myrece R. Johnson, Esq. | Alston & Bird LLP |
| Daniel J. Kingsley, Esq. | One Atlantic Center |
| Swift, Currie, McGhee & Hiers, LLP | 1201 West Peachtree Street |
| 1355 Peachtree St., N.E., Suite 300 | Atlanta, GA 30309-3424 |
| Atlanta, GA 30309 | |

This 11th day of March, 2016.

BY: s/ Tedra L. Cannella
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
ROBERT D. CHEELEY
  bob@butlerwooten.com
  Georgia Bar No. 122727
TEDRA L. CANNELLA
  tedra@butlerwooten.com
  Georgia Bar No. 881085
RORY A. WEEKS
  rory@butlerwooten.com
  Georgia Bar No. 113491
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax