THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as                                Surviving Spouse of  MICAH LEE ANDREWS, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of MICAH LEE ANDREWS, Deceased             Plaintiff,   v.    MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., and AUTOLIV JAPAN, LTD.,             Defendants. | *  *  *  CIVIL ACTION FILE *  *  NO.1:14-CV-03432-WSD *  *  *  *  *  *  *  *  *  *  * |

## AUTOLIV JAPAN LTD.'S
## <u>MOTION FOR SUMMARY JUDGMENT</u>

Defendant Autoliv Japan, Ltd. ("Autoliv"), pursuant to Fed. R. Civ. P. 56 and other applicable law, moves for summary judgment, and requests that the Court dismiss Plaintiff's claims against Autoliv in their entirety. Autoliv contends that Plaintiff's Second Amended Complaint raises no genuine issues of material fact, and that, therefore, Autoliv is entitled to judgment as a matter of law. In support of its Motion, Autoliv relies upon all matters of record and the following materials filed on this date: Autoliv's Statement of Material Facts, Autoliv's Brief

in Support of Motion for Summary Judgment, and the Appendix of Excerpts to Autoliv's Motion for Summary Judgment.

Respectfully submitted this 30th day of March, 2016.

/s/ Jenny A. Mendelsohn, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
Jenny A. Mendelsohn, Esq.
Georgia Bar No. 447183

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Autoliv Japan, Ltd.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

/s/ Jenny A. Mendelsohn, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
Jenny A. Mendelsohn, Esq.
Georgia Bar No. 447183

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Autoliv Japan, Ltd.*

LEGAL02/36281845v1

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that on March 30, 2016, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James E. Butler, Jr<br>Robert D. Cheeley<br>Tedra Cannella<br>Rory Weeks<br>BUTLER WOOTEN CHEELEY & PEAK LLP<br>2719 Buford Highway<br>Atlanta, Georgia 30324<br><br>William L. Ballard<br>Gregory R. Feagle<br>BALLARD & FEAGLE, LLP<br>1180 West Peachtree Street<br>Suite 2250<br>Atlanta, Georgia 30309<br><br>*Attorneys for Plaintiff* | C. Bradford Marsh<br>Ashley W. Broach<br>S. DeAnn Bomar<br>Myrece Johnson<br>Daniel J. Kingsley<br>SWIFT, CURRIE, MCGHEE & HIERS LLP<br>1355 Peachtree Street NE<br>Suite 300<br>Atlanta, Georgia 30309<br><br>*Attorneys for Mazda Motor Corporation and Mazda Motor of America, Inc.* |

/s/ Jenny A. Mendelsohn
Jenny A. Mendelsohn
Georgia Bar No.  447183

- 4 -