THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMIE LEE ANDREWS, as | * | |
| Surviving Spouse of | * | |
| MICAH LEE ANDREWS, Deceased, | * | CIVIL ACTION FILE |
| and JAMIE LEE ANDREWS, as | * | |
| Administrator of the Estate of | * | NO.1:14-CV-03432-WSD |
| MICAH LEE ANDREWS, Deceased, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MAZDA MOTOR CORPORATION, | * | |
| MAZDA MOTOR OF AMERICA, INC., | * | |
| AUTOLIV JAPAN, LTD., and | * | |
| JOHN DOES 1-5, | * | |
|     Defendants. | * | |

**NOTICE OF WITHDRAWAL OF 30(b)(6) DEPOSITION TO MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC.**

Plaintiff Jamie Lee Andrews hereby withdraws her request that Defendants Mazda Motor Corporation and Mazda Motor of America, Inc. designate one or more representatives to testify about the topics set out in her Amended Notice of 30(b)(6) Deposition [245]. The 30(b)(6) deposition of Mazda, which had been scheduled to take place June 15–16, 2016 at the United States Consulate in Osaka, Japan, is cancelled. Plaintiff has no plans to reschedule this deposition.

Respectfully submitted this 8th day of June, 2016.

BUTLER WOOTEN CHEELEY & PEAK LLP

BY: s/  Tedra L. Cannella
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
ROBERT D. CHEELEY
  bob@butlerwooten.com
  Georgia Bar No. 122727
TEDRA L. CANNELLA
  tedra@butlerwooten.com
  Georgia Bar No. 881085
RORY A. WEEKS
  rory@butlerwooten.com
  Georgia Bar No. 113491
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax


BALLARD & FEAGLE, LLP

BY: s/  Gregory R. Feagle
WILLIAM L. BALLARD
  bill@ballardandfeagle.com
  Georgia Bar No. 035625
GREGORY R. FEAGLE
  greg@ballardandfeagle.com
  Georgia Bar No. 256913
1180 West Peachtree St., Suite 2250
Atlanta, Georgia 30309
(404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

BY:  s/ Tedra L. Cannella
JAMES E. BUTLER, JR.
 Georgia Bar No. 099625
ROBERT D. CHEELEY
 Georgia Bar No. 122727
TEDRA L. CANNELLA
 Georgia Bar No. 881085
RORY A. WEEKS
  Georgia Bar No. 113491
Butler Wooten Cheeley & Peak LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

## CERTIFICATE OF SERVICE

    This is to certify that on June 8, 2016, I electronically filed NOTICE OF WITHDRAWAL OF 30(b)(6) DEPOSITION TO MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC. with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| C. Bradford Marsh, Esq. | Douglas G. Scribner, Esq. |
| Ashley W. Broach, Esq. | Jenny A. Mendelsohn, Esq. |
| Myrece R. Johnson, Esq. | Alston & Bird LLP |
| Daniel J. Kingsley, Esq. | One Atlantic Center |
| S. DeAnn Bomar, Esq. | 1201 West Peachtree Street |
| Swift, Currie, McGhee & Hiers, LLP | Atlanta, GA 30309-3424 |
| 1355 Peachtree St., N.E., Suite 300 | |
| Atlanta, GA 30309 | |

    This 8th day of June, 2016.

                                              BY:  s/ Tedra L. Cannella
                                              JAMES E. BUTLER, JR.
                                                Georgia Bar No. 099625
                                            ROBERT D. CHEELEY
                                                Georgia Bar No. 122727
                                            TEDRA L. CANNELLA
                                                Georgia Bar No. 881085
                                            RORY A. WEEKS
                                                Georgia Bar No. 113491
                                            Butler Wooten Cheeley & Peak LLP
                                            2719 Buford Highway
                                            Atlanta, Georgia 30324
                                            (404) 321-1700
                                            (404) 321-1713 Fax