# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as * | |
| Surviving Spouse of * | |
| MICAH LEE ANDREWS, Deceased, * | CIVIL ACTION FILE |
| and JAMIE LEE ANDREWS, as * | |
| Administrator of the Estate of * | NO.1:14-CV-03432-WSD |
| MICAH LEE ANDREWS, Deceased, * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | |
| MAZDA MOTOR CORPORATION, * | |
| MAZDA MOTOR OF AMERICA, INC., * | |
| AUTOLIV JAPAN, LTD., and * | |
| JOHN DOES 1-5, * | |
| Defendants. * | |

## NOTICE OF SETTLEMENT WITH MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC.

Plaintiff Jamie Lee Andrews hereby notifies the Court that she and Defendants Mazda Motor Corporation and Mazda Motor of America, Inc. have settled. Once the parties perform their obligations under the settlement agreement (which should take no more than 30 days), Plaintiff will file with the Court a dismissal with prejudice with respect to Mazda only. This case cannot be closed, however, because Plaintiff's claims against Autoliv Japan, Ltd. remain to be tried to a jury.

Respectfully submitted this 8th day of June, 2016.

                BUTLER WOOTEN CHEELEY & PEAK LLP

                BY: s/ Tedra L. Cannella
                JAMES E. BUTLER, JR.
                  jim@butlerwooten.com
                  Georgia Bar No. 099625
                TEDRA L. CANNELLA
                  tedra@butlerwooten.com
                  Georgia Bar No. 881085
                RORY A. WEEKS
                  rory@butlerwooten.com
                  Georgia Bar No. 113491
                2719 Buford Highway
                Atlanta, Georgia  30324
                (404) 321-1700
                (404) 32101713 Fax


                BALLARD & FEAGLE, LLP

                BY: s/ Gregory R. Feagle
                WILLIAM L. BALLARD
                  bill@ballardandfeagle.com
                  Georgia Bar No. 035625
                GREGORY R. FEAGLE
                  greg@ballardandfeagle.com
                  Georgia Bar No. 256913
                1180 West Peachtree St., Suite 2250
                Atlanta, Georgia 30309
                (404) 873-1220

                **ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                         BY: <u>s/ Tedra L. Cannella</u>
                                         JAMES E. BUTLER, JR.
                                            Georgia Bar No. 099625
                                         TEDRA L. CANNELLA
                                            Georgia Bar No. 881085
                                         RORY A. WEEKS
                                             Georgia Bar No. 113491
                                         Butler Wooten Cheeley & Peak LLP
                                         2719 Buford Highway
                                         Atlanta, Georgia  30324
                                         (404) 321-1700
                                         (404) 321-1713 Fax

# CERTIFICATE OF SERVICE

      This is to certify that on June 8, 2016, I electronically filed NOTICE OF SETTLEMENT WITH MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC. with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| C. Bradford Marsh, Esq. | Douglas G. Scribner, Esq. |
| Ashley W. Broach, Esq. | Jenny A. Mendelsohn, Esq. |
| Myrece R. Johnson, Esq. | Alston & Bird LLP |
| Daniel J. Kingsley, Esq. | One Atlantic Center |
| S. DeAnn Bomar, Esq. | 1201 West Peachtree Street |
| Swift, Currie, McGhee & Hiers, LLP | Atlanta, GA 30309-3424 |
| 1355 Peachtree St., N.E., Suite 300 | |
| Atlanta, GA 30309 | |

      This 8th day of June, 2016.

      BY: s/ Tedra L. Cannella
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
TEDRA L. CANNELLA
  Georgia Bar No. 881085
RORY A. WEEKS
  Georgia Bar No. 113491
Butler Wooten Cheeley & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax