IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as ) <br> Surviving Spouse of ) <br> MICAH LEE ANDREWS, Deceased, ) <br> And JAMIE LEE ANDREWS, as ) <br> Administrator of the Estate of ) <br> MICAH LEE ANDREWS, Deceased, ) <br> ) <br> v. ) <br> ) <br> MAZDA MOTOR CORPORATION, ) <br> MAZDA MOTOR OF AMERICA, INC., ) <br> AUTOLIV JAPAN, LTD., and ) <br> JOHN DOES 1-5, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br><br> 1:14-cv-03432-WSD |

**ORDER GRANTING CONSENT MOTION TO DISMISS DEFENDANTS MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC. WITH PREJUDICE**

The Consent Motion to Dismiss Defendants Mazda Motor Corporation and Mazda Motor of America, Inc. With Prejudice (collectively referred to as "the Mazda Defendants"), having been read and considered, IT IS HEREBY ORDERED that the Consent Motion to Dismiss the Mazda Defendants shall be GRANTED and the Mazda Defendants shall be dismissed with prejudice. Plaintiff's claims against Autoliv Japan, Ltd., and John Does 1-5 remain to be tried.

So ordered, this 7th day of July, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE