**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JAMIE LEE ANDREWS,<br><br>        Plaintiff,<br><br>vs.<br><br>AUTOLIV JAPAN, LTD, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3432-WSD |

**J U D G M E N T**

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendant Autoliv Japan, Ltd.'s Motion for Summary Judgment, and the Court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover their costs of this action, and the action be, and the same hereby, is **dismissed**. It is further ordered that John Does 1-5 are **dismissed.**

Dated at Atlanta, Georgia, this 10th day of January, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *s/D. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 10, 2017
James N. Hatten
Clerk of Court

By: *s/D. McGoldrick*
      Deputy Clerk