THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as Surviving Spouse of MICAH LEE ANDREWS, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of MICAH LEE ANDREWS, Deceased, Plaintiff, <br><br>v.<br><br>AUTOLIV JAPAN, LTD., Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-03432-WSD |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jamie Andrews hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit from the order (Doc. 274) and judgment (Doc. 275), granting summary judgment in favor of Defendant Autoliv Japan, Ltd., entered on January 10, 2017.

Respectfully submitted this 8th day of February, 2017.

BUTLER WOOTEN & PEAK LLP

BY: /s/ Tedra L. Cannella
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625

TEDRA L. CANNELLA
  tedra@butlerwooten.com
  Georgia Bar No. 881085
RORY A. WEEKS
  rory@butlerwooten.com
  Georgia Bar No. 113491
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax


BALLARD & FEAGLE, LLP

  WILLIAM L. BALLARD
    bill@ballardandfeagle.com
    Georgia Bar No. 035625
  GREGORY R. FEAGLE
    greg@ballardandfeagle.com
    Georgia Bar No. 256913
  1201 Peachtree Street, N.E., Suite 900
  Atlanta, Georgia 30361
  (404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

>
> BY: /s/  Tedra L. Cannella
> JAMES E. BUTLER, JR.
>   jim@butlerwooten.com
>   Georgia Bar No. 099625
> TEDRA L. CANNELLA
>   tedra@butlerwooten.com
>   Georgia Bar No. 881085
> RORY A. WEEKS
>   rory@butlerwooten.com
>   Georgia Bar No. 113491
> 2719 Buford Highway
> Atlanta, Georgia  30324
> (404) 321-1700
> (404) 32101713 Fax

## CERTIFICATE OF SERVICE

This is to certify that on February 8, 2017, I electronically filed NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Douglas G. Scribner, Esq.
Jenny A. Mendelsohn, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

This 8th day of February, 2017.

BY:   /s/  Tedra L. Cannella
         JAMES E. BUTLER, JR.
            jim@butlerwooten.com
            Georgia Bar No. 099625
         TEDRA L. CANNELLA
            tedra@butlerwooten.com
            Georgia Bar No. 881085
         RORY A. WEEKS
            rory@butlerwooten.com
            Georgia Bar No. 113491
         2719 Buford Highway
         Atlanta, Georgia  30324
         (404) 321-1700
         (404) 32101713 Fax