# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as surviving spouse of Micah Lee Andrews, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of Micah Lee Andrews, Deceased, <br><br>     Plaintiffs, <br> v. <br><br> AUTOLIV JAPAN, LTD and JOHN DOES 1-5, <br><br>     Defendants. | ) ) ) ) ) ) Case No. 1:14-cv-3432-WSD ) ) ) ) ) ) ) ) |

## AUTOLIV JAPAN, LTD.'S RESPONSE TO PLAINTIFF'S MOTION FOR HEARING

Autoliv does not oppose a hearing on its Motion for Attorney's Fees and Expenses of Litigation [Dkt. No. 276, 279].

Respectfully submitted this 17th day of February, 2017.

[SIGNATURE ON THE FOLLOWING PAGE]

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

/s/ Jenny A. Mendelsohn, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
Jenny A. Mendelsohn, Esq.
Georgia Bar No. 447183

*Attorneys for Autoliv Japan, Ltd.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

/s/ Jenny A. Mendelsohn, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
Jenny A. Mendelsohn, Esq.
Georgia Bar No. 447183

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Autoliv Japan, Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on February 17, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>James E. Butler, Jr
>Tedra Cannella
>Rory Weeks
>BUTLER WOOTEN & PEAK LLP
>2719 Buford Highway
>Atlanta, Georgia 30324
>
>William L. Ballard
>Gregory R. Feagle
>BALLARD & FEAGLE, LLP
>1180 West Peachtree Street
>Suite 2250
>Atlanta, Georgia 30309
>
>*Attorneys for Plaintiff*

>/s/ Jenny A. Mendelsohn
>Jenny A. Mendelsohn
>Georgia Bar No.  447183