**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMIE LEE ANDREWS, as | * | |
| Surviving Spouse of | * | |
| MICAH LEE ANDREWS, Deceased, | * | CIVIL ACTION FILE |
| and JAMIE LEE ANDREWS, as | * | |
| Administrator of the Estate of | * | NO.1:14-CV-03432-WSD |
| MICAH LEE ANDREWS, Deceased | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| AUTOLIV JAPAN, LTD., | * | |
| | * | |
| Defendant. | * | |

**AUTOLIV JAPAN LTD.'S WTINESS LIST**

Defendant Autoliv Japan, Ltd. submits the following Witness List for the

Hearing on its Motion for Attorney's Fees (Dkt. 276) scheduled for July 26, 2017.

Doug Scribner

Mr. Scribner will testify on the following general subjects:

- His educational background and experience;

- The status of this litigation at the time Autoliv made its offer of settlement;

- Autoliv's offer of settlement and considerations related to same;

- Plaintiff's rejection of Autoliv's offer of settlement;

- Alston & Bird LLP's billing rates, the reasonableness of those rates, and the fees Autoliv seeks to recover through this Motion; and

- Counsel's communication methods during this litigation.

Autoliv Japan, Ltd. anticipates that Mr. Scribner's testimony will last approximately fifteen minutes.

This 25th day of July, 2017.

/s/ Jenny A. Mendelsohn, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
Jenny A. Mendelsohn, Esq.
Georgia Bar No. 447183

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Autoliv Japan, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 25, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James E. Butler, Jr
Robert D. Cheeley
Tedra Cannella
Rory Weeks
BUTLER WOOTEN CHEELEY &
PEAK LLP
2719 Buford Highway
Atlanta, Georgia 30324

William L. Ballard
Gregory R. Feagle
BALLARD & FEAGLE, LLP
1180 West Peachtree Street
Suite 2250
Atlanta, Georgia 30309

***Attorneys for Plaintiff***

/s/ Jenny A. Mendelsohn
Jenny A. Mendelsohn
Georgia Bar No.  447183