UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>AUTOLIV JAPAN, LTD,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3432-WSD |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendant Autoliv Japan Ltd.'s Motion for Attorneys Fees and Expenses of Litigation, and the Court having granted in part said motion, it is

**Ordered and adjudged** that Defendant Autoliv Japan Ltd. be awarded attorneys' fees in the amount of $16,895.88.

Dated at Atlanta, Georgia this 28th day of July, 2017.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                        By:  s/ D. McGoldrick
                               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   July 28, 2017
James N. Hatten
Clerk of Court


By:   s/ D. McGoldrick
       Deputy Clerk