# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as surviving spouse of Micah Lee Andrews, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of Micah Lee Andrews, Deceased,<br><br>　　　Plaintiffs,<br>v.<br><br>AUTOLIV JAPAN, LTD,<br><br>　　　Defendant. | Case No. 1:14-cv-3432-SCJ |

## REVISED SCHEDULING ORDER *

**I.    Appearances of Counsel**

James E. Butler, Jr., Tedra L. Cannella, and Rory A. Weeks of Butler Wooten & Peak LLP, and William L. Ballard and Gregory R. Feagle of Ballard & Feagle will appear for Plaintiff Jamie Lee Andrews, as surviving spouse of Micah Lee Andrews, Deceased, and Jamie Lee Andrews, as Administrator of the Estate of Micah Lee Andrews, Deceased ("Plaintiff").

Douglas G. Scribner, Jenny A. Mendelsohn, and William J. Repko, III, will appear for Defendant Autoliv Japan, Ltd. ("Autoliv").

## II. Additional Discovery

The Court finds that Plaintiff's biomechanics expert, Dr. Burton, has become unavailable for reasons that are beyond Plaintiff's control. Plaintiff has shown good cause to amend the scheduling order and permit her to replace him. Plaintiff shall identify the biomechanics expert that will replace Dr. Burton and serve his or her expert report by September 7, 2018. Plaintiff shall make the expert available for deposition by October 8, 2018.

Autoliv may identify an expert to rebut the opinions of Plaintiff's new biomechanics expert. If Autoliv chooses to do so, Autoliv shall identify a rebuttal expert and serve his or her expert report by November 7, 2018. Autoliv shall make its rebuttal expert available for deposition by December 7, 2018.

## III. Airbag Deployment

Autoliv may videotape the deployment of the subject airbag for use as a demonstrative aid at trial so long as Autoliv arranges for this to occur no later than December 7, 2018.

## IV. Pretrial Order and Pretrial Motions

The deadline for dispositive motions has passed. The pretrial order shall be filed no later than January 7, 2019. ~~The Court will set a deadline for all pretrial motions at the parties' pretrial conference.~~ Pretrial motions will be filed as directed the Court.

### V. Trial Date

The Court will ~~set a trial date after consulting with the parties~~. determine a trial date.

### VI. Trial Depositions and Witness Testimony

Depositions to preserve testimony for trial, including Autoliv's deposition of Chris Caruso, shall be conducted at a time sufficiently in advance of the trial date so as not to delay the trial.

### VII. Related Matters Pending

There are no pending related matters.

### VIII. Effect of this Order

No changes to the schedule as contained in this Order will be considered by the Court absent a showing of good cause made by the parties through the filing of a consent motion or by one party through the filing of its own motion.

IT IS SO ORDERED this the  28th  day of  August           , 2018.

s/Steve C. Jones
U.S. District Court Judge

*Plaintiffs' motion to amend scheduling order [Doc. 316] is GRANTED. However, the Court has elected to adopted the dates as proposed by Defendant, except as herein modified.