# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as Surviving Spouse of MICAH LEE ANDREWS, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of MICAH LEE ANDREWS, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOLIV JAPAN, LTD.,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:14-cv-3432-SCJ |

## ORDER

The Court will hold a pretrial conference for the above-stated case on **WEDNESDAY, MAY 13, 2020 AT 10:00 A.M.** (Courtroom 1907, Richard B. Russell Federal Building, Atlanta, Georgia). Counsel of record shall be prepared to discuss any outstanding pretrial matters, the proposed pretrial order (Doc. No. [358]), estimated trial length, and availability dates for the non-jury trial of this case.

**IT IS SO ORDERED** this 12th day of March, 2020.

                                                  s/Steve C. Jones
                                                  HONORABLE STEVE C. JONES
                                                  UNITED STATES DISTRICT JUDGE