# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-03432-SCJ
## Andrews et al v. Autoliv Japan, Ltd. et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 05/13/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:30 A.M.   COURT REPORTER: David Ritchie
TIME IN COURT: 00:30   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
James Butler representing Jamie Lee Andrews Tedra
Cannella representing Jamie Lee Andrews
Gregory Feagle representing Jamie Lee Andrews
Jenny Hergenrother representing Autoliv Japan, Ltd.

William Repko representing Autoliv Japan, Ltd.
Douglas Scribner representing Autoliv Japan, Ltd.
Rory Weeks representing Jamie Lee Andrews Cathy Huff
Representing Autoliv Japan, Ltd.

PROCEEDING CATEGORY: Pretrial Conference;

MINUTE TEXT: Pretrial conference held via Zoom. This matter will proceed to bench trial on November 2, 2020.