**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMIE LEE ANDREWS, as | * | |
| Surviving Spouse of | * | |
| MICAH LEE ANDREWS, Deceased, | * | CIVIL ACTION FILE |
| and JAMIE LEE ANDREWS, as | * | |
| Administrator of the Estate of | * | NO. 1:14-CV-03432-SCJ |
| MICAH LEE ANDREWS, Deceased, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| AUTOLIV JAPAN, LTD., | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF FILING CORRECTED TRIAL BRIEF ON**
**THE FULL VALUE OF MICAH ANDREWS' LIFE (DOC. 449)**

Plaintiff's trial brief on the full value of Micah Andrews' life (Doc. 449) begins with a citation, creating an impression that some text is missing from that brief. Plaintiff writes to notify the Court that no text is missing from that brief. The beginning citation was simply unnoticed errant editing that made its way into the filed brief. To remedy that error, Plaintiff submits a corrected trial brief on the full value of Micah Andrews' life as Exhibit 1. No other change has been made to the trial brief other than to delete the opening citation.

Respectfully submitted this 28th day of August, 2020.

BUTLER WOOTEN & PEAK LLP

BY: /s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625
TEDRA L. CANNELLA
tedra@butlerwooten.com
Georgia Bar No. 881085
RORY A. WEEKS
rory@butlerwooten.com
Georgia Bar No. 113491
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

BALLARD & FEAGLE, LLP

WILLIAM L. BALLARD
bill@ballardandfeagle.com
Georgia Bar No. 035625
GREGORY R. FEAGLE
greg@ballardandfeagle.com
Georgia Bar No. 256913
Building One, Suite 100
4200 Northside Parkway NW
Atlanta, GA 30327
(404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
TEDRA L. CANNELLA
Georgia Bar No. 881085
RORY A. WEEKS
Georgia Bar No. 113491
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax

**CERTIFICATE OF SERVICE**

This is to certify that on August 28, 2020, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Douglas G. Scribner, Esq.
Jenny A. Hergenrother, Esq.
William J. Repko III, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

This 28th day of August, 2020.

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
TEDRA L. CANNELLA
Georgia Bar No. 881085
RORY A. WEEKS
Georgia Bar No. 113491
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax