# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as surviving spouse of Micah Lee Andrews, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of Micah Lee Andrews, Deceased, | )<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-3432-SCJ<br>) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| AUTOLIV JAPAN, LTD., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR EXTENSION
## OF TIME TO FILE TRIAL STIPULATIONS

The parties jointly request an extension of time to file trial stipulations with the Court. The current deadline of stipulations is August 31, 2020. The bench trial of this case is scheduled to start on November 2, 2020. The parties have agreed to 30 stipulations, which are being filed contemporaneously with this motion. They are still working on additional stipulations in hopes of narrowing the issues for trial. Accordingly, the parties request that the stipulation deadline be extended until Monday, September 14, 2020.

A Proposed Order granting this motion is attached as Exhibit 1.

Respectfully submitted this 31st day of August, 2020.

| BUTLER WOOTEN & PEAK LLP | ALSTON & BIRD LLP |
|---|---|
| /s/ Tedra L. Cannella | /s/ William J. Repko III |
| JAMES E. BUTLER, JR.<br>  jim@butlerwooten.com<br>  Georgia Bar No. 099625<br>TEDRA L. CANNELLA<br>  tedra@butlerwooten.com<br>  Georgia Bar No. 881085<br>RORY A. WEEKS<br>  rory@butlerwooten.com<br>  Georgia Bar No. 113491<br>2719 Buford Highway<br>Atlanta, Georgia 30324<br>(404) 321-1700<br>(404) 321-1713 Fax | DOUG SCRIBNER<br>  doug.scribner@alston.com<br>  Georgia Bar No. 632755<br>JENNY A. HERGENROTHER<br>  Jenny.hergenrother@alston.com<br>  Georgia Bar No. 447183<br>WILLIAM J. REPKO III<br>  jay.repko@alston.com<br>  Georgia Bar No. 301797<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>(404) 881-7000<br><br>**ATTORNEYS FOR AUTOLIV JAPAN, LTD.** |

BALLARD & FEAGLE, LLP

WILLIAM L. BALLARD
  bill@ballardandfeagle.com
  Georgia Bar No. 035625
GREGORY R. FEAGLE
  greg@ballardandfeagle.com
  Georgia Bar No. 256913
Building One, Suite 100
4200 Northside Parkway NW
Atlanta, GA 30327
(404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

/s/ William J. Repko III, Esq.
Doug Scribner, Esq.
Georgia Bar No. 632755
doug.scribner@alston.com
Jenny A. Hergenrother, Esq.
Georgia Bar No. 447183
jenny.hergenrother@alston.com
William J. Repko III, Esq.
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

*Attorneys for Autoliv Japan, Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that on August 31, 2020, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        James E. Butler, Jr
        Tedra Cannella
        Rory Weeks
        BUTLER WOOTEN & PEAK LLP
        2719 Buford Highway
        Atlanta, Georgia 30324

        William L. Ballard
        Gregory R. Feagle
        BALLARD & FEAGLE, LLP
        4200 Northside Parkway NW
        Atlanta, Georgia 30327

        *Attorneys for Plaintiff*

        /s/ William J. Repko III
        William J. Repko III
        Georgia Bar No.  301797