# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-03432-SCJ
## Andrews et al v. Autoliv Japan, Ltd.
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 01/25/2021.

	TIME COURT COMMENCED: 11:00 A.M.
	TIME COURT CONCLUDED: 11:20 A.M.	COURT REPORTER: David Ritchie
	TIME IN COURT: 00:20	DEPUTY CLERK: Pamela Wright
	OFFICE LOCATION: Atlanta

ATTORNEY(S)	James Butler representing Jamie Lee Andrews
PRESENT:	Tedra Cannella representing Jamie Lee Andrews
	Jenny Hergenrother representing Autoliv Japan, Ltd.
	William Repko representing Autoliv Japan, Ltd.
	Douglas Scribner representing Autoliv Japan, Ltd.
	Rory Weeks representing Jamie Lee Andrews

	Status Conference(Other Proceeding Non-evidentiary);

PROCEEDING
CATEGORY:

| | |
|---|---|
| MINUTE TEXT: | Status conference held via Zoom regarding March 8, 2021 bench trial date. Court heard from counsel and will issue a decision by written order. |
| HEARING STATUS: | Hearing Concluded |