**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMIE LEE ANDREWS, as | * | |
| Surviving Spouse of | * | |
| MICAH LEE ANDREWS, Deceased, | * | CIVIL ACTION FILE |
| and JAMIE LEE ANDREWS, as | * | |
| Administrator of the Estate of | * | NO. 1:14-CV-03432-SCJ |
| MICAH LEE ANDREWS, Deceased, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| AUTOLIV JAPAN, LTD., | * | |
| Defendant. | * | |

**PLAINTIFF'S SUPPLEMENT TO**
**TRIAL BRIEF ON THE FULL VALUE OF MICAH ANDREWS' LIFE**

On November 5, 2021, a jury in Early County, Georgia rendered a wrongful death verdict in the amount of $26,100,000.00 for the full value of the life of Price Thornal. On March 29, 2013, 19-year-old Price Thornal, a student at the University of Mississippi, was driving from Oxford, Mississippi to his parents' home in Tallahassee, Florida for Easter and for his father's birthday. He was killed by a drunk driver driving on the wrong side of the road. His parents are Mike and Molly Thornal. The Honorable Henry Balkcom presided over the two-week trial of *Thornal v. Clausen*, Civil Action No. 2013-V-168, which was bifurcated between liability and damages.

Plaintiff files this supplement to her Trail Brief on the Full Value of Micah Andrews' life, Doc. 449 to reflect this new verdict.

This 6th day of November, 2021.

BUTLER WOOTEN & PEAK LLP

BY: /s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625
TEDRA L. CANNELLA
tedra@butlerwooten.com
Georgia Bar No. 881085
RORY A. WEEKS
rory@butlerwooten.com
Georgia Bar No. 113491
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

BALLARD & FEAGLE, LLP

WILLIAM L. BALLARD
bill@ballardandfeagle.com
Georgia Bar No. 035625
GREGORY R. FEAGLE
greg@ballardandfeagle.com
Georgia Bar No. 256913
Building One, Suite 100
4200 Northside Parkway NW
Atlanta, GA 30327
(404) 873-1220

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that on November 6, 2021, I electronically filed Plaintiff's Supplement to Trial Brief on the Full Value of Micah Andrews' Life, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Douglas G. Scribner, Esq.
Jenny A. Hergenrother, Esq.
William J. Repko III, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

This 6th day of November, 2021.

BY: /s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
TEDRA L. CANNELLA
Georgia Bar No. 881085
RORY A. WEEKS
Georgia Bar No. 113491
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax