# EXHIBIT 2

| Download Page | H.15 Selected Interest Rates for Jan 03, 2022 |
|---|---|

Series Description   Average majority prime rate charged by banks   on short-term loans to business,   quoted on an investment basis
Unit:              Percent:_Per_Year
Multiplier:              1
Currency:          NA
Unique Identifier:   H15/H15/RIFSPBLP_N.D

| Time Period | RIFSPBLP_N.D |
|---|---|
| 2015-05-01 | 3.25 |
| 2015-05-02 | 3.25 |
| 2015-05-03 | 3.25 |
| 2015-05-04 | 3.25 |
| 2015-05-05 | 3.25 |
| 2015-05-06 | 3.25 |
| 2015-05-07 | 3.25 |
| 2015-05-08 | 3.25 |
| 2015-05-09 | 3.25 |
| 2015-05-10 | 3.25 |
| 2015-05-11 | 3.25 |
| 2015-05-12 | 3.25 |
| 2015-05-13 | 3.25 |
| 2015-05-14 | 3.25 |
| 2015-05-15 | 3.25 |
| 2015-05-16 | 3.25 |
| 2015-05-17 | 3.25 |
| 2015-05-18 | 3.25 |
| 2015-05-19 | 3.25 |
| 2015-05-20 | 3.25 |
| 2015-05-21 | 3.25 |
| 2015-05-22 | 3.25 |
| 2015-05-23 | 3.25 |
| 2015-05-24 | 3.25 |
| 2015-05-25 | 3.25 |
| 2015-05-26 | 3.25 |
| 2015-05-27 | 3.25 |
| 2015-05-28 | 3.25 |
| 2015-05-29 | 3.25 |
| 2015-05-30 | 3.25 |
| 2015-05-31 | 3.25 |