# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as Surviving Spouse of MICAH LEE ANDREWS, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of MICAH LEE ANDREWS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> AUTOLIV JAPAN, LTD., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:14-cv-3432-SCJ |

## DECLARATION OF MICHAEL J. DANIELS, PH.D.

1.

My name is Michael J. Daniels, and I am of lawful age to give this testimony. I suffer from no legal or physical disabilities that would prevent me from giving this testimony. This testimony is based on my personal knowledge.

2.

This declaration is being provided in the case of *Jamie Andrews v. Autoliv Japan, Ltd.* for all purposes permitted by law.

3.

I have a doctorate degree in economics from Georgia State University. I taught college-level economics course from 1975 until 2015.

4.

I was asked to compute the interest on a $9,500,000 million demand mailed on April 6, 2015, under the Georgia Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14.

5.

The statute provides: "The interest provided for by this Code section shall be at an annual rate equal to the prime rate as published by the Board of Governors of the Federal Reserve System, as published in statistical release H. 15 or any publication that may supersede it, on the thirtieth day following the date of the mailing of the last written notice plus 3 percent, and shall begin to run from the thirtieth day following the date of the mailing or delivering of the written notice until the date of judgment." O.C.G.A. § 51-12-14(c).

6.

Based on my experience and training as an economist, the reference to interest being calculated "at an annual rate" means that interest is compounded yearly.

7.

The prime rate as published by the Board of Governors of the Federal Reserve System, which is published in statistical release H. 15, for the entire month of May 2015 is 3.25 percent.

8.

The interest period runs from May 6, 2015 until January 3, 2022. That is a period of 6.67 years.

9.

Compounded annually, the interest on $9,500,000 under the Unliquidated Damages Interest Act is $4,734,349.55.

10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2 day of FEBRUARY, 2022.

MICHAEL J. DANIELS