## Contact

www.linkedin.com/in/eric-swanson-40167523 (LinkedIn)
www.autoliv.com (Company)

### Top Skills
Litigation
Intellectual Property
Courts

# Eric Swanson
Executive Vice President Legal Affairs, General Counsel and Secretary at Veoneer
Southfield

## Experience

**Veoneer**
4 years 2 months

Executive Vice President Legal Affairs, General Counsel and Secretary
April 2022 - Present (2 months)
Southfield, Michigan, United States

Vice President Legal
April 2018 - April 2022 (4 years 1 month)
Southfield, Michigan

**Autoliv**
15 years 6 months

Senior Director, Corporate Legal - Product Safety & Regulatory
January 2017 - April 2018 (1 year 4 months)
Auburn Hills, Michigan

Associate General Counsel
July 2010 - January 2017 (6 years 7 months)
Auburn Hills, Michigan

Assistant General Counsel
November 2002 - July 2010 (7 years 9 months)

**Duffy & Robertson, P.C.**
Senior Associate Attorney
August 1999 - November 2002 (3 years 4 months)

---

## Education

**Michigan State University College of Law**
JD, Law · (1996 - 1999)

**University of Michigan-Flint**
BA, Double Major: Political Science & Criminal Justice · (1994 - 1996)



University of Michigan-Dearborn
· (1992 - 1994)

Brother Rice High School
HS Diploma · (1987 - 1991)