# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE LEE ANDREWS, as surviving spouse of Micah Lee Andrews, Deceased, and JAMIE LEE ANDREWS, as Administrator of the Estate of Micah Lee Andrews, Deceased, <br><br> Plaintiffs, <br> v. <br><br> AUTOLIV JAPAN, LTD., <br><br> Defendant. | ) ) ) ) ) ) Case No. 1:14-cv-3432-SCJ ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Autoliv Japan, Ltd. appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment (Dkt. No. 587), entered on September 30, 2022, and all orders and rulings that led up to and served as a predicate for the Amended Judgment, including, but not limited to, the Final Order and Judgment (Dkt. No. 534) that was entered on December 31, 2021 and the Order on Plaintiff's Motion to Amend and Modify the Court's Final Order and Judgment and Defendant's Motion to Amend the Judgment or, in the alternative, Motion for New Trial (Dkt. No. 586) that was entered on September 30, 2022.

Respectfully submitted this 28th day of October, 2022.

|  |  |
|---|---|
| ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7000 (telephone) | /s/ William J. Repko III<br>Doug Scribner, Esq.<br>Georgia Bar No. 632755<br>doug.scribner@alston.com<br>Keith R. Blackwell, Esq.<br>Georgia Bar No. 024493<br>keith.blackwell@alston.com<br>Jenny A. Hergenrother, Esq.<br>Georgia Bar No. 447183<br>jenny.hergenrother@alston.com<br>William J. Repko III, Esq.<br>Georgia Bar No. 301797<br>jay.repko@alston.com<br><br>*Attorneys for Autoliv Japan, Ltd.* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

|  |  |
|---|---|
| ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile) | /s/ William J. Repko III<br>Doug Scribner, Esq.<br>Georgia Bar No. 632755<br>doug.scribner@alston.com<br>Keith R. Blackwell, Esq.<br>Georgia Bar No. 024493<br>keith.blackwell@alston.com<br>Jenny A. Hergenrother, Esq.<br>Georgia Bar No. 447183<br>jenny.hergenrother@alston.com<br>William J. Repko III, Esq.<br>Georgia Bar No. 301797<br>jay.repko@alston.com<br><br>*Attorneys for Autoliv Japan, Ltd.* |

## **CERTIFICATE OF SERVICE**

This is to certify that on October 28, 2022, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>James E. Butler, Jr.
>Michael F. Williford
>BUTLER PRATHER LLP
>2719 Buford Highway
>Atlanta, Georgia 30324
>
>Tedra Cannella
>Rory Weeks
>CANNELLA SNYDER LLC
>Post Office Box 1399
>Decatur, Georgia 30031
>
>William L. Ballard
>Gregory R. Feagle
>BALLARD & FEAGLE, LLP
>4200 Northside Parkway NW
>Atlanta, Georgia 30327
>
>*Attorneys for Plaintiff*

/s/ William J. Repko III
William J. Repko III
Georgia Bar No. 301797