# Mazda J48 (Familia)

# Toolgate-0 Agenda

August/10/2001

1, Purpose of Receiving an Order for Mazda J48 Program

2, Customer Market and Volume

3, Development Schedule

4, Customer Requirement

5, Project Resource Requirement Proposal

6, PACT(COST SUMMARY)

7, Mazda J48 Team List

8, Environmental Aspects

9, Open Issues

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

PLAINTIFF'S
EXHIBIT
PX 52
exhibitsticker.com

# Purpose of Receiving an Order for Occupant Restraint System in Mazda J48 Program

**Background :**

• Ford/Mazda made a decision to develop the J48 program using C car platform. Autoliv was awarded a full system supplier(FSS) for occupant restraint equipment(TRW was also awarded some programs in C car platform).

↓

Mazda J48 program is developed at Mazda Japan and we are to participate in Mazda's development as the FSS in Japan. Taking this opportunity, we are targeting to obtain a business of the J48 occupant restraint system.

**Target :**

•To raise the management efficiency of a company by receiving an order of the large-sized business over 200,000 vehicle unites yearly output, which is yearly turnover of about 1,600 million yen.

• ANG is a Front Seat Belt supplier for current Mazda J39 program. Maintaining the current Front Seat Belt business as well as extending the business, we will improve our customer support by production and development locally.

↓

As a reborn AJS, we will resume dealing with Mazda and become the core that promotes Occupant Restraints system in Autoliv K.K. for Mazda. It is indispensable that we should receive an award of the occupant restraints system as the FSS in Japan..

This page translated in the original by the previous page, AUTOLIV1090

# マツダファミリア（Ｊ４８）受注の狙い

経緯：

・フォードＣカープラットフォームにマツダＪ４８も組込まれ、Ｃカーの一部として車両開発が決定された。
・乗員保護装置のサプライヤーにＦＳＳとして欧州オートリブが選定された(一部車両ＴRW)。

マツダＪ４８は日本開発となり、日本オートリブがＦＳＳとして参画。このチャンスにＯＲシステム受注確定を目指す。

狙い：

・年商約１６億円、年産２０万台超の大型ビジネスを受注し、会社の運営効率を高める。
・現行ファミリア（Ｊ３９）で前席ベルトをＡＮＧから供給しており、その継続拡大に加え、日本開発・生産によるカスタマーサポートを向上させる。

新生ＡＪＳとして、マツダへの復帰を果たし、日本オートリブのＯＲシステムをマツダへ拡販する中核となる。ＯＲシステムをＦＳＳとして受注するためには、シートベルト受注は不可欠。

## Customer Market & Volume

| Vehicle Type | Seat | Destination | | | | | | | | Tota | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | JPN | | USA | | EC | | OTH | | | |
| | | Current J39A | J48E | Curre J39A | J48E | Curre J39A | J48E | Curre J39A | J48E | Curre J39A | J48E |
| Seda | Front | ANG | AJS 900Car/M | ANG | AJS 6,300Car/M | ANG | AJS 1,470Car/M | ANG | AJS 4,700Car/M | ANG 14,000Car/M | AJS 13,370Car/M |
| | Rear | TK | AJS 900Car/M | TK | AJS 6,300Car/M | TK | AJS 1,470Car/M | TK | AJS 4,700Car/M | TK | AJS 13,370Car/M |
| Wa | Front | ANG | AJS 1,670Car/M | ANG | AJS 1,140Car/M | ANG | ANG 4,430Car/M | ANG | AJS 1,190Car/M | ANG 10,000Car/M | AJS 4,000Car/M |
| | Rear | TK | AJS 1,670Car/M | TK | AJS 1,140Car/M | TK | ANG 4,430Car/M | TK | AJS 1,190Car/M | TK | AJS 4000Car/M |

↑ ANG:J48G

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda



J48 development schedule

2001
2002
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
Jan
Lay out Design
Mazda
J48
MV8
OTH
Tailgate
Parts/Test
NBK Autoliv
Seat Belt Lay Out
Input the 3D data
Test Sample Dwg
Sample
Proto type Dwg
Production Dwg
Production Tooling
Design Verification Test
Product Verification Test
Production Line

