ANDREWS 0993

PLAINTIFF'S EXHIBIT
PX 56

09.05.2014