# Plaintiff's
# PX 59

## 2004 Mazda 3 Moderate Overlap
## IIHS Crash Test
## Video

Contained on flash drive →

(contains P59 and P156)