

2005
**Mazda3**
Owner's Manual

PLAINTIFF'S
EXHIBIT

PX 61 A

Essential Safety Equipment
# SRS Air Bags

## Supplemental Restraint Systems (SRS) Precautions

The front and side supplemental restraint systems (SRS) include up to 6 air bags (verify "SRS AIRBAG" location indicator marks).
They are located in:

- The steering wheel hub (driver air bag)
- The front passenger dashboard (front passenger air bag)
- The outboard sides of the front seatbacks (side air bags) *
- The front and rear window pillars, and the roof edge along both sides (curtain air bags) *

These systems operate independently depending on the type of accident encountered; if you have side and curtain air bags, the side and curtain air bags are not likely to deploy on both sides in the same accident because a vehicle is not often hit from both sides. The side and curtain air bags and the frontal air bag system will not normally deploy during the same type of accident unless a combination of frontal and side impacts occur.

The air bag supplemental restraint systems are designed to provide supplemental protection only in the front seats in certain situations and the rear outside passenger positions only in same-side collisions, so seat belts are always important in the following ways:

Without seat belt usage, the air bags cannot provide adequate protection during an accident.
Seat belt usage is necessary to:

- Keep the occupant from being thrown into an inflating air bag.
- Reduce the possibility of injuries during an accident that is not designed for air bag inflation, such as roll-over or rear impact.
- Reduce the possibility of injuries in frontal or side collisions that are not severe enough to activate the air bags.
- Reduce the possibility of being thrown from your vehicle.
- Reduce the possibility of injuries to lower body and legs during an accident because the air bags provide no protection to these parts of the body.
- Hold the driver in a position which allows better control of the vehicle.

Small children should be protected by a child-restraint system. In certain regions, larger children must use a child-restraint system (page 2-21).
Carefully consider which child-restraint system is necessary for your child and follow the installation directions in this Owner's Manual as well as the child-restraint system manufacturer's instructions.

2-36    *Some models.