# Autoliv



Innovation and Research

## Crash Testing

Autoliv is the only automotive safety supplier with dedicated resources for crash testing of complete vehicles and not only vehicle bodies in sled tests.

We have six tracks for full-scale tests (in France, north and south Germany, Sweden, China and the U.S.), and an additional 16 sled test tracks.

**625** full vehicle crash tests per year

**6** tracks for full-scale tests

**19** crash tests tracks

**16** sled test tracks

Autoliv handles every aspect of testing - from the test method development, pre-test preparations, post-test analysis, computer simulations to crash testing, and safety improvement recommendations.

## Customer confidentiality

Autoliv is highly aware of its customers' need for confidentiality and imposes strict security measures during every part of the testing process.

## Quality



PLAINTIFF'S EXHIBIT PX 62

The reliability requirements imposed at Autoliv's test centers mean that Autoliv has a stringent quality control system in place based on a "zero-defect" principle.



Innovation and Research