Andrews, Jamie Lee Vs. Autoliv Japan, Ltd.

Page 1

```
 1              THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF GEORGIA
 3                       ATLANTA DIVISION
 4
 5   JAMIE LEE ANDREWS, as           *
 6   Surviving Spouse of             *
 7   MICAH LEE ANDREWS, Deceased,*     CIVIL ACTION FILE
 8   and JAMIE LEE ANDREWS, as       *  NO. 1:14-CV-03432-SCJ
 9   Administrator of the Estate    *
10   Of MICAH LEE ANDREWS,           *
11   Deceased, Plaintiff,            *
12                                   *
13   v.                              *
14                                   *
15   AUTOLIV JAPAN, LTD.,            *
16   Defendant.                      *
17
18
19                       VIDEO:
20       AUTOLIV AUTOMOTIVE SAFETY WORLDWIDE LEADER
21                PUBLISHED AUGUST 22, 2016
22
23
24
25
```

**Plaintiff's Exhibit PX 68**

Andrews, Jamie Lee Vs. Autoliv Japan, Ltd.

Page 2

1         R E C O R D I N G
2         MALE SPEAKER: Human life. The
3 momentary wonder that makes us unique, beautiful, and
4 yet vulnerable. AUTOLIV is here to keep it safe. We
5 are present all over the world. A quiet companion for
6 human beings that interact, move, explore. On each
7 and every road, we deliver them safely at their
8 destination. This is the unquestioned duty of the
9 automotive safety worldwide leader. The world is
10 moving faster and faster. Time has become more
11 expensive than ever. And it sometimes asks for the
12 ultimate price. Constant innovation and state of the
13 art automotive safety products are the ones that
14 protect our health and lives. Through them we enable
15 the world's means of transportation to think and act
16 in favor of our safety. AUTOLIV means people taking
17 care of people. But what drives us? What makes us
18 push the boundaries of technology? Our tireless
19 passion for saving lives keeps people out of harm's
20 way. That is why the only way to go is forward. That
21 is why most of the world's cars are equipped with an
22 AUTOLIV product. Human life. The ultimate wonder
23 that has brought us together. Let's keep it that way.
24         (Recording Ends)
25

Andrews, Jamie Lee Vs. Autoliv Japan, Ltd.

Page 3

1       CERTIFICATE OF TRANSCRIBER

2          I, MARY DARNELL, do hereby certify that this
3   transcript was prepared from the digital audio
4   recording of the foregoing proceeding, that said
5   transcript is a true and accurate record of the
6   proceedings to the best of my knowledge, skills, and
7   ability; that I am neither counsel for, related to,
8   nor employed by any of the parties to the action in
9   which this was taken; and, further, that I am not a
10  relative or employee of any counsel or attorney
11  employed by the parties hereto, nor financially or
12  otherwise interested in the outcome of this action.

*[Signature: Mary Darnell]*

MARY DARNELL

Andrews, Jamie Lee Vs. Autoliv Japan, Ltd.

[03432 - speaker]                                                                 Page 1

| 0 | civil 1:7 | georgia 1:2 | o |
|---|---|---|---|
| 03432 1:8 | companion 2:5 | go 2:20 | o 2:1 |
| **1** | constant 2:12 | **h** | ones 2:13 |
| 18266 3:14 | counsel 3:7,10 | harm's 2:19 | outcome 3:12 |
| 1:14 1:8 | court 1:1 | health 2:14 | **p** |
| **2** | cv 1:8 | hereto 3:11 | parties 3:8,11 |
| 2016 1:21 | **d** | human 2:2,6,22 | passion 2:19 |
| 22 1:21 | d 2:1 | **i** | people 2:16,17,19 |
| **a** | darnell 3:2,15 | innovation 2:12 | plaintiff 1:11 |
| ability 3:7 | deceased 1:7,11 | interact 2:6 | prepared 3:3 |
| accurate 3:5 | defendant 1:16 | interested 3:12 | present 2:5 |
| act 2:15 | deliver 2:7 | **j** | price 2:12 |
| action 1:7 3:8,12 | destination 2:8 | jamie 1:5,8 | proceeding 3:4 |
| administrator 1:9 | digital 3:3 | japan 1:15 | proceedings 3:6 |
| andrews 1:5,7,8 | district 1:1,2 | **k** | product 2:22 |
| 1:10 | division 1:3 | keep 2:4,23 | products 2:13 |
| art 2:13 | drives 2:17 | keeps 2:19 | protect 2:14 |
| asks 2:11 | duty 2:8 | knowledge 3:6 | published 1:21 |
| atlanta 1:3 | **e** | **l** | push 2:18 |
| attorney 3:10 | e 2:1 | leader 1:20 2:9 | **q** |
| audio 3:3 | employed 3:8,11 | lee 1:5,7,8,10 | quiet 2:5 |
| august 1:21 | employee 3:10 | let's 2:23 | **r** |
| autoliv 1:15,20 2:4 | enable 2:14 | life 2:2,22 | r 2:1,1 |
| 2:16,22 | ends 2:24 | lives 2:14,19 | record 3:5 |
| automotive 1:20 | equipped 2:21 | **m** | recording 2:24 3:4 |
| 2:9,13 | estate 1:9 | male 2:2 | related 3:7 |
| **b** | expensive 2:11 | mary 3:2,15 | relative 3:10 |
| beautiful 2:3 | explore 2:6 | means 2:15,16 | road 2:7 |
| beings 2:6 | **f** | micah 1:7,10 | **s** |
| best 3:6 | faster 2:10,10 | momentary 2:3 | safe 2:4 |
| boundaries 2:18 | favor 2:16 | move 2:6 | safely 2:7 |
| brought 2:23 | file 1:7 | moving 2:10 | safety 1:20 2:9,13 |
| **c** | financially 3:11 | **n** | 2:16 |
| c 2:1 | foregoing 3:4 | n 2:1 | saving 2:19 |
| care 2:17 | forward 2:20 | neither 3:7 | scj 1:8 |
| cars 2:21 | further 3:9 | northern 1:2 | signature 3:14 |
| certificate 3:1 | **g** | | skills 3:6 |
| certify 3:2 | g 2:1 | | speaker 2:2 |

Andrews, Jamie Lee Vs. Autoliv Japan, Ltd.

[spouse - world's]  Page 2

| | |
|---|---|
| spouse | 1:6 |
| state | 2:12 |
| states | 1:1 |
| surviving | 1:6 |

**t**

| | |
|---|---|
| taken | 3:9 |
| technology | 2:18 |
| think | 2:15 |
| time | 2:10 |
| tireless | 2:18 |
| transcriber | 3:1 |
| transcript | 3:3,5 |
| transportation | 2:15 |
| true | 3:5 |

**u**

| | |
|---|---|
| ultimate | 2:12,22 |
| unique | 2:3 |
| united | 1:1 |
| unquestioned | 2:8 |

**v**

| | |
|---|---|
| v | 1:13 |
| video | 1:19 |
| vulnerable | 2:4 |

**w**

| | |
|---|---|
| way | 2:20,20,23 |
| wonder | 2:3,22 |
| world | 2:5,9 |
| worldwide | 1:20  2:9 |
| world's | 2:15,21 |