

**PYROTECHNICAL PRETENSIONING RETRACTOR
R200RPLL/LLD**

Autoliv





112 Max
105 -131 (Various Frames)
107.4 Max
77 Max

### Technical Specifications :

| | |
|---|---|
| Min. Pay-in w/ 100 mm Belt-slack (AK): | 120 mm |
| Min. Pay-in w/ 0 mm Belt-slack (AK): | 80 mm |
| Max. Pretensioning Force at Shoulder: | 2500 N |
| Static Strength (0 mm web on spool) : | >13.3 kN (-3•) |
| Electrical Firing System: | DC |
| All-fire Limit: | 400 mA/ 10 s |
| No-fire Limit: | 1200 mA/ 2 ms |
| Resistance: | 2.00 Ohm |
| Loading: | 600 mg |
| Type of propellant: | BTU (200 mg), B7T (400 mg) |
| Torsion Bar Levels: (Measured in Nm @ 1 Turn) | 42(XL), 45(SL),49(L), 60(M), 70(M+), 80(H), 92(XH),114(HH) |
| LLD Bending Elements: | Step Loads : 1.0kN, 1.5kN Duration : 25-80mm |
| Vehicle Sense: | ECE: 0.45 g, US: 0.7 g |
| Web Sense: | ECE : 0.8-2.0 g, Domestic : 2.0-3.5 g |
| Weight: | 880 g |
| Webbing exit angle (design limitation): | < 10° in all direction |
| Local Design Authority: | ATC |
| Manufacturing location: | AMX |
| DFMEA: | E033739 |
| Chart Drawing: | 6070351 |

**PLAINTIFF'S EXHIBIT PX 72**

Technical responsibility :        File:        Date:

This document is in property of AUTOLIV – Reproduction and dissemination are forbidden without authorization of AUTOLIV

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER        ALIV 003599