# R27 LL
## Load Limiting Retractor

**Autoliv**



Side view | Front view | Isometric view

## TECHNICAL DATA

| | |
|---|---|
| Static strength direct pull: **> 15kN** | Static strength 450 mm: **. / .** (Load Limiter) |
| Webbing capacity (width 1.2mm): **2200mm** | Weight (no webbing): **370g**   N° of parts: **20** |

Options:
| | | |
|---|---|---|
| KiSi: **available** | GuBA: **no** | Comfort device: **no** |

**Load Limiter levels see below**

## SPECIAL REMARKS:

Load Limiter levels:
Low    = 2,5 kN
Med   = 3,5 kN
High   = 4,5 kN

Static Load at retractor

## SPECIFICATIONS:

Legal specifications:

**ECE R16**
**ADR 4**
**FMVSS 209**

Customer specifications:

**BMW QV 72003**
**Opel QT 010301**
**Rover SB FS GEN 002**

PLAINTIFF'S EXHIBIT
PX 74

Others:

| | | |
|---|---|---|
| Design Authority: TR1-ANG | Completion date: 14 / 06 / 1999 | Last Review Date: 07/08/2000 |

Form Release Date: xx / xx / xxxx

CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER

ALIV 003601