# Plaintiff's PX 100

## Micah Flying to the catwalk at an Event

## Video