# Plaintiff's PX 102

## Micah and Cady enjoying a snow day sledding (in a laundry basket)

## Video