# Mazda J48C

Europe Name: Mazda 3. Japan Name: AXELA



Tollgate-4    Date:2003.11.18

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01028

PLAINTIFF'S EXHIBIT
PX 120.2

## Purpose of Receiving an Order for Occupant Restraint System in Mazda J48 Program

**Background :**
- Ford/Mazda made a decision to develop the J48 program using C car platform. Autoliv was awarded a full system supplier(FSS) for occupant restraint equipment(TRW was also awarded some programs in C car platform).

↓

Mazda J48 program is developed at Mazda Japan and we are to participate in Mazda's development as the FSS in Japan.   Taking this opportunity, we are targeting to obtain a business of the J48 occupant restraint system.

**Target :**
- To raise the management efficiency of a company by receiving an order of the large-sized business over 200,000 vehicle unites yearly output, which is yearly turnover of about 1,600 million yen.
- ANG is a Front Seat Belt supplier for current Mazda J39 program. Maintaining the current Front Seat Belt business as well as extending the business, we will improve our customer support by production and development locally.

↓

As a reborn AJS, we will resume dealing with Mazda and become the core that promotes Occupant Restraints system in Autoliv K.K. for Mazda.   It is indispensable that we should receive an award of the occupant restraints system as the FSS in Japan..

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01090