# Plaintiff's PX 156

## NHTSA NCAP Test # 4864
## 04 Mazda3

## Video

(P156 contained on 1 flashdrive with P59 at P59)