REPORT NUMBER TR-P24001-05-NC

NEW CAR ASSESSMENT PROGRAM
FRONTAL BARRIER IMPACT TEST

MAZDA MOTORS CORPORATION
2004 MAZDA 3
4 DOOR SEDAN

NHTSA NUMBER: M45400

PREPARED BY:
KARCO ENGINEERING, LLC
9270 HOLLY ROAD
ADELANTO, CALIFORNIA 92301



DECEMBER 17, 2003

FINAL REPORT

PREPARED FOR:
U.S. DEPARTMENT OF TRANSPORTATION
NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION
RULEMAKING
OFFICE OF CRASHWORTHINESS STANDARDS
MAIL CODE: NVS-111
400 SEVENTH STREET, SW, ROOM 5311
WASHINGTON, D.C. 20590

PLAINTIFF'S EXHIBIT PX 160

| Test Vehicle: | 2004 Mazda 3 4 Door Sedan | Test Date: | 12/17/03 |
|---|---|---|---|
| Test Program: | 2004 NHTSA 35mph NCAP | NHTSA No.: | M45400 |





| Curve Description |||| 
|---|---|---|---|
| Driver Head Redundant X ||||
| CURNO | Type | SAE Class | Units |
| 004 | FIL | 1000 | G's |
| Max | Time | Min | Time |
| 1.8 | 199.9 | -59.1 | 81.1 |



| Curve Description ||||
|---|---|---|---|
| Driver Head Redundant Y ||||
| CURNO | Type | SAE Class | Units |
| 005 | FIL | 1000 | G's |
| Max | Time | Min | Time |
| 14.2 | 87.7 | -2.3 | 28.4 |



| Curve Description ||||
|---|---|---|---|
| Driver Head Redundant Z ||||
| CURNO | Type | SAE Class | Units |
| 006 | FIL | 1000 | G's |
| Max | Time | Min | Time |
| 22.6 | 70.1 | -14.2 | 91.5 |



| Curve Description ||||
|---|---|---|---|
| Driver Head Resultant Redundant ||||
| CURNO | Type | SAE Class | Units |
| 004 | RES | 1000 | G's |
| Max | Time | Min | Time |
| 60.7 | 82.3 | 0.0 | 0.1 |