PLAINTIFF'S EXHIBIT PX 162

