# Autoliv




## Annual Report 2004



PLAINTIFF'S EXHIBIT
PX 190A

# Selected Financial Data

| (Dollars in millions, except per share data) | 2004 | 2003 | 2002 | 2001[1] | 2001[1][2] | 2000 | 2000[2] |
|---|---|---|---|---|---|---|---|
| **Sales and Income** | | | | | | | |
| Net sales | $6,144 | $5,301 | $4,443 | $3,991 | | $4,116 | |
| Operating income | 513 | 427 | 323 | 182 | $233 | 340 | $389 |
| Income before income taxes | 485 | 397 | 279 | 125 | 176 | 291 | 340 |
| Net income | 326 | 268 | 176 | 53 | 105 | 169 | 218 |
| **Financial Position** | | | | | | | |
| Current assets excluding cash | 1,962 | 1,822 | 1,518 | 1,350 | | 1,312 | |
| Property, plant and equipment | 1,160 | 1,052 | 917 | 845 | | 867 | |
| Intangible assets (primarily goodwill) | 1,709 | 1,710 | 1,690 | 1,685 | | 1,739 | |
| Non-interest bearing liabilities | 1,678 | 1,493 | 1,290 | 1,058 | | 1,111 | |
| Capital employed | 3,236 | 3,187 | 2,924 | 2,917 | | 2,919 | |
| Net debt | 599 | 785 | 864 | 1,023 | | 1,009 | |
| Shareholders' equity | 2,636 | 2,402 | 2,060 | 1,894 | | 1,910 | |
| Total assets | 5,354 | 4,931 | 4,356 | 4,086 | | 4,134 | |
| Long-term debt | 667 | 846 | 843 | 1,037 | | 737 | |
| **Per share data** | | | | | | | |
| Earnings per share (US$) [3] | 3.46 | 2.81 | 1.79 | .54 | 1.07 | 1.67 | 2.16 |
| Equity per share (US$) | 28.66 | 25.31 | 21.39 | 19.32 | | 19.49 | |
| Cash dividends declared per share (US$) | .75 | .54 | .44 | .44 | | .44 | |
| Number of shares outstanding (million) [4] | 92.0 | 94.9 | 96.3 | 98.0 | | 97.8 | |
| **Ratios** | | | | | | | |
| Gross margin (%) | 19.9 | 18.9 | 18.1 | 16.6 | 16.6 | 19.1 | |
| Operating margin (%) | 8.4 | 8.1 | 7.3 | 4.5 | 5.8 | 8.2 | 9.5 |
| Pretax margin (%) | 7.9 | 7.5 | 6.3 | 3.1 | 4.4 | 7.1 | 8.3 |
| Return on capital employed (%) | 16 | 14 | 11 | 6 | 8 | 12 | 14 |
| Return on shareholders' equity (%) | 13 | 12 | 9 | 3 | 6 | 9 | 11 |
| Equity ratio (%) | 49 | 49 | 47 | 46 | | 46 | |
| Net debt to capitalization (%) | 18 | 24 | 29 | 35 | | 34 | |
| Days receivables outstanding | 73 | 77 | 78 | 79 | | 76 | |
| Days inventory outstanding | 31 | 31 | 31 | 32 | | 31 | |
| **Other data** | | | | | | | |
| Airbag sales [5] | 4,028 | 3,608 | 3,160 | 2,817 | | 2,934 | |
| Seat belt sales [6] | 2,116 | 1,693 | 1,283 | 1,174 | | 1,182 | |
| Net cash provided by operating activities | 680 | 529 | 509 | 266 | | 266 | |
| Capital expenditures | 324 | 258 | 228 | 248 | | 235 | |
| Net cash used in investing activities | (303) | (275) | (240) | (270) | | (428) | |
| Net cash provided by (used in) financing activities | (261) | (273) | (257) | 10 | | 131 | |
| Number of employees, December 31 | 34,500 | 32,100 | 30,100 | 28,300 | | 28,000 | |

1) In 2001, Unusual items reduced gross profit by $46.1 million, income before taxes by $65.3 million, net income by $46.8 million and earnings per share by $.48 (see Note 10 for further details.)
2) Adjusted for the effect of the accounting principle FAS-142.
3) The differences between basic and dilutive per share amounts do not exceed one cent for any year (see "Number of Shares" on page 55.)
4) At year end, net of treasury shares.
5) Incl. Steering Wheels, Electronics, Inflators and Initiators.
6) Incl. Seats components.