# Driven for life

Annual Report **2005**



PLAINTIFF'S
EXHIBIT

PX 191 A



Autoliv

MULTI-YEAR SUMMARY

# Selected Financial Data

| (Dollars in millions, except per share data) | 2005[1] | 2004 | 2003 | 2002 | 2001[2] | 2001[2,3] |
|---|---|---|---|---|---|---|
| **Sales and Income** | | | | | | |
| Net sales | $6,205 | $6,144 | $5,301 | $4,443 | $3,991 | |
| Operating income | 513 | 513 | 427 | 323 | 182 | $233 |
| Income before income taxes | 482 | 485 | 397 | 279 | 125 | 176 |
| Net income | 293 | 326 | 268 | 176 | 53 | 105 |
| | | | | | | |
| **Financial Position** | | | | | | |
| Current assets excluding cash | 1,867 | 1,962 | 1,822 | 1,518 | 1,350 | |
| Property, plant and equipment | 1,081 | 1,160 | 1,052 | 917 | 845 | |
| Intangible assets (primarily goodwill) | 1,679 | 1,709 | 1,710 | 1,690 | 1,685 | |
| Non-interest bearing liabilities | 1,418 | 1,678 | 1,493 | 1,290 | 1,058 | |
| Capital employed | 3,193 | 3,236 | 3,187 | 2,924 | 2,917 | |
| Net debt | 877 | 599 | 785 | 864 | 1,023 | |
| Shareholders' equity | 2,316 | 2,636 | 2,402 | 2,060 | 1,894 | |
| Total assets | 5,065 | 5,354 | 4,931 | 4,356 | 4,086 | |
| Long-term debt | 757 | 667 | 846 | 843 | 1,037 | |
| | | | | | | |
| **Share data** | | | | | | |
| Earnings per share (US$)[4] | 3.26 | 3.46 | 2.81 | 1.79 | 0.54 | 1.07 |
| Equity per share (US$) | 27.67 | 28.66 | 25.31 | 21.39 | 19.32 | |
| Cash dividends declared and paid per share (US$) | 1.17 | 0.75 | 0.54 | 0.44 | 0.44 | |
| Share repurchases | 378 | 144 | 43 | 30 | 0 | |
| Number of shares outstanding (million)[5] | 83.7 | 92.0 | 94.9 | 96.3 | 98.0 | |
| | | | | | | |
| **Ratios** | | | | | | |
| Gross margin (%) | 20.4 | 19.9 | 18.9 | 18.1 | 16.6 | 16.6 |
| Operating margin (%) | 8.3 | 8.4 | 8.1 | 7.3 | 4.5 | 5.8 |
| Pretax margin (%) | 7.8 | 7.9 | 7.5 | 6.3 | 3.1 | 4.4 |
| Return on capital employed (%) | 16 | 16 | 14 | 11 | 6 | 8 |
| Return on shareholders' equity (%) | 12 | 13 | 12 | 9 | 3 | 6 |
| Equity ratio (%) | 46 | 49 | 49 | 47 | 46 | |
| Net debt to capitalization (%) | 27 | 18 | 24 | 29 | 35 | |
| Days receivables outstanding | 71 | 73 | 77 | 78 | 79 | |
| Days inventory outstanding | 32 | 31 | 31 | 31 | 32 | |
| | | | | | | |
| **Other data** | | | | | | |
| Airbag sales[6] | 4,083 | 4,028 | 3,608 | 3,160 | 2,817 | |
| Seatbelt sales[7] | 2,122 | 2,116 | 1,693 | 1,283 | 1,174 | |
| Net cash provided by operating activities | 479 | 680 | 529 | 509 | 266 | |
| Capital expenditures | 315 | 324 | 258 | 228 | 248 | |
| Net cash used in investing activities | (303) | (303) | (275) | (240) | (270) | |
| Net cash provided by (used in) financing activities | (86) | (261) | (273) | (257) | 10 | |
| Number of employees, December 31 | 34,100 | 34,500 | 32,100 | 30,100 | 28,300 | |

1) Please see page 22 for "Items Affecting Comparability". 2) In 2001, Unusual items reduced gross profit by $46.1 million, income before taxes by $65.3 million, net income by $46.8 million and earnings per share by $0.48 (see Note 10 for further details.) 3) Adjusted for the effect of the accounting principle FAS-142. 4) The differences between basic and dilutive per share amounts are less than one percent for each year (see page 33) 5) At year end, net of treasury shares. 6) Incl. Steering Wheels, Electronics, Inflators and Initiators. 7) Incl. Seat components.