

# Driven for life

Annual Report **2006**



PLAINTIFF'S EXHIBIT PX 192 A



MULTI-YEAR SUMMARY

## Selected Financial Data

| (Dollars in millions, except per share data) | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $6,188 | $6,205 | $6,144 | $5,301 | $4,443 |
| Operating income | 520 | 513 | 513 | 427 | 323 |
| Income before income taxes | 481 | 482 | 485 | 397 | 279 |
| Net income | 402[1] | 293[2] | 326 | 268 | 176 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 1,930 | 1,867 | 1,962 | 1,822 | 1,518 |
| Property, plant and equipment | 1,160 | 1,081 | 1,160 | 1,052 | 917 |
| Intangible assets (primarily goodwill) | 1,676 | 1,679 | 1,709 | 1,710 | 1,690 |
| Non-interest bearing liabilities | 1,441 | 1,418 | 1,678 | 1,493 | 1,290 |
| Capital employed | 3,413 | 3,193 | 3,236 | 3,187 | 2,924 |
| Net debt | 1,010 | 877 | 599 | 785 | 864 |
| Shareholders' equity | 2,403 | 2,316 | 2,636 | 2,402 | 2,060 |
| Total assets | 5,111 | 5,065 | 5,354 | 4,931 | 4,356 |
| Long-term debt | 888 | 757 | 667 | 846 | 843 |
| **Share data** | | | | | |
| Earnings per share (US$) - basic | 4.90 | 3.28 | 3.49 | 2.83 | 1.80 |
| Earnings per share (US$) - assuming dilution | 4.88[1] | 3.26[2] | 3.46 | 2.81 | 1.79 |
| Equity per share (US$) | 30.00 | 27.67 | 28.66 | 25.31 | 21.39 |
| Cash dividends paid per share (US$) | 1.36 | 1.17 | 0.75 | 0.54 | 0.44 |
| Share repurchases | 221 | 378 | 144 | 43 | 30 |
| Number of shares outstanding (million)[3] | 80.1 | 83.7 | 92.0 | 94.9 | 96.3 |
| **Ratios** | | | | | |
| Gross margin (%) | 20.4 | 20.4 | 19.9 | 18.9 | 18.1 |
| Operating margin (%) | 8.4 | 8.3 | 8.4 | 8.1 | 7.3 |
| Pretax margin (%) | 7.8 | 7.8 | 7.9 | 7.5 | 6.3 |
| Return on capital employed (%) | 16 | 16 | 16 | 14 | 11 |
| Return on shareholders' equity (%) | 17[1] | 12[2] | 13 | 12 | 9 |
| Equity ratio (%) | 47 | 46 | 49 | 49 | 47 |
| Net debt to capitalization (%) | 29 | 27 | 18 | 24 | 29 |
| Days receivables outstanding | 70 | 71 | 73 | 77 | 78 |
| Days inventory outstanding | 34 | 32 | 31 | 31 | 31 |
| **Other data** | | | | | |
| Airbag sales[4] | 4,085 | 4,116 | 4,028 | 3,608 | 3,160 |
| Seatbelt sales[5] | 2,103 | 2,089 | 2,116 | 1,693 | 1,283 |
| Net cash provided by operating activities | 560 | 479 | 680 | 529 | 509 |
| Capital expenditures | 328 | 315 | 324 | 258 | 228 |
| Net cash used in investing activities | (288) | (303) | (303) | (275) | (240) |
| Net cash provided by (used in) financing activities | (438) | (86) | (261) | (273) | (257) |
| Number of employees, December 31 | 35,700 | 34,100 | 34,500 | 32,100 | 30,100 |

1) Excluding release of tax reserves and other discrete tax items, net income would have been $307 million, earnings per share $3.73 and return on equity 13.2%, see page 24 for reconciliation of these non-U.S. GAAP measures. 2) Excluding the effect of the Job Creation Act transactions, net income would have been $306 million, earnings per share $3.41 and return on equity 12.2%, see page 24 for reconciliation of these non-U.S. GAAP measures. 3) At year end, net of treasury shares. 4) Incl. electronics, steering wheels, inflators and initiators. 5) Incl. seat components.