**Driven for life**





PLAINTIFF'S
EXHIBIT

PX 193*A*

exhibitsticker.com

**Annual Report 2007**



**Multi-Year Summary**

## Selected Financial Data

| (Dollars in millions, except per share data) | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $6,769 | $6,188 | $6,205 | $6,144 | $5,301 |
| Operating income | 502[1] | 520 | 513 | 513 | 427 |
| Income before income taxes | 446[1] | 481 | 482 | 485 | 397 |
| Net income | 288[1] | 402[2] | 293[3] | 326 | 268 |
| | | | | | |
| **Financial Position** | | | | | |
| Current assets excluding cash | 1,941 | 1,930 | 1,867 | 1,962 | 1,822 |
| Property, plant and equipment | 1,260 | 1,160 | 1,081 | 1,160 | 1,052 |
| Intangible assets (primarily goodwill) | 1,760 | 1,676 | 1,679 | 1,709 | 1,710 |
| Non-interest bearing liabilities | 1,552 | 1,441 | 1,418 | 1,678 | 1,493 |
| Capital employed | 3,531 | 3,413 | 3,193 | 3,236 | 3,187 |
| Net debt | 1,182 | 1,010 | 877 | 599 | 785 |
| Shareholders' equity | 2,349 | 2,403 | 2,316 | 2,636 | 2,402 |
| Total assets | 5,305 | 5,111 | 5,065 | 5,354 | 4,931 |
| Long-term debt | 1,040 | 888 | 757 | 667 | 846 |
| | | | | | |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 3.70 | 4.90 | 3.28 | 3.49 | 2.83 |
| Earnings per share (US$) – assuming dilution | 3.68[1] | 4.88[2] | 3.26[3] | 3.46 | 2.81 |
| Equity per share (US$) | 31.83 | 30.00 | 27.67 | 28.66 | 25.31 |
| Cash dividends paid per share (US$) | 1.54 | 1.36 | 1.17 | 0.75 | 0.54 |
| Cash dividends declared per share (US$) | 1.56 | 1.41 | 1.24 | 0.85 | 0.56 |
| Share repurchases | 380 | 221 | 378 | 144 | 43 |
| Number of shares outstanding (million)[4] | 73.8 | 80.1 | 83.7 | 92.0 | 94.9 |
| | | | | | |
| **Ratios** | | | | | |
| Gross margin (%) | 19.7 | 20.4 | 20.4 | 19.9 | 18.9 |
| Operating margin (%) | 7.4[1] | 8.4 | 8.3 | 8.4 | 8.1 |
| Pretax margin (%) | 6.6[1] | 7.8 | 7.8 | 7.9 | 7.5 |
| Return on capital employed (%) | 15 | 16 | 16 | 16 | 14 |
| Return on shareholders' equity (%) | 12[1] | 17[2] | 12[3] | 13 | 12 |
| Equity ratio (%) | 44 | 47 | 46 | 49 | 49 |
| Net debt to capitalization (%) | 33 | 29 | 27 | 18 | 24 |
| Days receivables outstanding | 64 | 70 | 71 | 73 | 77 |
| Days inventory outstanding | 33 | 34 | 32 | 31 | 31 |
| | | | | | |
| **Other data** | | | | | |
| Airbag sales[5] | 4,377 | 4,085 | 4,116 | 4,028 | 3,608 |
| Seatbelt sales[6] | 2,392 | 2,103 | 2,089 | 2,116 | 1,693 |
| Net cash provided by operating activities | 781 | 560 | 479 | 680 | 529 |
| Capital expenditures | 324 | 328 | 315 | 324 | 258 |
| Net cash used in investing activities | (431) | (288) | (303) | (303) | (275) |
| Net cash provided by (used in) financing activities | (375) | (438) | (86) | (261) | (273) |
| Number of employees, December 31 | 35,300 | 35,700 | 34,100 | 34,500 | 32,100 |

1) Excluding impact of a court ruling (see page 37), operating income would have been $532 million, income before taxes $476 million, net income $308 million, operating margin 7.9%, pretax margin 7.0%, earnings per share $3.94 and return on equity 12.8%. See page 32 for reconciliation of these non-U.S. GAAP measures. 2) Excluding release of tax reserves and other discrete tax items, net income would have been $307 million, earnings per share $3.73 and return on equity 13.2%, see page 32 for reconciliation of these non-U.S. GAAP measures. 3) Excluding the effect of the Jobs Creation Act transactions, net income would have been $306 million, earnings per share $3.41 and return on equity 12.2%, see page 32 for reconciliation of these non-U.S. GAAP measures. 4) At year end, net of treasury shares. 5) Incl. electronics, steering wheels, inflators and initiators. 6) Incl. seat components.