Driven for life





Annual Report 2008

Autoliv

**Multi-Year Summary**

# Selected Financial Data

| (Dollars in millions, except per share data) | 2008[1] | 2007[1,2] | 2006[1,3] | 2005[4] | 2004 |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $6,473 | $6,769 | $6,188 | $6,205 | $6,144 |
| Operating income | 306 | 502 | 520 | 513 | 513 |
| Income before income taxes | 249 | 446 | 481 | 482 | 485 |
| Net income | 165 | 288 | 402 | 293 | 326 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 1,598 | 1,941 | 1,930 | 1,867 | 1,962 |
| Property, plant and equipment | 1,158 | 1,260 | 1,160 | 1,081 | 1,160 |
| Intangible assets (primarily goodwill) | 1,745 | 1,760 | 1,676 | 1,679 | 1,709 |
| Non-interest bearing liabilities | 1,361 | 1,552 | 1,441 | 1,418 | 1,678 |
| Capital employed | 3,312 | 3,531 | 3,413 | 3,193 | 3,236 |
| Net debt | 1,195 | 1,182 | 1,010 | 877 | 599 |
| Shareholders' equity | 2,117 | 2,349 | 2,403 | 2,316 | 2,636 |
| Total assets | 5,206 | 5,305 | 5,111 | 5,065 | 5,354 |
| Long-term debt | 1,401 | 1,040 | 888 | 757 | 667 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 2.29 | 3.70 | 4.90 | 3.28 | 3.49 |
| Earnings per share (US$) – assuming dilution | 2.28 | 3.68 | 4.88 | 3.26 | 3.46 |
| Equity per share (US$) | 30.11 | 31.83 | 30.00 | 27.67 | 28.66 |
| Cash dividends paid per share (US$) | 1.60 | 1.54 | 1.36 | 1.17 | 0.75 |
| Cash dividends declared per share (US$) | 1.42 | 1.56 | 1.41 | 1.24 | 0.85 |
| Share repurchases | 174 | 380 | 221 | 378 | 144 |
| Number of shares outstanding (million)[5] | 70.3 | 73.8 | 80.1 | 83.7 | 92.0 |
| **Ratios** | | | | | |
| Gross margin (%) | 17.4 | 19.7 | 20.4 | 20.4 | 19.9 |
| Operating margin (%) | 4.7 | 7.4 | 8.4 | 8.3 | 8.4 |
| Pretax margin (%) | 3.8 | 6.6 | 7.8 | 7.8 | 7.9 |
| Return on capital employed (%) | 9 | 15 | 16 | 16 | 16 |
| Return on shareholders' equity (%) | 7 | 12 | 17 | 12 | 13 |
| Equity ratio (%) | 41 | 44 | 47 | 46 | 49 |
| Net debt to capitalization (%) | 36 | 33 | 29 | 27 | 18 |
| Days receivables outstanding | 49 | 64 | 70 | 71 | 73 |
| Days inventory outstanding | 39 | 33 | 34 | 32 | 31 |
| **Other data** | | | | | |
| Airbag sales[6] | 4,130 | 4,377 | 4,085 | 4,116 | 4,028 |
| Seatbelt sales[7] | 2,343 | 2,392 | 2,103 | 2,089 | 2,116 |
| Net cash provided by operating activities | 614 | 781 | 560 | 479 | 680 |
| Capital expenditures | 293 | 324 | 328 | 315 | 324 |
| Net cash used in investing activities | (328) | (431) | (288) | (303) | (303) |
| Net cash provided by (used in) financing activities | 105 | (375) | (438) | (86) | (261) |
| Number of employees, December 31 | 34,000 | 35,300 | 35,700 | 34,100 | 34,500 |

1) In 2008, 2007 and 2006, severance and restructuring costs reduced operating income by $80, $24 and $13 million and net income by $55, $16 and $9 million. This corresponds to 1.2%, 0.4% and 0.2% on operating margins and 0.8%, 0.2% and 0.1% on net margins. The impact on earnings per share was $0.76, $0.21 and $0.11, while return on equity was reduced by 2.3%, 0.6% and 0.4% for the same three year period (see page 29 and Note 10). 2) In 2007, a court ruling reduced operating income by $30 million, net income by $20 million, operating margin by 0.5%, net margin by 0.3%, EPS by $0.26 and return on equity by 0.8% (see page 30). 3) In 2006, a release of tax reserves and other discrete tax items boosted net income by $95 million, net margin by 1.5%, EPS by $1.15 and return on equity by 3.9% (see page 30). 4) In 2005, the Jobs Creation Act reduced net income by $13 million, net margin by 0.2%, EPS by $0.15 and return on equity by 0.5% (see 2006 annual report page 24). 5) At year end, net of treasury shares. 6) Incl. electronics, steering wheels, inflators and initiators. 7) Incl. seat components.