# Driven for life




PLAINTIFF'S EXHIBIT
PX 195 A

**Annual Report 2009**


Autoliv

**Multi-Year Summary**

# Selected Financial Data

| (Dollars in millions, except per share data) | 2009[1] | 2008[1] | 2007[1,2] | 2006[1,3] | 2005[4] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $5,121 | $6,473 | $6,769 | $6,188 | $6,205 |
| Operating income | 69 | 306 | 502 | 520 | 513 |
| Income before income taxes | 6 | 249 | 446 | 481 | 482 |
| Net income attributable to controlling interest | 10 | 165 | 288 | 402 | 293 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 1,707 | 1,598 | 1,941 | 1,930 | 1,867 |
| Property, plant and equipment | 1,042 | 1,158 | 1,260 | 1,160 | 1,081 |
| Intangible assets (primarily goodwill) | 1,729 | 1,745 | 1,760 | 1,676 | 1,679 |
| Non-interest bearing liabilities | 1,610 | 1,361 | 1,552 | 1,441 | 1,418 |
| Capital employed[5] | 3,098 | 3,369 | 3,583 | 3,498 | 3,259 |
| Net debt | 662 | 1,195 | 1,182 | 1,010 | 877 |
| Total equity[5] | 2,436 | 2,174 | 2,401 | 2,488 | 2,382 |
| Total assets | 5,186 | 5,206 | 5,305 | 5,111 | 5,065 |
| Long-term debt | 821 | 1,401 | 1,040 | 888 | 757 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 0.12 | 2.29 | 3.70 | 4.90 | 3.28 |
| Earnings per share (US$) – assuming dilution | 0.12 | 2.28 | 3.68 | 4.88 | 3.26 |
| Total parent shareholders' equity per share (US$)[5] | 28.06 | 30.11 | 31.83 | 30.00 | 27.67 |
| Cash dividends paid per share (US$) | 0.21 | 1.60 | 1.54 | 1.36 | 1.17 |
| Cash dividends declared per share (US$) | – | 1.42 | 1.56 | 1.41 | 1.24 |
| Share repurchases | – | 174 | 380 | 221 | 378 |
| Number of shares outstanding (million)[6] | 85.1 | 70.3 | 73.8 | 80.1 | 83.7 |
| **Ratios** | | | | | |
| Gross margin (%) | 16.6 | 17.4 | 19.7 | 20.4 | 20.4 |
| Operating margin (%) | 1.3 | 4.7 | 7.4 | 8.4 | 8.3 |
| Pretax margin (%) | 0.1 | 3.8 | 6.6 | 7.8 | 7.8 |
| Return on capital employed (%)[5] | 2 | 9 | 14 | 16 | 16 |
| Return on total equity (%)[5] | 1 | 7 | 12 | 17 | 12 |
| Total equity ratio (%)[5] | 47 | 42 | 45 | 49 | 47 |
| Net debt to capitalization (%) | 21 | 36 | 33 | 29 | 27 |
| Days receivables outstanding | 75 | 49 | 64 | 70 | 71 |
| Days inventory outstanding | 40 | 39 | 33 | 34 | 32 |
| **Other data** | | | | | |
| Airbag sales[7] | 3,299 | 4,130 | 4,377 | 4,085 | 4,116 |
| Seatbelt sales[8] | 1,822 | 2,343 | 2,392 | 2,103 | 2,089 |
| Net cash provided by operating activities | 493 | 614 | 781 | 560 | 479 |
| Capital expenditures | 140 | 293 | 324 | 328 | 315 |
| Net cash used in investing activities | (157) | (321) | (345) | (285) | (303) |
| Net cash provided by (used in) financing activities | (376) | 98 | (461) | (441) | (86) |
| Number of employees, December 31 | 30,200 | 34,000 | 35,300 | 35,700 | 34,100 |

1) In 2009, 2008, 2007 and 2006 severance and restructuring costs reduced operating income by $133, $80, $24 and $13 million and net income by $96, $55, $16 and $9 million. This corresponds to 2.6%, 1.3%, 0.4% and 0.2% on operating margins and 1.9%, 0.8%, 0.2% and 0.1% on net margins. The impact on earnings per share (EPS) was $1.14, $0.76, $0.21 and $0.11, while return on total equity was reduced by 4.1%, 2.2%, 1.4% and 0.4%, respectively. 2) In 2007, a court ruling reduced operating income $30 million, net income $20 million, operating margin by 0.5%, net margin by 0.3%, EPS by $0.26 and return on equity by 0.8%. 3) In 2006, a release of tax reserves and other discrete tax items boosted net income by $95 million, net margin by 1.5%, EPS by $1.15 and return on equity by 3.9%. 4) In 2005, the Jobs Creation act reduced net income by $13 million, net margin by 0.2%, EPS by $0.15 and return on equity by 0.5%. 5) Adjusted in accordance with FASB ASC 810-10-45, adopted on January 1, 2009. 6) At year end, net of treasury shares. 7) Incl. electronics, steering wheels, inflators and initiators. 8) Incl. seat components.