Annual Report 2010
# Making Driving Safer



**Autoliv**

# Selected Financial Data

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2010[1] | 2009[1] | 2008[1] | 2007[1,2] | 2006[1,3] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $7,171 | $5,121 | $6,473 | $6,769 | $6,188 |
| Operating income | 869 | 69 | 306 | 502 | 520 |
| Income before income taxes | 806 | 6 | 249 | 446 | 481 |
| Net income attributable to controlling interest | 591 | 10 | 165 | 288 | 402 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,101 | 1,707 | 1,598 | 1,941 | 1,930 |
| Property, plant and equipment | 1,026 | 1,042 | 1,158 | 1,260 | 1,160 |
| Intangible assets (primarily goodwill) | 1,722 | 1,729 | 1,745 | 1,760 | 1,676 |
| Non-interest bearing liabilities | 2,001 | 1,610 | 1,361 | 1,552 | 1,441 |
| Capital employed[4] | 3,066 | 3,098 | 3,369 | 3,583 | 3,498 |
| Net debt | 127 | 662 | 1,195 | 1,182 | 1,010 |
| Total equity[4] | 2,939 | 2,436 | 2,174 | 2,401 | 2,488 |
| Total assets | 5,665 | 5,186 | 5,206 | 5,305 | 5,111 |
| Long-term debt | 638 | 821 | 1,401 | 1,040 | 888 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 6.77 | 0.12 | 2.29 | 3.70 | 4.90 |
| Earnings per share (US$) – assuming dilution | 6.39 | 0.12 | 2.28 | 3.68 | 4.88 |
| Total parent shareholders' equity per share (US$)[4] | 32.89 | 28.06 | 30.11 | 31.83 | 30.00 |
| Cash dividends paid per share (US$) | 0.65 | 0.21 | 1.60 | 1.54 | 1.36 |
| Cash dividends declared per share (US$) | 1.05 | – | 1.42 | 1.56 | 1.41 |
| Share repurchases | – | – | 174 | 380 | 221 |
| Number of shares outstanding (million)[5] | 89.0 | 85.1 | 70.3 | 73.8 | 80.1 |
| **Ratios** | | | | | |
| Gross margin (%) | 22.2 | 16.6 | 17.4 | 19.7 | 20.4 |
| Operating margin (%) | 12.1 | 1.3 | 4.7 | 7.4 | 8.4 |
| Pretax margin (%) | 11.2 | 0.1 | 3.8 | 6.6 | 7.8 |
| Return on capital employed (%)[4] | 28 | 2 | 9 | 14 | 16 |
| Return on total equity (%)[4] | 22 | 1 | 7 | 12 | 17 |
| Total equity ratio (%)[4] | 52 | 47 | 42 | 45 | 49 |
| Net debt to capitalization (%) | 4 | 21 | 36 | 33 | 29 |
| Days receivables outstanding | 69 | 75 | 49 | 64 | 70 |
| Days inventory outstanding | 32 | 40 | 39 | 33 | 34 |
| **Other data** | | | | | |
| Airbag sales[6] | 4,807 | 3,299 | 4,130 | 4,377 | 4,085 |
| Seatbelt sales[7] | 2,363 | 1,822 | 2,343 | 2,392 | 2,103 |
| Net cash provided by operating activities | 924 | 493 | 614 | 781 | 560 |
| Capital expenditures | 236 | 140 | 293 | 324 | 328 |
| Net cash used in investing activities | (297) | (157) | (321) | (345) | (285) |
| Net cash provided by (used in) financing activities | (529) | (376) | 98 | (461) | (441) |
| Number of employees, December 31 | 34,600 | 30,200 | 34,000 | 35,300 | 35,700 |

1) In 2010, 2009, 2008, 2007 and 2006 severance and restructuring costs reduced operating income by $21, $133, $80, $24 and $13 and net income by $16, $96, $55, $16 and $9. This corresponds to 0.3%, 2.6%, 1.3%, 0.4% and 0.2% on operating margins and 0.2%, 1.9%, 0.8%, 0.2% and 0.1% on net margins. The impact on EPS was $0.17, $1.14, $0.76, $0.21 and $0.11 while return on total equity was reduced by 0.1%, 4.1%, 2.3%, 0.6% and 0.4% for the same five year period. 2) In 2007, a court ruling reduced operating income by $30 million, net income by $20 million, operating margin by 0.5%, net margin by 0.3%, EPS by $0.26 and return on equity by 0.8%. 3) In 2006, a release of tax reserves and other discrete tax items boosted net income by $95 million, net margin by 1.5%, EPS by $1.15 and return on equity by 3.9%. 4) Adjusted in accordance with FASB ASC 810-10-45, adopted on January 1, 2009. 5) At year end, net of treasury shares. 6) Incl. electronics, steering wheels, inflators and initiators. 7) Incl. seat components.