Annual Report 2011

# Making Driving Safer

Autoliv

PLAINTIFF'S EXHIBIT PX 197A

# Selected Financial Data

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2011[1] | 2010[1] | 2009[1] | 2008[1] | 2007[1,2] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $8,232 | $7,171 | $5,121 | $6,473 | $6,769 |
| Operating income | 889 | 869 | 69 | 306 | 502 |
| Income before income taxes | 828 | 806 | 6 | 249 | 446 |
| Net income attributable to controlling interest | 623 | 591 | 10 | 165 | 288 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,261 | 2,101 | 1,707 | 1,598 | 1,941 |
| Property, plant and equipment | 1,121 | 1,026 | 1,042 | 1,158 | 1,260 |
| Intangible assets (primarily goodwill) | 1,716 | 1,722 | 1,729 | 1,745 | 1,760 |
| Non-interest bearing liabilities | 2,102 | 2,001 | 1,610 | 1,361 | 1,552 |
| Capital employed[3] | 3,257 | 3,066 | 3,098 | 3,369 | 3,583 |
| Net (cash) debt | (92) | 127 | 662 | 1,195 | 1,182 |
| Total equity[3] | 3,349 | 2,939 | 2,436 | 2,174 | 2,401 |
| Total assets | 6,117 | 5,665 | 5,186 | 5,206 | 5,305 |
| Long-term debt | 364 | 638 | 821 | 1,401 | 1,040 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 6.99 | 6.77 | 0.12 | 2.29 | 3.70 |
| Earnings per share (US$) – assuming dilution | 6.65 | 6.39 | 0.12 | 2.28 | 3.68 |
| Total parent shareholders' equity per share (US$)[3] | 37.33 | 32.89 | 28.06 | 30.11 | 31.83 |
| Cash dividends paid per share (US$) | 1.73 | 0.65 | 0.21 | 1.60 | 1.54 |
| Cash dividends declared per share (US$) | 1.78 | 1.05 | – | 1.42 | 1.56 |
| Share repurchases | – | – | – | 174 | 380 |
| Number of shares outstanding (million)[4] | 89.3 | 89.0 | 85.1 | 70.3 | 73.8 |
| **Ratios** | | | | | |
| Gross margin (%) | 21.0 | 22.2 | 16.6 | 17.4 | 19.7 |
| Operating margin (%) | 10.8 | 12.1 | 1.3 | 4.7 | 7.4 |
| Pretax margin (%) | 10.1 | 11.2 | 0.1 | 3.8 | 6.6 |
| Return on capital employed (%)[3] | 28 | 28 | 2 | 9 | 14 |
| Return on total equity (%)[3] | 20 | 22 | 1 | 7 | 12 |
| Total equity ratio (%)[3] | 55 | 52 | 47 | 42 | 45 |
| Net debt to capitalization (%) | N/A | 4 | 21 | 36 | 33 |
| Days receivables outstanding | 67 | 69 | 75 | 49 | 64 |
| Days inventory outstanding | 32 | 32 | 40 | 39 | 33 |
| **Other data** | | | | | |
| Airbag sales[5,7] | 5,393 | 4,723 | 3,250 | 4,130 | 4,377 |
| Seatbelt sales[6] | 2,679 | 2,363 | 1,822 | 2,343 | 2,392 |
| Active Safety sales[7] | 160 | 85 | 49 | N/A | N/A |
| Net cash provided by operating activities | 758 | 924 | 493 | 614 | 781 |
| Capital expenditures, net | 357 | 224 | 130 | 279 | 314 |
| Net cash used in investing activities | (373) | (297) | (157) | (321) | (345) |
| Net cash provided by (used in) financing activities | (223) | (529) | (376) | 98 | (461) |
| Number of employees, December 31 | 38,500 | 34,600 | 30,200 | 34,000 | 35,300 |

1) In 2011, 2010, 2009, 2008, and 2007 severance and restructuring costs reduced operating income by (millions) $5, $21, $133, $80 and $24 and net income by (millions) $4, $16, $96, $55 and $16. This corresponds to 0.1%, 0.3%, 2.6%, 1.3% and 0.4% on operating margins and 0.0%, 0.2%, 1.9%, 0.8% and 0.2% on net margins. The impact on EPS was $0.04, $0.17, $1.14, $0.76 and $0.21 while return on total equity was reduced by 0.1%, 0.6%, 4.1%, 2.3% and 0.6% for the same five year period. 2) In 2007, a court ruling reduced operating income by $30 million, net income by $20 million, operating margin by 0.5%, net margin by 0.3%, EPS by $0.26 and return on total equity by 0.8%. 3) Adjusted in accordance with FASB ASC 810, adopted on January 1, 2009. 4) At year end, net of treasury shares. 5) Incl. passive electronics, steering wheels, inflators and initiators. 6) Incl. seat components. 7) In 2008 and 2007, sales for active safety products were in Airbag sales.