

ANNUAL REPORT 2015
Saving More Lives

PLAINTIFF'S
EXHIBIT

PX 201A

Autoliv

# Selected Financial Data

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2015[1] | 2014[1] | 2013[1,5] | 2012[1] | 2011[1] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $9,170 | $9,240 | $8,803 | $8,267 | $8,232 |
| Operating income | 728 | 723 | 761 | 705 | 889 |
| Income before income taxes | 676 | 667 | 734 | 669 | 828 |
| Net income attributable to controlling interest | 457 | 468 | 486 | 483 | 623 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,705 | 2,607 | 2,582 | 2,312 | 2,261 |
| Property, plant and equipment, net | 1,437 | 1,390 | 1,336 | 1,233 | 1,121 |
| Intangible assets (primarily goodwill) | 1,794 | 1,661 | 1,687 | 1,707 | 1,716 |
| Non-interest bearing liabilities | 2,518 | 2,400 | 2,364 | 2,162 | 2,102 |
| Capital employed | 3,670 | 3,504 | 3,489 | 3,415 | 3,257 |
| Net debt (cash) | 202 | 62 | (511) | (361) | (92) |
| Total equity | 3,468 | 3,442 | 4,000 | 3,776 | 3,349 |
| Total assets | 7,526 | 7,443 | 6,983 | 6,570 | 6,117 |
| Long-term debt | 1,499 | 1,521 | 279 | 563 | 364 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 5.18 | 5.08 | 5.09 | 5.17 | 6.99 |
| Earnings per share (US$) – assuming dilution | 5.17 | 5.06 | 5.07 | 5.08 | 6.65 |
| Total parent shareholders' equity per share (US$) | 39.22 | 38.64 | 42.17 | 39.36 | 37.33 |
| Cash dividends paid per share (US$) | 2.22 | 2.12 | 2.00 | 1.89 | 1.73 |
| Cash dividends declared per share (US$) | 2.24 | 2.14 | 2.02 | 1.94 | 1.78 |
| Share repurchases | 104 | 616 | 148 | - | - |
| Number of shares outstanding (million)[2] | 88.1 | 88.7 | 94.4 | 95.5 | 89.3 |
| **Ratios** | | | | | |
| Gross margin (%) | 20.1 | 19.5 | 19.4 | 19.9 | 21.0 |
| Operating margin (%) | 7.9 | 7.8 | 8.6 | 8.5 | 10.8 |
| Pretax margin (%) | 7.4 | 7.2 | 8.3 | 8.1 | 10.1 |
| Return on capital employed (%) | 20 | 21 | 22 | 21 | 28 |
| Return on total equity (%) | 14 | 12 | 13 | 14 | 20 |
| Total equity ratio (%) | 46 | 46 | - 57 | 57 | 55 |
| Net debt to capitalization (%) | 6 | 2 | N/A | N/A | N/A |
| Days receivables outstanding | 73 | 71 | 70 | 66 | 67 |
| Days inventory outstanding | 33 | 32 | 31 | 30 | 32 |
| **Other data** | | | | | |
| Airbag sales[3] | 5,036 | 5,951 | 5,686 | 5,392 | 5,393 |
| Seatbelt sales[4] | 2,599 | 2,800 | 2,773 | 2,657 | 2,679 |
| Passive safety electronic sales[6] | 923 | 932 | 863 | N/A | N/A |
| Active safety sales | 611 | 489 | 345 | 218 | 160 |
| Net cash provided by operating activities | 751 | 713 | 838 | 689 | 758 |
| Capital expenditures, net | 450 | 453 | 379 | 360 | 357 |
| Net cash used in investing activities | (591) | (453) | (377) | (358) | (373) |
| Net cash provided by (used in) financing activities | (319) | 226 | (318) | (91) | (223) |
| Number of employees, December 31 | 54,600 | 50,800 | 46,900 | 41,700 | 38,500 |

1) Costs in 2015, 2014, 2013, 2012 2011 for capacity alignments and antitrust matters reduced operating income by (millions) $166, $120, $47, $98 and $19, respectively, and net income by (millions) $131, $80, $33, $71 and $14. This corresponds to 1.8%, 1.3%, 0.6%, 1.2% and 0.2% on operating margins and 1.4%, 0.9%, 0.4%, 0.9% and 0.2% on net margins. The impact on EPS was $1.48, $0.87, $0.34, $0.74, and $0.15 while return on total equity was reduced by 1.7%, 1.9%, 0.8 %, 1.8% and 0.4% and for the same five-year period. 2) At year-end, net of treasury shares. 3) Incl. passive electronics, steering wheels, inflators and initiators. 4) Incl. seat components until a June 2012 divestiture. 5) Includes adjustments for a non-cash, non-recurring valuation allowance for deferred tax assets of $39 million on net income and capital employed, and $0.41 on EPS and total parent shareholder equity per share. 6) In 2012 and 2011, sales for passive safety electronics were in airbag sales.