

# Selected Financial Data

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2016[1] | 2015[1] | 2014[1] | 2013[1,5] | 2012[1] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $10,074 | $9,170 | $9,240 | $8,803 | $8,267 |
| Operating income | 848 | 728 | 723 | 761 | 705 |
| Income before income taxes | 804 | 676 | 667 | 734 | 669 |
| Net income attributable to controlling interest | 567 | 457 | 468 | 486 | 483 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,914 | 2,705 | 2,607 | 2,582 | 2,312 |
| Property, plant and equipment, net | 1,658 | 1,437 | 1,390 | 1,336 | 1,233 |
| Intangible assets (primarily goodwill) | 2,083 | 1,794 | 1,661 | 1,687 | 1,707 |
| Non-interest bearing liabilities | 2,765 | 2,518 | 2,400 | 2,364 | 2,162 |
| Capital employed | 4,240 | 3,670 | 3,504 | 3,489 | 3,415 |
| Net debt (cash) | 313 | 202 | 62 | (511) | (361) |
| Total equity | 3,926 | 3,468 | 3,442 | 4,000 | 3,776 |
| Total assets | 8,234 | 7,526 | 7,443 | 6,983 | 6,570 |
| Long-term debt | 1,324 | 1,499 | 1,521 | 279 | 563 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 6.43 | 5.18 | 5.08 | 5.09 | 5.17 |
| Earnings per share (US$) – assuming dilution | 6.42 | 5.17 | 5.06 | 5.07 | 5.08 |
| Total parent shareholders' equity per share (US$) | 41.69 | 39.22 | 38.64 | 42.17 | 39.36 |
| Cash dividends paid per share (US$) | 2.30 | 2.22 | 2.12 | 2.00 | 1.89 |
| Cash dividends declared per share (US$) | 2.32 | 2.24 | 2.14 | 2.02 | 1.94 |
| Share repurchases | - | 104 | 616 | 148 | - |
| Number of shares outstanding (million)[2] | 88.2 | 88.1 | 88.7 | 94.4 | 95.5 |
| **Ratios** | | | | | |
| Gross margin (%) | 20.4 | 20.1 | 19.5 | 19.4 | 19.9 |
| Operating margin (%) | 8.4 | 7.9 | 7.8 | 8.6 | 8.5 |
| Pretax margin (%) | 8.0 | 7.4 | 7.2 | 8.3 | 8.1 |
| Return on capital employed (%) | 20 | 20 | 21 | 22 | 21 |
| Return on total equity (%) | 15 | 14 | 12 | 13 | 14 |
| Total equity ratio (%) | 48 | 46 | 46 | 57 | 57 |
| Net debt to capitalization (%) | 7 | 6 | 2 | N/A | N/A |
| Days receivables outstanding | 74 | 73 | 71 | 70 | 66 |
| Days inventory outstanding | 33 | 33 | 32 | 31 | 30 |
| **Other data** | | | | | |
| Airbag sales[3] | 5,256 | 5,036 | 5,019 | 4,822 | 5,392 |
| Seatbelt sales[4] | 2,665 | 2,599 | 2,800 | 2,773 | 2,657 |
| Passive safety electronic sales[6] | 1,031 | 923 | 932 | 863 | N/A |
| Active safety sales | 739 | 611 | 489 | 345 | 218 |
| Brake control sales | 383 | - | - | - | - |
| Net cash provided by operating activities | 868 | 751 | 713 | 838 | 689 |
| Capital expenditures, net | 499 | 450 | 453 | 379 | 360 |
| Net cash used in investing activities | (726) | (591) | (453) | (377) | (358) |
| Net cash (used in) provided by financing activities | (200) | (319) | 226 | (318) | (91) |
| Number of employees, December 31 | 61,500 | 54,600 | 50,800 | 46,900 | 41,700 |

1) Costs in 2016, 2015, 2014, 2013 and 2012 for capacity alignments and antitrust matters reduced operating income by (millions) $37, $166, $120, $47 and $98, respectively, and net income by (millions) $29, $131, $80, $33 and $71. This corresponds to 0.4%, 1.8%, 1.3%, 0.6% and 1.2% on operating margins and 0.3%, 1.4%, 0.9%, 0.4% and 0.9% on net margins. The impact on EPS was $0.33, $1.48, $0.87, $0.34, and $0.74 while return on total equity was reduced by 0.7%, 1.7%, 1.9 %, 0.8% and 1.8% and for the same five-year period. 2) At year-end, excluding dilution and net of treasury shares. 3) Incl. passive electronics, steering wheels, inflators and initiators. 4) Incl. seat components until a June 2012 divestiture. 5) Includes adjustments for a non-cash, non-recurring valuation allowance for deferred tax assets of $39 million on net income and capital employed, and $0.41 on EPS and total parent shareholder equity per share. 6) In 2012, sales for passive safety electronics were in airbag sales.