

Annual Report **2017**
Saving More Lives

PLAINTIFF'S EXHIBIT

PX 203A

**Autoliv**

## Item 6. Selected Financial Data

Selected financial data for the last five fiscal years ended December 31 is summarized in the table below.

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2017[1)4)] | 2016[1)] | 2015[1)] | 2014[1)] | 2013[1)4)] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $ 10,383 | $ 10,074 | $ 9,170 | $ 9,240 | $ 8,803 |
| Operating income | 605 | 848 | 728 | 723 | 761 |
| Income before income taxes | 507 | 804 | 676 | 667 | 734 |
| Net income attributable to controlling interest | 427 | 567 | 457 | 468 | 486 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 3,245 | 2,914 | 2,705 | 2,607 | 2,582 |
| Property, plant and equipment, net | 1,973 | 1,658 | 1,437 | 1,390 | 1,336 |
| Intangible assets (primarily goodwill) | 1,854 | 2,083 | 1,794 | 1,661 | 1,687 |
| Non-interest bearing liabilities | 3,039 | 2,765 | 2,518 | 2,400 | 2,364 |
| Capital employed | 4,549 | 4,240 | 3,670 | 3,504 | 3,489 |
| Net debt (cash) | 379 | 313 | 202 | 62 | (511) |
| Total equity | 4,169 | 3,926 | 3,468 | 3,442 | 4,000 |
| Total assets | 8,550 | 8,234 | 7,526 | 7,443 | 6,983 |
| Long-term debt | 1,322 | 1,324 | 1,499 | 1,521 | 279 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic | 4.88 | 6.43 | 5.18 | 5.08 | 5.09 |
| Earnings per share (US$) – assuming dilution | 4.87 | 6.42 | 5.17 | 5.06 | 5.07 |
| Total parent shareholders' equity per share (US$) | 46.38 | 41.69 | 39.22 | 38.64 | 42.17 |
| Cash dividends paid per share (US$) | 2.38 | 2.30 | 2.22 | 2.12 | 2.00 |
| Cash dividends declared per share (US$) | 2.40 | 2.32 | 2.24 | 2.14 | 2.02 |
| Share repurchases | 157 | — | 104 | 616 | 148 |
| Number of shares outstanding (million)[2)] | 87.0 | 88.2 | 88.1 | 88.7 | 94.4 |
| **Ratios** | | | | | |
| Gross margin (%) | 20.7 | 20.4 | 20.1 | 19.5 | 19.4 |
| Operating margin (%) | 5.8 | 8.4 | 7.9 | 7.8 | 8.6 |
| Pretax margin (%) | 4.9 | 8.0 | 7.4 | 7.2 | 8.3 |
| Return on capital employed (%) | 13 | 20 | 20 | 21 | 22 |
| Return on total equity (%) | 7 | 15 | 14 | 12 | 13 |
| Total equity ratio (%) | 49 | 48 | 46 | 46 | 57 |
| Net debt to capitalization (%) | 8 | 7 | 6 | 2 | N/A |
| Days receivables outstanding | 74 | 74 | 73 | 71 | 70 |
| Days inventory outstanding | 33 | 33 | 33 | 32 | 31 |
| **Other data** | | | | | |
| Airbag sales[3), 5)] | 5,342 | 5,256 | 5,036 | 5,019 | 4,822 |
| Seatbelt sales[5)] | 2,794 | 2,665 | 2,599 | 2,800 | 2,773 |
| Restraint control and sensing sales[5)] | 997 | 1,031 | 923 | 932 | 863 |
| Active safety sales | 777 | 739 | 611 | 489 | 345 |
| Brake control system sales | 473 | 383 | — | — | — |
| Net cash provided by operating activities | 936 | 868 | 751 | 713 | 838 |
| Capital expenditures, net | 570 | 499 | 450 | 453 | 379 |
| Net cash used in investing activities | (697) | (726) | (591) | (453) | (377) |
| Net cash (used in) provided by financing activities | (566) | (200) | (319) | 226 | (318) |
| Number of employees, December 31 | 63,000 | 61,500 | 54,600 | 50,800 | 46,900 |

1) Costs in 2017, 2016, 2015, 2014 and 2013 for capacity alignments, antitrust matters, separation of our business segments (2017) and goodwill impairment (2017) reduced operating income by (millions) $287, $37, $166, $120 and $47, respectively, and net income by (millions) $245, $29, $131, $80 and $33. This corresponds to 2.8%, 0.4%, 1.8%, 1.3% and 0.6% on operating margins and 2.4%, 0.3%, 1.4%, 0.9% and 0.4% on net margins. The impact on EPS was $1.71, $0.33, $1.48, $0.87 and $0.34 while return on total equity was reduced by 5.8%, 0.7%, 1.7%, 1.9 % and 0.8% and for the same five-year period. 2) At year-end, excluding dilution and net of treasury shares. 3) Incl. steering wheels, inflators and initiators. 4) Including adjustments to record a non-cash valuation allowance for deferred tax assets of $39 million on net income and capital employed, and $0.41 on EPS and total parent shareholder equity per share in 2013. In 2017, a reversal of valuation allowances of $117 million for deferred tax assets, net income and capital employed, and $1.12 on EPS and total parent shareholder equity per share. 5) Including Corporate and Other sales.