

Ow
04.23.13

8/2/13
MT

**Pathology Laboratory**
CryoLife, Inc.
1655 Roberts Boulevard, NW
Kennesaw, GA 30144
770-419-3355

## Cardiac Pathology Report

| | | | |
|---|---|---|---|
| Specimen Number | H13-1006 | Donor Name | Andrews, Micah |
| ME Case Number | N/A | Recovery Partner Xref | 1310390 |
| Donor Number | 123440 | Recovery Partner Name | LifeLink of Georgia |
| Date Received | 4/13/2013 | Recovery Partner City | Norcross |
| Date Reported | 4/17/2013 | Recovery Partner State | GA |

### Final Diagnosis

Residual heart tissue (304 grams):
 - Left ventricle wall perivascular fibrosis.
 - No overt acute ischemic changes are seen.
 - Coronary atherosclerosis; LAD 60%.
 - No acute coronary thrombosis is seen.

### Clinical History

| | | | | |
|---|---|---|---|---|
| Age | 38 | Height | 74 | in |
| Sex | Male | Weight | 226 | lb |

Medical History Provided by Recovery Partner: MVA, EMS transported to ER, pronounced. Cause of death "blunt force trauma". History of tobacco use, ETOH use.

### Procurement Notes

Reported Recovery Notes
Estimated pericardial fluid: 2 mL, Clear
Pulmonary Embolism? No

### Dissection Notes

Undissected Gross Description: Heart appeared grossly normal with apex opened.

| Description | Size | Dissection Notes |
|---|---|---|
| Aortic Valve & Conduit | 19mm x 6.5cm | The conduit length of the innominate artery is 0.5cm. The conduit length of the carotid artery is 0.5cm. The conduit length of the subclavian artery is 0.5cm. Fenestrations: LSC(PSC) - one 1mm, Fibrous thickening at the base of all leaflets. Fibrous ridge with spicules on the PSC. Fibrous tip on the PSC. Moderate plaque on the AML. Light plaque in conduit. Not processed due to current processing directives. Valve utilized in clinical, research, or educational studies. Not received by Pathology. |

Accession Number: H13-1006

PLAINTIFF'S EXHIBIT PX 212

Page 1 of 3

ANDREWS 0185

| Description | Size | Dissection Notes |
|---|---|---|
| Pulmonary Valve & Conduit | 23mm x 4.5cm | Fenestrations: ASC(RSC) - one 3mm and three 1mm. Fibrous thickening on the RSC base. Fibrous tip on the ASC. Light plaque in artery. |

## Gross Description

### General

Specimen Received    Dissected residual heart

Pre-dissection Weight         413    grams
Normal range*       299 - 521    grams
Post-dissection Weight         304    grams

*Normal heart weight ranges represent the lower and upper 95% confidence limits respectively for the predicted normal heart weight as a function of gender, age and body weight. Data from Silver MM, and Silver MD: Examination of the Heart and of Cardiovascular Specimens in Surgical Pathology, p. 8-9. In Silver MD, Gotleib AI, Schoen FJ, eds: Cardiovascular Pathology. 3rd Ed. Philadelphia, Churchill Livingstone, 2001. Pre-dissection weight includes heart and additional tissue.

### Epicardium

Epicardium    Normal

### Myocardium

Myocardium    Normal
Average Myocardial Thickness
    LV    1.2    cm
    IVS    1.3    cm
    RV    0.3    cm
Ventricular Dilatation    Not Present

### Endocardium

Endocardium    Normal
Mural Thrombosis    Absent

### Atria

Atria    Abnormal
There is a right atrial dilatation.

### Coronary Arteries

Circulatory Configuration    Right Dominant
Proximal Coronary Artery Anatomy    See Dissection Notes
Maximum % Occlusion
            Left Main       NA   %
    Left Anterior Descending    60   %
            Left Circumflex     0   %
            Right Coronary      0   %
Coronary Thrombosis        Not Seen

## Valves

Mitral          Normal
Leaflets are thin, delicate and freely moveable without vegetations. The chordae tendineae are not shortened or fused. Papillary muscles are unremarkable.
Tricuspid       Normal
Leaflets are thin, delicate and freely moveable without vegetations. The chordae tendineae are not shortened or fused. Papillary muscles are unremarkable.
Pulmonary       See Dissection Notes
Aortic          See Dissection Notes

## Histologic Sections

A   Left Ventricle
B   Interventricular Septum
C   Right Ventricle and Right Coronary Artery
D   Atria - Sinoatrial Node - Left Anterior Descending Coronary Artery

## Microscopic Description

Sections of the left ventricle wall reveal perivascular fibrosis. Section of the right ventricle wall reveals unremarkable endocardium, myocardium, and epicardium. No overt necrosis, hemorrhage, or inflammatory infiltrate is seen. Sections of the coronary arteries reveal luminal narrowing due to atherosclerosis. No acute intraluminal coronary thrombus is seen. The sections of the right atrial wall reveal an unremarkable SA node.

Thadeus J. Schulz, M.D.
Pathologist

*** End of Report ***

ANDREWS 0187