

# COBB COUNTY
## OFFICE OF THE MEDICAL EXAMINER

150 North Marietta Parkway
Marietta, Georgia 30060
(770) 528-2200 • fax: (770) 528-2207

Brian S. Frist, M.D.
*Chief Medical Examiner*

Joseph L. Burton, M.D.
*Sen. Consulting Forensic Pathologist*

D. Michael Gerhard
*Operations Manager*

## Medical Examiner's Report

Case Number: __13C-0387__

Name of Deceased: __MICAH ANDREWS__

Manner of Death: __ACCIDENT__      Date of Death: __04-12-13__

Cause of Death: __SEQUELAE OF GENERALIZED TRAUMA__

Medical Examiner's Investigator: __TIMOTHY D. WEAVER__

**Procedure:**

Autopsy: _____  Limited Dissection: _____  External Examination: __XX__

Procedure Date: __04-15-13__      Day of Week: __MONDAY__

**Certification by Medical Examiner:**

Medical Examiner: __BRIAN S. FRIST, M.D., M.E.__

Medical Examiner's Signature: _[signature]_      Date: __8/20/13__

# SUPPLEMENTAL REPORT

## 13C-0387

MICAH ANDREWS
W/M   AGE: 38
DOB: ▆▆▆-1974

### NOTIFICATION OF DEATH:

On Friday, April 12, 2013, at approximately 2018 hours, I was contacted by Katie of the WellStar Kennestone Hospital Emergency Room. Katie was calling to report the death of Micah Andrews. Katie stated they received the decedent earlier this date because of a traumatic arrest. All lifesaving measures were unsuccessful and he was pronounced deceased by Dr. Bhavaraju at 2000 hours.

Katie states the decedent was operating his vehicle northbound on I-575 near Bells Ferry Road, Kennesaw, Cobb County, Georgia when he lost control of the vehicle. According to EMS, the decedent went down an embankment and struck a tree. I advised Katie to place the decedent in the WellStar Kennestone Hospital morgue for transport at a later time.

### JURISDICTION:

Under the provisions of the Georgia Death Investigation Act, jurisdiction was accepted. A Medical Examiner's inquiry was begun and further investigation was made.

### INVESTIGATIVE INTERVIEW:

I made telephone contact with Sgt. Buford Jones of the Cobb County Police Department S.T.E.P. Unit. Sgt. Jones stated the decedent was traveling northbound on I-575 in the number one lane. Just north of Bells Ferry Road, an alligator snapping turtle was in the roadway. It appears the decedent may have swerved to miss the turtle. He crossed over the number one lane and onto the east shoulder of I-575. He went down an embankment and struck a tree. Sgt. Jones states at this point in the investigation, no charges are pending. It is a single vehicle accident with the decedent being the at-fault driver. The Cobb County Police Department case number 13037693.

### INVESTIGATIVE UPDATE:

Drew with LifeLink of Georgia has obtained permission from the decedent's wife, Jamie Andrews, for certain tissue procurements in this case. On Saturday, April 13, 2013, Chastain Professional Service removed the decedent from the WellStar Kennestone Hospital morgue and transported him to the LifeLink of Georgia procurement facility. Upon completion of procurement, Chastain Professional Services returned the decedent to the Cobb County Forensic Science Center for examination.

Dr. Brian S. Frist, Chief Medical Examiner of Cobb County will perform a postmortem examination on Monday, April 15, 2013 to determine cause and manner of death.

Page 2
13-0387

**NEXT OF KIN:**

On Monday, April 15, 2013, I made telephone contact with Jamie Andrews, the decedent's wife. Jamie stated she had selected Crowell Brothers Funeral Home to conduct the service. I made telephone contact with Crowell Brothers staff and advised them to forward the death certificate to this office for completion.

_____          08·19·13
**TIMOTHY D. WEAVER, FORENSIC INVESTIGATOR**          **DATE**
13C-0387: LM/(04-17-13)

NAME: **MICAH ANDREWS**

CASE NO: **13C-0387**

**GENERAL INFORMATION:**

The death of the deceased, a 38-year-old Caucasian male, was reported to the Medical Examiner's Office on April 12, 2013.

Information obtained by this office is the deceased was the driver of a motor vehicle, which was involved in an accident. See Investigator Weaver's report.

