PLAINTIFF'S
EXHIBIT
PX 242
exhibitsticker.com