



PLAINTIFF'S EXHIBIT
PX 262