

Plaintiff's Exhibit PX 302

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|    | Date | Case Name | Case Number | Court Name | Type |
|----|------|-----------|-------------|------------|------|
| 1  | 2/29/2000  | Andrews v. Volkswagen | A9700827 | County Court, Hamilton County, OH | Depo |
| 2  | 6/2/2000   | Rosie Smith v. General Motors | 97-08-039(3) | County Court, Green County, | Depo |
| 3  | 11/1/2000  | Holladay v. Stone Container | CIV-99-745-PCT-EHC | USDC, District of AZ | Depo |
| 4  | 10/24/2000 | Todtenbier v. Sears | CV 99-10574 | Superior Court of AZ, Maricopa County | Depo |
| 5  | 11/16/2000 | Sturlese v. Six Chuter | 10-14978 | 38th Jud. District Court, Parish of Cameron, LA | Trial |
| 6  | 3/19/2001  | Whipple v. Myers Industries | CV 99-14704 | Superior Court of AZ, Maricopa County | Depo |
| 7  | 4/5/2001   | Rosie Smith v. General Motors | 97-08-039(3) | County Court, Green County, | Depo |
| 8  | 11/19/2002 | Paul Whitechurch v. Century Products, et al. | CV 2000-017652 | Superior Court of AZ, Maricopa County | Depo |
| 9  | 6/20/2003  | Harrison v. Century Products, et al. | 02-C5-01008962 | District Court of MN, Anoka County | Depo |
| 10 | 9/16/2003  | Farr v. Evenflo, et al. | 02-CV-1692 | State Court of WI, Dane County | Trial |
| 11 | 10/16/2003 | Bargman v. CW Industries | 01-CV-0756 | USDC, Western District of MI | Depo |
| 12 | 10/28/2003 | Solution F v. Jesel | 00-CIV-2324 | USDC, District of NJ | Depo |
| 13 | 1/12/2004  | Farr v. Evenflo, et al. | 02-CV-1692 | State Court of WI, Dane County | Trial |
| 14 | 1/28/2004  | Briggs v. Century | CAM L-003898 01 | Superior Court of NJ, Camden County | Depo |
| 15 | 7/22/2004  | Engle v. Key Safety Systems | 02-04646 CA | 4th Jud. Cir. St. Johns County, | Depo |
| 16 | 10/5/2004  | Lawson v. Century | 03CC-000991 | Cir. Court of St. Louis County at Clayton | Depo |
| 17 | 10/12/2004 | Dakers v. Danaher Tool | X07-CV-01-0810369-S | Superior Court, Rockville, CT | Depo |
| 18 | 11/16/2004 | Dakers v. Danaher Tool | X07-CV-01-0810369-S | Superior Court, Rockville, CT | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|    | Date       | Case Name                          | Case Number       | Court Name                                          | Type |
|----|------------|------------------------------------|-------------------|-----------------------------------------------------|------|
| 19 | 1/12/2005  | Pham v. Graco                      | 03-CV-118         | Eastern District Court of TX, Lufkin Division       | Depo |
| 20 | 5/18/2005  | Tucker v. PACCAR                   | 03-CV-1039-J-20MCR| USDC Middle District of FL, Jacksonville Division   | Depo |
| 21 | 6/22/2005  | Medellin v. Evenflo                | BC298777          | Superior Court of the State of CA, Los Angeles County | Depo |
| 22 | 7/20/2005  | Medellin v. Evenflo                | BC298777          | Superior Court of the State of CA, Los Angeles County | Depo |
| 23 | 9/1/2005   | Pena v. Hyundai                    | INC037149         | Superior Court of the State of CA, Los Angeles County | Depo |
| 24 | 9/21/2005  | U'Ren v. Graco                     | 04 CV 0553        | Cir. Court, Dane County, WI                         | Depo |
| 25 | 9/28/2005  | Cole v. Cosco                      | 02-MK-2055        | USDC for the District of CO                         | Depo |
