# Mazda J48C

欧州名：Mazda 3　日本名：AXELA



Tollgate-4　　Date:2003.11.18

**PLAINTIFF'S EXHIBIT PX 372**

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01028

# J48C案件 コストの推移

| | Initial 2001/7/2 | | Target 2001/7/2 | | 価格締結 2001/12/20 | | TG1 2002/8/1 | | TG2 2002/10/11 | | TG3 2003/6/17 | | TG4 2003/11/18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBIT per Car-set | -102.86 | -1.3% | 379.70 | 4.7% | 222.43 | 2.9% | 89.18 | 1.1% | -145.71 | -1.8% | 280.40 | 3.2% | 242.08 | 2.8% |
| Sales Price (Avg) | 8,200.00 | | 8,025.00 | | 7,576.00 | | 7,848.18 締結からの仕様変更 | | 7,943.51 | | 8,730.07 E=122.96,$=122.02,T=2.85 売価の外貨登録 | | 8,721.84 E=134.45,$=119.96,T=2.9 | |
| Direct Material per BOM (Avg) | 6,829.31 E=105,$=110,T=2.8 | | 5,554.00 PBP内製化 外製組立費をDLへ移行 | | 5,292.73 R27LLD→LL 他仕様変更VA/VE | | 5,176.86 | | 5,419.79 K12BK(Tongue)コスト精査 | | 5,221.87 E=119.6,$=122.4,T=2.8 全てAJS生産でKD費減 | | 5,235.24 | |
| Labor minutes per car-set (Avg) | 48.52 (min) ANG情報 | | 59.35 (min) AJS調査内容に置換え | | 59.10 (min) | | 55.05 (min) H-ADJ仕様変更他 | | 46.29 (min) 製造による目標値見直し | | 46.29 (min) | | 61.11 (min) 実績値で見直し AJS実績の場合 39.50min | |
| Direct Labor (Avg) | 183.85 | | 558.95 外製組立費をDMから移行 | | 443.13 | | 651.88 R27LL生産 ATS→AJS | | 630.97 | | 1,142.82 全てAJS生産による | | 646.18 RRベルト AJS→ATH | |
| ATS Overhead on DM | 0.00 DMIに含む | | 0.00 | | 0.00 | | 202.47 DMから分離 | | 230.71 | | 0.00 全てAJS生産による | | 396.56 RRベルト AJS→ATH レート見直し 12%→21% | |
| Scrap, freight, pkg, duty on DM | 336.94 | | 218.98 | | 137.61 | | 181.19 Pkgレート見直し 2.1%→3.0% | | 189.70 | | 182.76 | | 320.11 タイ品レート見直し 3.0%→10.0% | |
| Freight on sales | 0.00 | | 0.00 | | 191.55 PACTに項目追加 | | 231.38 Freレート見直し 2.5%→4.0% | | 272.51 | | 349.19 | | 470.99 Freレート見直し 4.0%→5.4% | |
| Subtotal Direct Costs | 7,350.10 | | 6,331.93 | | 6,065.02 | | 6,443.78 | | 6,743.68 | | 6,896.64 | | 7,069.08 | |
| Contribution Margin | 849.90 | 10.4% | 1,693.07 | 21.1% | 1,510.98 | 19.9% | 1,404.40 | 17.9% | 1,199.83 | 15.1% | 1,833.43 | 21.0% | 1,652.76 | 18.9% |
| Overhead/SG&A | 729.32 | 8.9% | 917.94 | 11.4% | 984.88 | 13.0% | 929.92 | 11.8% | 941.51 | 11.9% | 1,134.89 SOP全てAJS生産による | 13.0% | 1,035.31 | 11.9% |
| Development Cost (yrs) | 96.85 | | 122.43 | | 91.04 | | 100.17 見直し | | 93.96 | | 102.97 | | 104.51 | |
| Capital Amortization | 126.59 | | 273.00 | | 212.63 | | 285.13 H-ADJ仕様変更による | | 310.07 R27設備能力見直し 等 | | 315.17 | | 270.86 金型、設備実績反映 | |

今後のEBIT改善見通し
コーキングスポンジ　+0.7%
PBP追加工廃止　+0.3%

Confidential - Produced Pursuant to Protective Order/Andrews v. Mazda

AUTOLIV01051