PLAINTIFF'S EXHIBIT
PX 400

04/16/2013

ANDREWS 0300