

PLAINTIFF'S
EXHIBIT

PX 456

ANDREWS 1177