

PLAINTIFF'S EXHIBIT PX 477

ANDREWS 0051