

PLAINTIFF'S EXHIBIT PX 481

ANDREWS 0055