

PLAINTIFF'S EXHIBIT PX 501

ANDREWS 0075