

PLAINTIFF'S
EXHIBIT

PX 503

exhibitsticker.com

ANDREWS 0077