

PLAINTIFF'S EXHIBIT PX 504

ANDREWS 0078