

PLAINTIFF'S EXHIBIT PX 507

ANDREWS 0081