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01093

# Customer requirement

## Current Drawing (Estimate)

[FR-Inn]
PBP Gen. 2.1 + Hall Effect SW
[FR-Out]
DR : R27LLD
PA : R27LLD + ALR
[HA]
Nissan Tsumami Type + Deformable Rail (For FMVSS 201)
[RS-Inn]
K12-Buckle (Webb)
[RS-Out]
R27 + ALR (Parcel Shelf Mount)
[RC-Inn]
K12-Buckle (Webb)
[RC-Out]
R27 + ALR (SED : Parcel Shelf Mount、5HB : D-Pillar Mount)
Lap Outer : Separation Buckle (#13Z-27)

## Customer Specification No.

MES PA 57060C : Seat Belts
MES PW PT001D : Interior / Exterior Plastics Parts
MES CF 050C : Flammability of Interior Parts
MES CF 250C : Material Marking on Plastic and Rubber Parts
MES CG 310B : Plating
ESG-J48E57060 : Engineering Specification for Seat Belt

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda



Illegible text

SEC. A-A'
(S=1:2)
SEC. B-B
(S=1:2)
SEC. C-C
(S=1:2)
J48E フロントシートベルト
ボデー取付け詳細

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01095



Illegible text

SEC. A-A
SEC. B-B
SEC. C-C
SEC. D-D
DETAIL Z
SEC. F-F
(LH ONLY)
SEC. E-E
(LH ONLY)

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda AUTOLIV01096

# Project Resource Requirement Proposal

| | | | | | |
|---|---|---|---|---|---|
| Vehicle : | Mazda Familia | New business prospect (%) (To be completed by Customer Manager as "optimum" of nomination) | | Prepared by : | Yuji Kamei |
| Product : | Seat Belt | | | | |
| | | | | Issue : | |
| Project name: | J48 | This request start month : | July-01 | | |
| Project no: | | | | Date : | 19-Jul-01 |

(NB. Please produce a separate request for each project no.)

Phase start marker (Please copy & identify phase stages) — Phase; Month (commencing from start month above)

| Function | Task | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 02/2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 02/1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 03/1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | | PHASE0 | | | | | | PHASE1 | | | | | PHASE2 | | | | | | | PHASE3 | | | | PHASE4 | | | | | | | | |
| | | | | | | | TG0 | | | | | TG1 | | | | | | | TG2 | | | | TG3 | | | | | | | | TG4 | |
| Project Mngr | | 2 | 2 | 2 | 2 | 5 | 10 | 10 | 10 | 10 | 10 | 30 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 30 | 20 | 20 | 20 | 20 | 20 | 10 | 10 | 10 | 453 |
| Belt Eng | Application | 20 | 20 | 60 | 60 | 65 | 70 | 70 | 70 | 60 | 60 | 140 | 140 | 70 | 70 | 70 | 140 | 140 | 70 | 70 | 70 | 50 | 50 | 50 | 50 | 10 | 10 | 10 | 5 | 5 | 5 | 1780 |
| | Retractor | 0 | 10 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 10 | 10 | 20 | 20 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 0 | 0 | 0 | 355 |
| | Buckle | 0 | 10 | 5 | 5 | 5 | 5 | 5 | 5 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 20 | 20 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 0 | 0 | 0 | 235 |
| | HA | 0 | 10 | 30 | 20 | 10 | 5 | 5 | 5 | 10 | 10 | 30 | 30 | 10 | 10 | 10 | 20 | 20 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 0 | 0 | 0 | 320 |
| Design | 3D-CAD | 0 | 50 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 50 | 50 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1550 |
| | (at Mazda) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Belt Test | Application | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 20 | 50 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 50 | 0 | 0 | 0 | 0 | 0 | 340 |
| | Retractor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 | 0 | 0 | 30 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 220 |
| | Buckle | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 250 |
| | HA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 270 |
| Total | | 22 | 102 | 207 | 207 | 205 | 210 | 210 | 210 | 220 | 280 | 400 | 320 | 220 | 350 | 380 | 430 | 320 | 170 | 170 | 120 | 100 | 200 | 240 | 240 | 95 | 45 | 45 | 15 | 15 | 16 | 5773 |
| Adv Eng | Adv Eng | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality | SQA | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 10 | 10 | 10 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 45 | 45 | 45 | 45 | 30 | 30 | 30 | 30 | 30 | 30 | 10 | 10 | 10 | |
| | Product | 0 | 0 | 0 | 0 | 0 | 26 | 26 | 26 | 26 | 26 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 89 | 89 | 89 | 89 | 45 | 45 | 45 | 45 | 45 | 45 | 15 | 15 | 15 | |
| Production | APE | 0 | 0 | 0 | 0 | 0 | 5 | 40 | 36 | 36 | 36 | 8 | 11 | 8 | 8 | 16 | 7 | 37 | 67 | 10 | 416 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| | Prod Eng | 0 | 0 | 0 | 0 | 0 | 6 | 9 | 8 | 8 | 8 | 2 | 2 | 2 | 2 | 4 | 1 | 8 | 16 | 2 | 103 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Purchasing | | 30 | 70 | 50 | 50 | 50 | 55 | 30 | 30 | 30 | 35 | 55 | 35 | 30 | 30 | 30 | 30 | 45 | 85 | 40 | 35 | 40 | 50 | 35 | 35 | 35 | 55 | 35 | 30 | 30 | 30 | |