Under provisions of the Georgia Death Investigation Act, a postmortem examination is performed in the Cobb County Forensic Science Center on Monday, April 15, 2013, beginning at 8:30 a.m.

LifeLink of Georgia has received permission to remove various tissues in this case.

**POSTMORTEM EXAMINATION:**

**EXTERNAL:**

The body is that of a Caucasian male whose appearance is consistent with the stated chronological age of 38 years.

The length of the body is 73" with a body weight of 180 pounds, plus or minus.

At the time of the examination, the body is without clothing or valuables. However, received with the body in a red biohazard bag are the following items:

1. Navy blue short-sleeve polo style shirt, blood stained, and previously cut by EMS.
2. White short-sleeve undershirt, blood stained, and previously cut by EMS.
3. Khaki pants, blood stained, and previously cut by EMS.
4. Blue boxer briefs, blood stained.
5. Navy blue jacket, blood stained, and previously cut by EMS.
6. Black belt with white metal buckle.
7. Miscellaneous pieces of paper received in body bag.

**HEAD:**

The scalp hair is short straight brown hair with even distribution. A brown mustache and beard stubble are present. The head and face are symmetrically developed. There are linear abrasions and lacerations over the head and face. They are predominantly noted on the right side. Bilateral orbital ecchymosis is noted. On palpation, multiple facial bones are fractured predominantly on the right side. The eyes have been previously removed. The conjunctivae are clear. The mouth is symmetrically developed. An endotracheal tube and blood is noted within the mouth. The lips, tongue, and gums are pale. The teeth are permanent and in good repair.

Page 2
13-0387

### HEAD, (continued):

The nose is symmetrically developed and unremarkable. The ears are symmetrically developed. Blood is noted within the ear canals. The left earlobe has two piercings.

### NECK:

The neck is symmetrically developed. There is an abrasion noted over the left side.

### CHEST:

The chest is symmetrically developed. A sutured donor incision is present. Parched abrasions are noted over the chest. There are parched abrasions noted in the left clavicle region.

### ABDOMEN:

The abdomen is flat. There is bruising noted to the left side.

### BACK:

The back is symmetrically developed. Skin harvest sites are noted.

### UPPER EXTREMITIES:

The upper extremities are symmetrically developed and show nondescript scars and abrasions. Sutured donor incisions are noted. A tattoo is present. There are abrasions to the left dorsal hand and right thumb. An IV is noted in the right antecubital fossa. The nails are short with relatively clean margins.

### LOWER EXTREMITIES:

The lower extremities are symmetrically developed and show nondescript scars and abrasions. Sutured donor incisions and skin harvest sites are present. Nondescript abrasions and bruises are present. A tattoo is present. The nails are short with relatively clean margins.

### GENITALIA:

Normal adult male, circumcised.

An internal examination is not performed at this time.

### OTHER PROCEDURES:

1. Diagrammatic charts are prepared.
2. Identification and documentary photographs are made.
3. Samples of blood and vitreous fluid are submitted for routine toxicology.
4. The case is discussed with Investigator Weaver.

### POSTMORTEM FINDINGS:

1. Multiple facial bone fractures.

2. Nondescript abrasions and lacerations of head, torso, and extremities.

3. CryoLife report shows heart weighs 413 grams with coronary atherosclerosis; LAD 60%.

### CAUSE OF DEATH:

**SEQUELAE OF GENERALIZED TRAUMA**

### MANNER OF DEATH:

**ACCIDENT**

_____                    8/20/13
**BRIAN S. FRIST, M.D., M.E.**          DATE
13C-0387: LM (04-18-13)

ANDREWS 0178

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA




**13C-0387**
MICAH ANDREWS
DR. FRIST / INV. WEAVER
MONDAY APRIL 15, 2013
ANDREWS 0179

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA




**13C-0387**
MICAH ANDREWS
DR. FRIST / INV. WEAVER
MONDAY APRIL 15, 2013
ANDREWS 0180

# OFFICE OF THE MEDICAL EXAMINER
## COBB COUNTY, GEORGIA



— palpated Fx

**13C-0387**
MICAH ANDREWS
DR. FRIST / INV. WEAVER
MONDAY APRIL 15, 2013

ANDREWS 0181

## Official Report



Division of Forensic Sciences
Georgia Bureau of Investigation
State of Georgia

Headquarters
DOFS Case #:    2013-1008797
Report Date:    05/09/2013

George Herrin, Jr., Ph.D.            *ASCLD/LAB-International*
Deputy Director                      * Accredited *