| 26 | 10/5/2005  | McCuller v. Daimler/Chrysler Corp. | 2-04CV-339-TJW    | USDC for Eastern District of TX, Marshall Division  | Depo |
| 27 | 10/24/2005 | Shelton v. Dorel                   | 49D04-0107-CT-1057| Marion Superior Court, IN                           | Depo |
| 28 | 11/4/2005  | Lucas v. Dorel                     | 03-L-2013         | State Court , Madison County,                       | Depo |
| 29 | 11/15/2005 | Malcom v. Evenflo                  | DV 03-69          | State Court of MT, 6th Jud. District                | Depo |
| 30 | 12/15/2005 | Albo v. Evenflo                    | RIC390068         | Superior Court of State of CA, Riverside County     | Depo |
| 31 | 1/10/2006  | Bright v. Dorel                    | 2-04CV-401        | USDC for the Eastern District of TX                 | Depo |
| 32 | 1/13/2006  | U'Ren v. Graco                     | 04 CV 0553        | Cir. Court, Dane County, WI                         | Trial|
| 33 | 2/2/2006   | Fielder v. Graco                   | CV No. 04-1716    | USDC Western District of LA                         | Depo |
| 34 | 4/29/2006  | Barahona v. Toyota                 | 03/22,254         | District Court of Walker County, TX                 | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|    | Date | Case Name | Case Number | Court Name | Type |
|----|------|-----------|-------------|------------|------|
| 35 | 6/29/2006 | Cardenas v. Dorel | 04-2478-GTV | USDC for District of KS | Depo |
| 36 | 7/26/2006 | Fielder v. Graco | CV No. 04-1716 | USDC for Western District of | Trial |
| 37 | 8/3/2006 | Barahona v. Toyota | 03-22,254 | District Court of Walker County, TX | Trial |
| 38 | 10/11/2006 | Caudill v. Toyota | 02-CI-00400 | Circuit Court, Johnson County, KY | Depo |
| 39 | 12/1/2006 | Johnson v. Evenflo | 03-22608 CA-06 | 11th Judicial Circuit, Miami-Dade County, FL | Depo |
| 40 | 12/29/2006 | Johnson v. Volvo | CV-2005-2867 | Circuit Court, Montgomery County, AL | Depo |
| 41 | 1/12/2007 | Floyd v. Dorel | 00-CI-00213 | Commonwealth of KY, Russell Circuit Court | Depo |
| 42 | 2/15/2007 | Chisom-Butler v. Toyota | 052-9138 | Circuit Court, St. Louis, MO | Depo |
| 43 | 6/19/2007 | McDonald v. Evenflo | 03-10135 CI-II | Circuit Court, Pinellas County, FL | Depo |
| 44 | 7/23/2007 | McDonald v. Evenflo | 03-10135 CI-II | Circuit Court, Pinellas County, FL | Trial |
| 45 | 7/24/2007 | Malcom v. Evenflo | DV 03-69 | State Court of MT, 6th Jud. District | Trial |
| 46 | 8/31/2007 | Caudill v. Toyota | 02-CI-00400 | Circuit Court, Johnson County, KY | Depo |
| 47 | 10/19/2007 | Viets v. Dorel | 722603 | USDC of NJ | Depo |
| 48 | 10/26/2007 | Davis v. Graco | 3791 | Circuit Court, Hardin County, | Depo |
| 49 | 11/30/2007 | Frohn v. Dorel | 27-CV-06-17151 | District Court of Hennepin County, MN | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

| | Date | Case Name | Case Number | Court Name | Type |
|---|---|---|---|---|---|
| 50 | 2/8/2008 | Jackson v. Dorel | 1-04-CV014652 | Superior Court, Santa Clara County, CA | Depo |
| 51 | 3/7/2008 | Melton v. Ford | 06-CV-2673 | Circuit Court of Dane County, WI | Depo |
| 52 | 3/11/2008 | Duvall v. Dorel | 53409 | Circuit Court of Santa Clara, | Depo |
| 53 | 5/3/2008 | King v. Toyota | 2004-P01144-A | Probate Court, El Paso, TX | Depo |