Please enter, against the corresponding phase timing, the percentage requirement for each function/task as required and identify the phase start points.

Example:

Phase start marker (identify phase stages): Phase 0 (month 1), Phase 1 (month 3), Phase 2 (month 9)

| Function | Task | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Mngr | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | |
| Bag Eng | Driver | | | 50 | 50 | 50 | 50 | | | 200 | 200 | 200 | 200 | ⇦ 2 engineers required |
| | Passenger | | | 50 | 50 | 50 | 50 | | | 100 | 100 | 100 | 100 | |

| Proposal Agreement | | Date |
|---|---|---|
| Project Manager | | |
| Tech Mgr - airbags | | |
| Tech Mgr - Seatbelts | | |
| Tech Mgr - Software | | |
| Quality | | |
| Production | | |
| Purchasing | | |

Detailed Statement of the Development Costs for the Mazda J48 Proposal (the breakdown for entering PACT data)

7/25/2001 Kamei

| | | Breakdown | Total | |
|---|---|---|---|---|
| Manpower | Development personnel expenses | System design supervision (Kamei): 0.9 persons * 24 months<br>(2 persons * 4 months + 1 person * 8 months + 0.5 persons * 12 months) | ¥16,200,000 | |
| | | Drawings group personnel: 0.05 * 2 years | ¥900,000 | |
| | | CAD operators: 1 persons * 12 months<br>(¥4500/hr * 19h + ¥6000/hr * 200h) | ¥9,840,000 | |
| | | Subtotal | ¥26,940,000 | A |
| | | | | |
| Sled Testing | Sled test expenses (No. 2) | Pre-shipping check: ¥30,000/shot * 2 shots * 4 times * 6 part numbers | ¥1,440,000 | |
| | | Part check test: ¥30,000/shot * 2 shots * 2 times * 6 part numbers | ¥1,080,000 | |
| | Sled test expenses (No. 3) | New waveform | ¥120,000 | |
| | | White body reinforcement, jig creation expense | ¥500,000 | |
| | | Performance check: ¥40,000/shot * 2 shots * 6 part numbers | ¥4,800,000 | |
| | | Subtotal | ¥7,940,000 | B |
| | | | | |
| Barrie Te | Barrier test expenses | Not scheduled | ¥0 | |
| | | Subtotal | ¥0 | C |
| | | | | |
| Lab Testing | Experiment expenses | Regulations test: 0.3 persons * 1.5 years | ¥4,050,000 | |
| | | Customer spec test: 0.3 persons * 1.5 years | ¥4,050,000 | |
| | | HA stage evaluation: 3 persons * 3 months | ¥405,000 | |
| | | PBP assessment test: 3 persons * 3 months | ¥405,000 | |
| | | Subtotal | ¥8,910,000 | D |
| | | | | |
| Quantitative Analysis | Materials analysis expenses | Not scheduled | ¥0 | |
| | | Subtotal | ¥0 | E |