**Requested Service:** Blood Alcohol - Postmortem
**Agency:** Cobb Co. Medical Examiner
**Agency Ref#:** 13C0387
**Requested by:** T. Weaver

**Case Individuals:**
Victim: Micah Andrews

**Evidence:**
On 04/18/2013, the laboratory received the following evidence from the Cobb Co. Medical Examiner via Lockbox.

| | |
|---|---|
| 2013-1008797-001 | Sealed plastic bag(s) containing the following items identified as collected from Micah Andrews |
| 2013-1008797-001A | Five tube(s) containing blood |
| 2013-1008797-001B | Two tube(s) containing vitreous fluid |

**Results and Conclusions:**
  Subm#: 001A
  1)    Ethyl Alcohol Result by Gas Chromatography: negative

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

James Gordon
Forensic Alcohol Toxicologist

**Related Agencies:**
  Cobb Co. District Attorney
  GSP-Accident Reporting
  Cobb Judicial Circuit

### End of Official Report

## Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

**Headquarters**
DOFS Case #:  2013-1008797
Report Date:  07/28/2013

George Herrin, Jr., Ph.D.
Deputy Director

*ASCLD/LAB-International*
* Accredited *



Requested Service: Toxicology - Postmortem
Agency:  Cobb Co. Medical Examiner
Agency Ref#:  13C0387
Requested by:  T. Weaver

**Case Individuals:**
Victim: Micah Andrews

**Evidence:**
On 04/18/2013, the laboratory received the following evidence from the Cobb Co. Medical Examiner via Lockbox.

| Submission | Description |
|---|---|
| 2013-1008797-001 | Sealed plastic bag(s) containing the following items identified as collected from Micah Andrews |
| 2013-1008797-001A | Five tube(s) containing blood |
| 2013-1008797-001B | Two tube(s) containing vitreous fluid |

**Results and Conclusions:**

Drug Screen Results by:     Immunoassay

| Subm#: | Drug Screen Classification | Result |
|---|---|---|
| 001A | blood-barbiturates | Negative |
| | blood-cannabinoids (marijuana) | Negative |
| | blood-certain benzodiazepines | Negative |
| | blood-common opioids | Negative |

**Drug Confirmation Results**

Results were obtained using one or more of the following instrumental methods:
Gas chromatography/mass spectrometry (GC/MS)
Liquid chromatography/mass spectrometry/mass spectrometry (LC/MS/MS).

<u>Submission 001A</u>
1)   positive, ephedrine/pseudoephedrine, 1.1 mg/L (+/- 20 %)
         (based on a pseudoephedrine calibration curve)
2)   negative for:
         cocaine and cocaine metabolites.

---

Only those items discussed in the results above were analyzed for this report. The above represents the interpretations/opinions of the undersigned analyst. Evidence analyzed in this report will be returned to the submitting agency. Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year. This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

---

Division of Forensic Sciences
Georgia Bureau of Investigation

Continued
2013-1008797: Toxicology - Postmortem

*Joseph Austin*
Joseph Austin
Forensic Toxicologist

**Related Agencies:**
Cobb Co. District Attorney
GSP-Accident Reporting
Cobb Judicial Circuit

**End of Official Report**

O̅a̅n̅
04·23·13

&|2|13
/Pr


**CryoLife**
Life Restoring Technologies ®

Pathology Laboratory
CryoLife, Inc.
1655 Roberts Boulevard, NW
Kennesaw, GA 30144
770-419-3355

## Cardiac Pathology Report

| | | | |
|---|---|---|---|
| Specimen Number | H13-1006 | Donor Name | Andrews, Micah |
| ME Case Number | N/A | Recovery Partner Xref | 1310390 |
| Donor Number | 123440 | Recovery Partner Name | LifeLink of Georgia |
| Date Received | 4/13/2013 | Recovery Partner City | Norcross |
| Date Reported | 4/17/2013 | Recovery Partner State | GA |

### **Final Diagnosis**

**Residual heart tissue (304 grams):**
- Left ventricle wall perivascular fibrosis.
- No overt acute ischemic changes are seen.
- Coronary atherosclerosis; LAD 60%.
- No acute coronary thrombosis is seen.