| 54 | 6/6/2008 | Hendrix v. Evenflo | 06-CA-1540S | Circuit Court, 1st Jud. Circuit, Okaloosa County, FL | Depo |
| 55 | 7/15/2008 | King v. Toyota | 2004-P01144-A | Probate Court, El Paso, TX | Depo |
| 56 | 7/17/2008 | SunTrust Stoeltzing v. Toyota | 05 CA 000346, Division D | Circuit Court, 13th Jud. Circuit, Hillsborough County, FL | Depo |
| 57 | 8/1/2008 | Mommsen v. Toyota | 07-C-0455-C | USDC for the Western District of WI | Depo |
| 58 | 11/12/2008 | Mommsen v. Toyota | 07-C-0455-C | USDC for the Western District of WI | Trial |
| 59 | 12/12/2008 | McLeod v. Autoliv | 2006-CP-23-4854 | Court of Common Pleas, 13th Jud. Circuit, Greenville County, SC | Depo |
| 60 | 12/19/2008 | Corey v. Graco | 06CV610C | State Superior Court, Habersham County, GA | Depo |
| 61 | 1/6/2009 | Johnson v. Evenflo | 1:06-CV-0688 | USDC for the Northern District of IL, Eastern Division | Depo |
| 62 | 1/14/2009 | Knelson v. Toyota | 2:07-CV-358-JDF | USDC for the Eastern District of TX, Marshall Division | Depo |
| 63 | 1/22/2009 | Espinosa v. Graco | 2:07-CV-517-TJW | USDC for the Eastern District of TX, Marshall Division | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|    | Date       | Case Name          | Case Number          | Court Name                                              | Type  |
|----|------------|--------------------|----------------------|---------------------------------------------------------|-------|
| 64 | 4/30/2009  | Waltman v. Dorel   | 07-4029              | USDC for the Eastern District of PA                     | Depo  |
| 65 | 5/29/2009  | King v. Toyota     | 2004-P01144-A        | Probate Court, El Paso, TX                              | Trial |
| 66 | 6/1/2009   | King v. Toyota     | 2004-P01144-A        | Probate Court, El Paso, TX                              | Trial |
| 67 | 1/20/2010  | Hernandez v. Graco | 47-CV-2008-900223.00 | Circuit Court of Madison County, AL                     | Depo  |
| 68 | 1/22/2010  | Dwire v. Evenflo   | 2006L013191          | Circuit Court of Cook County, IL - County Dept, Law Division | Depo  |
| 69 | 2/2/2010   | Lozano-Banks v. Ford | 08A-14464-3        | State Court of Cobb County,                             | Depo  |
| 70 | 3/2/2010   | Leadbetter v. Nissan | 06-C-1333          | Circuit Court of Kanawha County, WV                     | Depo  |
| 71 | 3/4/2010   | Holmes v. Ford     | 2004VS065225Y        | State Court of Fulton County,                           | Depo  |
| 72 | 8/13/2010  | Duarte v. Graco    | 08-CA-026481         | Circuit Court, 20th Jud. Circuit, Lee County, FL        | Depo  |
| 73 | 9/14/2010  | Gartell v. Ford    | CV2008-003790        | Superior Court, Maricopa County, AZ                     | Depo  |
| 74 | 9/16/2010  | Mack v. Toyota     | CAM-L-145-07         | Superior Court of NJ, Law Division; Camden County       | Depo  |
| 75 | 9/30/2010  | Roman-Soto v. Graco | 08-CA-0005334-O     | Circuit Court, 9th Jud. Circuit, Orange County, FL      | Depo  |
| 76 | 10/7/2010  | Dwire v. Evenflo   | 2006L013191          | Circuit Court of Cook County, IL - County Dept, Law Division | Trial |
| 77 | 10/20/2010 | Linden v. CNH      | 3:09-CV-0019-JEG-CFB | USDC Southern District of IA, Davenport Division        | Depo  |
| 78 | 2/8/2011   | Leytham v. DBI     | 02-CV-2006-002263.00 | Circuit Court of Mobile County, AL                      | Depo  |

## WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

| | Date | Case Name | Case Number | Court Name | Type |
|---|---|---|---|---|---|
| 79 | 2/17/2011 | Roman-Soto v. Graco | 08-CA-0005334-O | Circuit Court, 9th Jud. Circuit, Orange County, FL | Depo |
| 80 | 3/29/2011 | Lyons v. Dorel | 3:09-cv-168 | USDC Southern District of IA, Eastern Division | Depo |
| 81 | 3/31/2011 | Mendez v. Toyota | CV 031349 | Superior Court of San Joaquin, CA | Depo |
| 82 | 4/6/2011 | Linden v. CNH | 3:09-CV-00I9-JEG-CFB | USDC Southern District of IA, Davenport Division | Trial |
| 83 | 6/10/2011 | Lyons v. Dorel | 3:09-cv-168 | USDC Southern District of IA, Eastern Division | Trial |
| 84 | 6/16/2011 | Barack v. Honda | 09-cv-00565 (AWT) | USDC District of CT | Depo |
| 85 | 7/14/2011 | Lindner v. Evenflo | 2:10-cv-00051-LDG-LRL | USDC District of NV | Depo |
| 86 | 8/10/2011 | Romero v. Toyota | 1:10-cv-21699-JAL | USDC Southern District of FL, Miami Division | Depo |
| 87 | 8/22/2011 | McCune v. Graco | 5:2009cv00107 | USDC Eastern District of TX, Texarkana Division | Trial |
| 88 | 9/1/2011 | Musick v. Dorel | 1:11-CV-00005 | USDC Western District of VA, Abingdon Division | Depo |
| 89 | 10/12/2011 | Race/Robinson v. Evenflo | 09 CVS 4913 | General Court of Justice Superior Court Division of Onslow County, NC | Depo |
| 90 | 11/7/2011 | Northcutt v. IMMI | 2:10-cv-00433-DF-CE | USDC Eastern District of TX, Marshall Division | Trial |
| 91 | 11/11/2011 | Musick v. Dorel | 1:11-CV-00005 | USDC Western District of VA, Abingdon Division | Trial |

## WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|     | Date       | Case Name                  | Case Number        | Court Name                                      | Type |
|-----|------------|----------------------------|--------------------|-------------------------------------------------|------|
| 92  | 12/22/2011 | Hagan v. Toyota            | 24-C-09-000865MY   | Circuit Court of Baltimore City, MD             | Depo |
| 93  | 1/10/2012  | Romph v. Evenflo           | 10AC-CC00289       | Circuit Court of Cole County, MO                | Depo |
| 94  | 4/4/2012   | Hadjih v. Evenflo          | 10-CV-02435-RBJ-   | USDC District of CO                             | Depo |
| 95  | 7/31/2012  | Hagan v. Toyota            | 24-C-09-000865MY   | Circuit Court of Baltimore City, MD             | Depo |
| 96  | 11/7/2012  | Middleton v. Autoliv       | 7:10-cv-02529      | USDC District of SC, Spartanburg Division       | Depo |
| 97  | 11/14/2012 | Hadjih v. Evenflo          | 10-CV-02435-RBJ-   | USDC District of CO                             | Trial |
| 98  | 11/15/2012 | Hadjih v. Evenflo          | 10-CV-02435-RBJ-   | USDC District of CO                             | Trial |
| 99  | 12/13/2012 | Quinton v. Toyota          | 1:10-2187-TLW-SVH  | USDC District of SC, Aiken Division             | Depo |
| 100 | 1/4/2013   | Peebles v. Nissan          | 09C-14232-6        | State Court of Gwinnett County, GA              | Depo |
| 101 | 1/10/2013  | Romph v. Evenflo           | 10AC-CC00289       | Circuit Court of Cole County, MO                | Depo |
| 102 | 6/13/2013  | Einsele v. Dorel           | 09-C-1632          | Circuit Court of Kanawha County, WV             | Depo |