| | | | | |
|---|---|---|---|---|
| Prototype Tooling | Trial manufacturing tooling expenses | HA rail: ¥2,000,000 * 1 part number<br>Garnish: ¥1,000,000 * 1 part number<br>Cover: ¥1,000,000 * 1 part number | ¥4,000,000 | |
| | | Anchor plate: ¥300,000 * 3 part numbers (RS outer & RC 2 sheets overlapped) | ¥900,000 | |
| | | Bracket: ¥800,000 * 5 part numbers (RR tray placement)<br>¥800,000 * 1 part numbers (RC pillar placement) | ¥4,800,000 | |
| | | Subtotal | ¥9,700,000 | F |
| | | | | |
| Sample/Test pieces | Sample expenses, test parts expenses | Samples for investigation: ¥15,000 * 2 part numbers * 3 sets<br>¥10,000 * 4 part numbers * 3 sets | ¥210,000 | |
| | | Regulations test: ¥15,000 * 2 part numbers * 5 sets<br>¥10,000 * 4 part numbers * 5 sets | ¥350,000 | |
| | | Customer spec test: ¥15,000 * 2 part numbers * 5 sets<br>¥10,000 * 4 part numbers * 5 sets | ¥350,000 | |
| | | HA stage evaluation | ¥300,000 | |
| | | PBP assessment | ¥200,000 | |
| | | Subtotal | ¥1,410,000 | G |
| | | | | |
| Other Co | Other | Sample/CAD data delivery expenses:<br>¥2000 * 12 times | ¥24,000 | |
| | | New GNC terminal expenses: 1 unit * 12 months<br>(EWS: ¥105,000/month * 12 months) | ¥1,260,000 | |
| | | Mazda business trip expenses: ¥40,000 * 80 times (commuting expenses)<br>¥9000 * 150 nights (lodging expenses)<br>¥2400 * 200 days (per diem) | ¥5,030,000 | |
| | | Communication expenses (mobile telephone): ¥5000/month * 12 months | ¥60,000 | |
| | | Subtotal | ¥6,374,000 | H |
| | | | | |
| Income (negative) | Income (minus the appropriated amount) | Samples for evaluating the passenger restraint performance | -¥2,510,000 | |
| | | Subtotal | ¥-2,510,000 | I |
| | | | | |
| | | Total (A~I) | ¥58,764,000 | |

Note: (1) Personnel expenses are calculated on a base of ¥5000/h * persons * 1800h/year = ¥9,000,000/year * persons.
(2) Mass production preparation operations for production/quality assurance separately requires 0.3 persons * 2 years = ¥5,400,000 approximate.
(3) 6 part numbers for belts are shown as Dr/Pa/RS/RC * 3 types.
(4) No. 3 sled expenses are ¥200,000~500,000/shot, but this changed by execution details so ¥500,000 for midterm + alpha.
(5) This estimate is a trial calculation only for belts of Japan design/Japan delivery, and so the specification to be delivered from Europe AUTOLIV...

R5.1 **COST SUMMARY**

Estimate No.-01-034 Jul.-23-2001 TGO

#1

| Project Name: | 0 |
|---|---|
| Project #: | 0 |
| Project Manager: | 0 |
| Part #: | J48 4DR |
| Description: | SOP : Apr.2003 |

#2

| Product Life Cycle (Yrs) | | Cost Risk | Contribution (X) |
|---|---|---|---|
| Project Start Date | | Red | <15% |
| Project Duration to SOP (Yrs) | 0.0 | | 15 - 25% |
| Start of Production | | Green | >25% |