### Clinical History
| | | | | |
|---|---|---|---|---|
| Age | 38 | Height | 74 | in |
| Sex | Male | Weight | 226 | lb |

**Medical History Provided by Recovery Partner**   MVA, EMS transported to ER, pronounced. Cause of death "blunt force trauma". History of tobacco use, ETOH use.

### Procurement Notes
**Reported Recovery Notes**
Estimated pericardial fluid   2 mL, Clear
Pulmonary Embolism?   No

### Dissection Notes
**Undissected Gross Description**   Heart appeared grossly normal with apex opened.

| Description | Size | Dissection Notes |
|---|---|---|
| Aortic Valve & Conduit | 19mm x 6.5cm | The conduit length of the innominate artery is 0.5cm. The conduit length of the carotid artery is 0.5cm. The conduit length of the subclavian artery is 0.5cm. Fenestrations: LSC(PSC) - one 1mm. Fibrous thickening at the base of all leaflets. Fibrous ridge with spicules on the PSC. Fibrous tip on the PSC. Moderate plaque on the AML. Light plaque in conduit. Not processed due to current processing directives. Valve utilized in clinical, research, or educational studies. Not received by Pathology. |

ANDREWS 0185

| Description | Size | Dissection Notes |
|---|---|---|
| Pulmonary Valve & Conduit | 23mm x 4.5cm | Fenestrations: ASC(RSC) - one 3mm and three 1mm. Fibrous thickening on the RSC base. Fibrous tip on the ASC. Light plaque in artery. |

## Gross Description

### General
**Specimen Received**  Dissected residual heart

**Pre-dissection Weight**      413   grams
  Normal range*         299 - 521   grams
**Post-dissection Weight**      304   grams

*Normal heart weight ranges represent the lower and upper 95% confidence limits respectively for the predicted normal heart weight as a function of gender, age and body weight. Data from Silver MM, and Silver MD: Examination of the Heart and of Cardiovascular Specimens in Surgical Pathology, p. 8-9. In Silver MD, Gotleib AI, Schoen FJ, eds: Cardiovascular Pathology. 3rd Ed. Philadelphia, Churchill Livingstone, 2001.
Pre-dissection weight includes heart and additional tissue.

### Epicardium
Epicardium        Normal

### Myocardium
Myocardium        Normal
  Average Myocardial Thickness
    LV    1.2  cm
    IVS   1.3  cm
    RV    0.3  cm
**Ventricular Dilatation**     Not Present

### Endocardium
Endocardium        Normal
Mural Thrombosis   Absent

### Atria
Atria    Abnormal
There is a right atrial dilatation.

### Coronary Arteries
**Circulatory Configuration**    Right Dominant
**Proximal Coronary Artery Anatomy**    See Dissection Notes
**Maximum % Occlusion**
    Left Main             NA  %
    Left Anterior Descending   60  %
    Left Circumflex        0  %
    Right Coronary         0  %
**Coronary Thrombosis**    Not Seen

ANDREWS 0186

### Valves
Mitral         Normal
Leaflets are thin, delicate and freely moveable without vegetations. The chordae tendineae are not shortened or fused. Papillary muscles are unremarkable.
Tricuspid      Normal
Leaflets are thin, delicate and freely moveable without vegetations. The chordae tendineae are not shortened or fused. Papillary muscles are unremarkable.
Pulmonary      See Dissection Notes
Aortic         See Dissection Notes

### Histologic Sections
A   Left Ventricle
B   Interventricular Septum
C   Right Ventricle and Right Coronary Artery
D   Atria - Sinoatrial Node - Left Anterior Descending Coronary Artery

### Microscopic Description
Sections of the left ventricle wall reveal perivascular fibrosis. Section of the right ventricle wall reveals unremarkable endocardium, myocardium, and epicardium. No overt necrosis, hemorrhage, or inflammatory infiltrate is seen. Sections of the coronary arteries reveal luminal narrowing due to atherosclerosis. No acute intraluminal coronary thrombus is seen. The sections of the right atrial wall reveal an unremarkable SA node.

Thadeus J. Schulz, M.D.
Pathologist

*** End of Report ***