| 103 | 7/26/2013  | Peebles v. Nissan          | 09C-14232-6        | State Court of Gwinnett County, GA              | Depo |
| 104 | 11/11/2013 | Holmes v. Ford             | 2004VS065225Y      | State Court of Fulton County,                   | Trial |
| 105 | 11/14/2013 | Webb v. Graco              | 110500208          | Court of Common Pleas, Philadelphia County, PA  | Trial |
| 106 | 12/11/2013 | Odle v. Altria & Studebaker| 10-38282 CACE 21   | Circuit Court of 17 Jud. Circuit, Broward County, FL | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|  | Date | Case Name | Case Number | Court Name | Type |
|---|---|---|---|---|---|
| 107 | 12/18/2013 | Brewer v. Thomas Built | CV-2012-900001 | Circuit Court of Choctaw County, AL | Depo |
| 108 | 2/5/2014 | Parker v. Evenflo | 145716 | Superior Court of Butte County, CA | Depo |
| 109 | 2/26/2014 | Geris c. DiSilva Taunton Express | 07 CV 00376 | USDC Western District of NY | Depo |
| 110 | 2/28/2014 | Greene v. Toyota | 3-11CV-0207-N | USDC Northern District of TX, Dallas Division | Depo |
| 111 | 3/18/2014 | Lacy v. IMMI | CV-2012-902600.00 | Circuit County for Mobile County, AL | Depo |
| 112 | 5/23/2014 | Barack v. Honda | 09-cv-00565 (AWT) | USDC District of CT | Trial |
| 113 | 5/27/2014 | Barack v. Honda | 09-cv-00565 (AWT) | USDC District of CT | Trial |
| 114 | 9/23/2014 | Soderman v. Toyota | 13-CV-0841 | District Court of Galveston County, TX, 212th Jud. District | Depo |
| 115 | 10/16/2014 | Davis v. Isuzu | CV201000098 | Superior Court of Navajo County, AZ | Depo |
| 116 | 11/18/2014 | Meads v. Harmony | 50-2011-CA-008858-XXXXMB A0 | Circuit Court of 15th Jud. Circuit, Palm Beach County, FL | Depo |
| 117 | 1/6/2015 | Kilgo v. Autoliv | 31-CV-2011-900399.00 | Circuit Court of Etowah County, AL | Depo |
| 118 | 7/14/2015 | Hadjih v. Evenflo | 10-CV-02435-RBJ- | USDC District of CO | Depo |
| 119 | 10/14/2015 | Lindner v. Evenflo | 2:10-cv-0051-LDG(LRL) | USDC District of NV | Trial |
| 120 | 10/15/2015 | Lindner v. Evenflo | 2:10-cv-0051-LDG(LRL) | USDC District of NV | Trial |
| 121 | 11/6/2015 | Einsele v. Dorel | 09-C-1632 | Circuit Court of Kanawha County, WV | Trial |

## WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|     | Date | Case Name | Case Number | Court Name | Type |
|-----|------|-----------|-------------|------------|------|
| 122 | 12/14/2015 | Hadjih v. Evenflo | 10-CV-02435-RBJ- | USDC District of CO | Trial |
| 123 | 12/15/2015 | Hadjih v. Evenflo | INC037149 | USDC District of CO | Trial |
| 124 | 1/22/2016 | Christensen v. Alaska Sales & Service, Inc. | 3AN-10-7948 CIV | Superior Court for AL, 3rd Jud. District at Anchorage | Trial |
| 125 | 2/11/2016 | Andrews v. Mazda | 1:14-CV-03432-WSD | USDC Northern District of GA, Atlanta Division | Depo |
| 126 | 2/25/2016 | Georg v. Ford | 6:15-CV-141-ORL-31GJK | USDC Middle District of FL, Orlando Division | Depo |
| 127 | 3/23/2016 | Hinson v. Dorel | 2:15-cv-713-JRG-RSP | USDC Eastern District of TX, Marshall Division | Depo |
| 128 | 6/15/2016 | Hinson v. Dorel | 2:15-cv-713-JRG-RSP | USDC Eastern District of TX, Marshall Division | Trial |
| 129 | 9/6/2016 | Beecher v. Dorel | No. 15 CV 1152 | Circuit Court of Racine County, WI | Depo |
| 130 | 9/20/2016 | Cantrell v. Toyota | 60CV-14-3007 | Circuit Court of Pulaski County, AR Civil Division | Trial |
| 131 | 12/15/2016 | Arias v. Evenflo | 4:15-cv-00863 | USDC for Southern District of TX, Marshall Division | Depo |