#3

| DEVELOPMENT COSTS | Jul.02 | Target | | |
|---|---|---|---|---|
| Manpower | 24,240,000 | 20,940,000 | 0 | 0 |
| Sled Testing | 7,330,000 | 7,840,000 | 0 | 0 |
| Barrier Testing | 0 | 0 | 0 | 0 |
| Laboratory Testing | 8,100,000 | 8,910,000 | 0 | 0 |
| Metrology Testing | 0 | 0 | 0 | 0 |
| Prototype Tooling | 9,700,000 | 9,700,000 | 0 | 0 |
| Samples/Test pieces | 810,000 | 1,410,000 | 0 | 0 |
| Other (eg. travel) % | 13,464,000 | 6,374,000 | 0 | 0 |
| Income (neg.) | -2,010,000 | -2,510,000 | 0 | 0 |
| Subtotal-Development Costs | 61,064,000 | 58,764,050 | 0 | 0 |

#4

| PRODUCT COSTS | | Jul.02 | Target | | |
|---|---|---|---|---|---|
| Sales Price (Avg) | | 8200.00 | 8025.00 | 0.00 | 0.00 |
| Direct Material per BOM (Avg) | | 6829.31 | 5654.02 | 0.00 | 0.00 |
| Labor minutes per car-set (Avg) | | 43.51 | 59.35 | 0.00 | 0.00 |
| Direct Labor (Avg) | | 184.01 | 558.95 | 0.00 | 0.00 |
| Scrap,freight,pkg,duty on DM | | 336.50 | 219.98 | #DIV/0! | 0.00 |
| Subtotal Direct Costs | | 7351.18 | 6331.93 | #DIV/0! | 0.00 |
| Contribution Margin | | 848.82 | 1693.07 | #DIV/0! | 0.00 |
| Overhead/SG&A | | 757.40 | 917.94 | 0.00 | 0.00 |
| Development Cost (yrs) | 3 | 129.13 | 122.43 | #DIV/0! | 0.00 |
| Capital Amortization (yrs | 3 | 118.61 | 273.00 | #DIV/0! | 0.00 |
| Profit per Car-set | | (156.38) | 379.70 | #DIV/0! | 0.00 |
| Throughput per car-set | | 1,093.73 | 2,252.02 | #DIV/0! | 0.00 |
| Volume (car-sets per yr) | | 160,000 | 160,000 | 0 | 160,000 |
| Seating Positions (per yr) | 1 | 160,000 | 160,000 | 0 | 160,000 |
| Annual Sales | | 1,312,000,000 | 1,284,000,000 | 0 | 0 |
| Annual EBIT | | -5,043,200 | 104,432,000 | #DIV/0! | 0 |
| Calculated payback in years | | n/a | 2 | #DIV/0! | #DIV/0! |
| Net Profit in 3yrs | | -18,129,000 | 313,296,000 | #DIV/0! | 0 |

#5

| CAPITAL EXPENDITURE | | | | |
|---|---|---|---|---|
| Production Line | 33,450,000 | 106,250,000 | 0 | 0 |
| Production Tooling | 23,480,768 | 24,788,460 | 0 | 0 |
| Test Equipment | 0 | 0 | 0 | 0 |
| Gauges & Fixtures | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 |
| Income (neg.) | 0 | 0 | 0 | 0 |
| Subtotal-Capital Expenditures | 56,930,768 | 131,038,460 | 0 | 0 |

#6

| KEY RATIOS | Jul.02 | Target | | |
|---|---|---|---|---|
| Contribution Margin % | 10.4% | 21.1% | #DIV/0! | #DIV/0! |
| Material % | 87.4% | [illegible] | #DIV/0! | #DIV/0! |
| Direct Labor% | 2.3% | 7.0% | #DIV/0! | #DIV/0! |
| Overhead & SG&A % | 9.2% | 11.4% | #DIV/0! | #DIV/0! |
| Development costs (3yr) % | 1.6% | 1.5% | #DIV/0! | #DIV/0! |
| P.I. | 0.95 | 1.41 | #DIV/0! | #DIV/0! |
| Depr production line (3yr) % | 0.8% | 2.5% | #DIV/0! | #DIV/0! |
| Depr tooling (3yr) % | 0.6% | 0.6% | #DIV/0! | #DIV/0! |
| Total Capital Expend (incl alloc) | 56,930,768 | 131,038,460 | 0 | 0 |
| Return on Sales (before tax) % | -1.5% | 4.3% | #DIV/0! | #DIV/0! |
| Return on Capital Employed % | -10.6% | 79.7% | 100.0% | 100.0% |