| 132 | 3/7/2017 | Gregory v. Kia | CV 2015-004389 | Superior Court of Maricopa County, AZ | Depo |
| 133 | 3/17/2017 | Ribiero v. Baby Trend | 8:12-cv-204 | USDC District of NE | Depo |
| 134 | 4/13/2017 | Brewster v. Dorel | 4:15-cv-02285 | USDC Northern District of AL, Middle Division | Depo |
| 135 | 6/14/2017 | Somoza v. Evenflo | 2015-CA-001596 | Circuit Court of 4th Jud. Court, Duval County, FL | Trial |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|     | Date | Case Name | Case Number | Court Name | Type |
|-----|------|-----------|-------------|------------|------|
| 136 | 12/22/2017 | Smith (K.) v. Toyota | 12:16-CV-24 | USDC, Eastern District of MO, Northern Division | Depo |
| 137 | 2/28/2018 | Somoza v. Evenflo | 2015-CA-001596 | Circuit Court of 4th Jud. Court, Duval County, FL | Trial |
| 138 | 3/13/2018 | Castillo et al. v. MCI | Lead Case No. BC549973 | Superior Court of the State of CA, Los Angeles County | Depo |
| 139 | 4/12/2018 | Cook v. Graco | CC-14-02235-C | County Court at Law No. 3, Dallas County, TX | Depo |
| 140 | 4/27/2018 | Smith (K.) v. Toyota | 12:16-CV-24 | USDC, Eastern District of MO, Northern Division | Trial |
| 141 | 5/11/2018 | Yeager v. Evenflo | 4:15-CV-175 | USDC Southern District of IN, New Albany Division | Depo |
| 142 | 5/22/2018 | Harmon v. Nissan | 15-C-06436-SI | State Court of Gwinnett County, GA | Depo |
| 143 | 6/1/2018 | Reavis v. Toyota | DC-16-15296 | District Court of Dallas County, TX. G-134th Jud. Circuit | Depo |
| 144 | 8/9/2018 | Reavis v. Toyota | DC-16-15296 | District Court of Dallas County, TX. G-134th Jud. Circuit | Trial |
| 145 | 8/10/2018 | Reavis v. Toyota | DC-16-15296 | District Court of Dallas County, TX. G-134th Jud. Circuit | Trial |
| 146 | 10/8/2018 | Kashper v. Toyota | 1:17-cv-12462 | USDC for District of MA | Depo |
| 147 | 10/12/2018 | Faust v. Autoliv | 5:16-cv-00961-F | USDC for Western District of | Depo |
| 148 | 1/18/2019 | Killmon v. Dorel | 4:17-cv-00251 | USDC for Southern District IA, Central Division | Depo |
| 149 | 2/11/2019 | Didier v. FCA | 4:18-cv-00098 | USDC for Eastern District of TX, Sherman Division | Depo |

# WILLIAM VAN ARSDELL - COMBINED TESTIMONY LIST

|     | Date | Case Name | Case Number | Court Name | Type |
| --- | --- | --- | --- | --- | --- |
| 150 | 4/5/2019 | Chaides v. Volkswagen | CV2017001815 | Superior Court of Maricopa County, AZ | Depo |
| 151 | 5/30/2019 | Lyles v. JLRNA | 15-C-1023 | Circuit Court of Kanawha County, WV | Depo |
| 152 | 6/12/2019 | Brown v. Evenflo | 614203/2017 | Supreme Court of NY, Suffolk County | Depo |
| 153 | 10/29/2019 | Gutierrez v. Toyota | 2:19-cv-58 | USDC Eastern District of TX, Marshall Division | Depo |
| 154 | 11/8/2019 | Jones v. Hyundai | 2015-CP-38-00397 | Court of Common Pleas, Orangeburg County, SC | Depo |
| 155 | 5/21/2020 | Hartwell v. Honda | 16-CV-00641 | Circuit Court of Hinds County, MS | Depo |
| 156 | 7/1/2020 | Schlepler v. Honda | 2:18-CV-6043 | USDC for Central District of | Depo |
| 157 | 11/10/2020 | Shelton v. Draco | 15CV33058 | District Court of Shelby County, TX | Trial |
| 158 | 11/11/2020 | Shelton v. Draco | 15CV33058 | District Court of Shelby County, TX | Trial |
| 159 | 6/29/2021 | Bortz v. Toyota | 480810-V | Circuit Court of Montgomery County, MD | Depo |