#7

| Total Costs | 118,914,768 | 188,802,490 | 0 | 0 |
|---|---|---|---|---|

#8

| Production Line | (A = high; B = medium; C = low) | | | |
|---|---|---|---|---|
| Flexibility - Product | | | | |
| Flexibility - Quantity | | | | |

#9

| ASSUMPTIONS | Jul.02 | Target | | |
|---|---|---|---|---|
| Direct Labor per Hour | THB 50.00 | THB 50.00 | THB 50.00 | THB 50.00 |
| Scrap,Pkg Freight,Duty | 5.4% | 5.4% | 5.4% | 5.4% |
| Overhead/SG&A (on SP) | 13.7% | 13.7% | 13.7% | 13.7% |
| Tax rate | | | | |
| Capital Expenditure Allocation | | | | |
| Allocated Costs | | | | |

Assembly plant

| 4DR | Jul.02 | Target | | |
|---|---|---|---|---|
| FR-A : PBP-Gen.2.1+hall sw | ANG | AJS(NA) | | |
| FR-B-D: R27LLD | ATH(NSTT) | ATH(NSTT) | | |
| FR-B-P: R27LLD + A/E | ATH(NSTT) | ATH(NSTT) | | |
| H.Adj : AJS NISSAN trunnion type | AJS(NA) | AJS(NA) | | |
| RS-B : R27Parcel + A/E | ATH(NSTT) | ATH(NSTT) | | |
| RC-B : R27Parcel + A/E (Separation) | ATH(NSTT) | ATH(NSTT) | | |
| RC+RS: K12-BKL + K12-BKL | ATH(NSTT) | ATH(NSTT) | | |
| RC+RS: AJS-Separation BKL + K12-BKL | ATH(NSTT) | ATH(NSTT) | | |

| Jul.02 | Target : SOP |
|---|---|

#10

**Comments:** (blue requires input)

Estimate No.-01-034 Jul.-23-2001 TGO

This is the 4DR SED.'s PACT. (5DR is Excluded)

THB=2.85yen, EUR=105yen

| | AJS(NA) | ATH(NSTT) | ANG |
|---|---|---|---|
| Freight(imported) | ---- | (5.0%) | 10.0% |
| AJS Scrap,Pkg,Freight,Duty | 5.4% | 3.0% | 4.9% |
| AJS Overhead | 13.7% | 10.0% | 5.0% |
| NSTT Overhead | | 12.0% | |

Direct Labor per Hour in AJS PBP = 2600yen / hour THB 50THB / hour
H.Adj = 1900yen / hour
RR-BKL = 1800yen / hour

Capital Tooling Cost = Total Tooling Cost x 4DR / (4DR +5DR) = Total x 100000 / 206000 car-sets

Contribution Margin of PBP material import cost is 0%.

Autoliv — T[illegible]m List

Confidential — Version 2.0

From: Yuji Kamei

| To: | Project team | | |
|---|---|---|---|
| | Keishi Yamada | Account Management | ALJ |
| | Hiroshi Kimura | Account Management | ALJ |
| | Susumu Baba | Corporate Planning & Administrative | AJS |
| | Syuuji Tomizawa | Global Purchasing | AJS |
| | Masaru Kobayashi | Seat Belt Plant | AJS |
| | Takashi Abe | Seat Belt Plant | AJS |
| | Timo Rau | Ford New Market Sales Management | ASG |
| | Frank Bartel | Seat Belt Application | ASG |
| | Wolfgang Richter | | ASG |
| | Detlef Hein | | ASG |
| | | | |
| cc: | Project Executive | | |
| | Workers council (AJS) | | |
| | Masayuki Kano | Seat Belt Technology | AJS |
| | Colin Naughton | Group Integration | AJS |
| | Osamu Kawai | Quality Assurance | AJS |

Project Name: Mazda J48 (2003 Apr. ~)

| Team members + Managers signatures | | | Signatures | Date |
|---|---|---|---|---|
| Seat Belt Technology | (PM) Yuji Kamei | AJS | | |
| Account Management | Keishi Yamada | ALJ | | |
| Account Management | Hiroshi Kimura | ALJ | | |
| Corporate Planning & Administrative | Susumu Baba | AJS | | |
| Global Purchasing | Syuuji Tomizawa | AJS | | |
| Seat Belt Plant | Masaru Kobayashi | AJS | | |
| Seat Belt Plant | Takashi Abe | AJS | | |
| | | | | |
| Account Management | Takayoshi Matsunaga | AKK | | |
| Corporate Planning & Administrative | Takeshi Matsuoka | AJS | | |
| Global Purchasing | Daizaburo Hashimoto | AJS | | |
| Seat Belt Technology | Masayuki Kano | AJS | | |
| Seat Belt Plant | Shingo Iwasa | AJS | | |

Filepath/name/date

 

Autoliv
Autoliv BKI S.A.

*Choose the right option*

| TG0 | |
|---|---|
| TG1 | |
| TG2 | |
| TG3 | |

# Environmental Aspects

**TG0**

***Environmental Standards to fulfil:***

Customer: 2000/53/EC (EU ELV Directive)

Autoliv: AS-5

Local: KBD 4190

**TG1**

| | OK | REMARKS | COMMENTS |
|---|---|---|---|
| *Engineering* | | Acc. to II-07 | |
| *Purchase* | | Acc. to attached checklist | |

**TG2**

| | OK | REMARKS | COMMENTS |
|---|---|---|---|
| *Purchase* | | Acc. to attached checklist | |
| *Process engineering* | | Acc. to attached checklist | |
| *Quality* | | Acc. to attached checklist | |

**TG3**

| | OK | REMARKS | COMMENTS |
|---|---|---|---|
| *Engineering* | | Acc. to II-07 | |
| *Purchase* | | Acc. to attached checklist | |
| *Process engineering* | | Acc. to attached checklist | |
| *Quality* | | Acc. to attached checklist | |
| *Production* | | Acc. to attached checklist | |
| *Sales* | | Acc. to attached checklist | |
| *Logistics* | | Acc. to attached checklist | |

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

Open Issues

1. About seat belt specification
    a) The seat belt specification is not yet Fixed. (Depends on passenger restraint performance.)
    → When changed to AGB101, profit went into the negative.
    b) The control model for sales price is SED.
    → Reliably reflect the increase portion, due to 5HB specification difference, in the sales price.
2. About production site/equipment
    a) In order to assure profit, use of Japan manufacturing for PBP Gen 2.1 is essential.
    → Need to introduce PBP production line.
    b) Details are unclear on PBP Gen 2.1, R27LLD production equipment.
    → Need to investigate production line in Germany and Australia, and discern by expenses, production capability, personnel structure, etc.
3. About part unit cost
    a) Calculate based on purchasing price data (direct level) at ANG.
4. About mass production orders
    a) Mass production orders are not yet settled. (Designated by development supervising supplier.)
    b) Even if development is stopped, we are notified that it will not apply to the entire guarantee request.
    c) Need to cut cost increase amounts for specification changes hereafter.

**Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda**

Mazda J48 - Open Issues List - Open Issues - For NSK - Autoliv Internal Use Only

| Commodity | No. | Item | Action Required | Originator | Responsible | Target Completion | Priority (1 = High) | Actual Completion | Comments | Status (Y/G) |
|---|---|---|---|---|---|---|---|---|---|---|
| General | 1 | 2D Drawing | AJS to advise what support they need for drawings. AJS to look at existing 2D drawings from Hiroshima office, to see if this style is possible or carry-over. Kamei-san to advise T. Rau who is the CAD co-ordinator at Mazda in Cologne, Germany. Kamei-san to send T. Rau copies of all J48 part and assembly numbers. | Kamei-san | Kamei-san | Ongoing | 2 | | Mazda have not yet decided the J48G vehicle numbers, so no assembly part numbers are available as of yet. They will advise once this has taken place. | Y |
| | 2 | Customer Approval Drawings | Discussion with Mazda to take place to agree the submission and approval procedure. This should be common for both regions. ALJ to advise ANG who is responsible for drawing release. | Kamei-san | Kamei-san / [illegible] / T. Rau | Ongoing | 2 | | AJS stated that they have been advised that paper copy submission to Mazda is acceptable. | |
| | 3 | Mazda Information Network | Kamei-san to ask Mazda how to register and get access to Mazda Netsphere FTP server for supplier information exchange. Kamei-san to give the information to Hirata-san, so that the link can be set up. | Hirata-san | Kamei-san | Ongoing | 2 | | | Y |
| | 4 | Test Proposal | AJS to create test specification for Mazda proposal. This should such that it is common to both regions projects, i.e. J48E & G. Discuss internally at AJS, then with ANG and ALJ before proposing to Mazda. ANG to review the specification and advise as to recommendations based on proposed technology and its capabilities | Kamei-san | F. [illegible] / W. [illegible] | Ongoing | 1 | | [illegible] | |
| | 5 | J48G Programme Details | Still not clear within Autoliv, as how J48G development to be carried out by Mazda. This includes part numbers used, and the design specification to worked to, and which type of submission process and documentation. AJS to request this from Mazda in conjunction with the Test Specification requirements from the General section issues, then advise T. Rau at ANG. AJS to create a proposal to Mazda. Discuss this internally at AJS, then together with ANG and ALJ before proposing to Mazda. | Kamei-san | Kamei-san / Kimagai-san | Ongoing | 1 | | Mazda or Ford part numbers are required by ANG in order to be able to start documentation and drawing creation. | |
| | 6 | Prototype Sample Build Requirements | ANG to advise Kamei-san of timing to receive the PBP samples. Samples required without Hall Sensor, and should be completely C214 carry-over assemblies. ANG to advise Kamei-san of prototype BOM's for the PBP Gen 2.1. ANG to advise Kamei-san of prototype BOM's for the 827 LL and 827 LLD test samples. Minimum information needed is Frame type, Retraction Spring strength and LL levels. W. Richter to advise Hasegawa-san of the Airway bill number for the remaining samples when sent. | Kamei-san | T. Rau | Week 32 | 1 | | Second sample delivery required at NSK by 02/07/01; - 4 RH and 2 LH medium level 827 LLD assemblies; - 4 RH and 2 LH low/medium/high level 827 LL assemblies; - 18 RH and 8 LH PBP Gen 2.1 assemblies; - Buckle Tongues, 50 pieces at 0.453 Euro each; Assemblies due for completion 20/07/01. [illegible] | Y |
| | 7 | Assembly Status | C. Hille to prepare list detailing the latest information for each belt assembly component status, and then send to W. Richter at ANG. | W. Richter | C. Hille | Week 32 | 1 | | | Y |
| | 8 | S-1 Build Test Specification | Kamei-san has obtained a copy of the S-1 build test specification for the J48 from Mazda. It outlines the test requirements for the assemblies. A copy is to be translated and sent to ANG for review, and understanding. [illegible] | T. Rau | Kamei-san | Week 32 | 2 | | This specification must be met. [illegible] | Y |
| | 9 | PACT | All PACT documentation to be updated according to latest known assembly requirements, as and when pricing becomes available. These costs are then to be assessed for change from those previously quoted. | Higuchi-san | Higuchi-san | Ongoing | 1 | | Continual updates required to track costs, and ascertain the actions that are adding cost to the assembly prices. Mazda to be informed when this occurs. | |
| | 10 | Next Meeting | The next video conference with ANG is to take place on Friday 03/08/01 at 15:30 Japanese time. | For Information Only | | | | | | Y |