PLAINTIFF'S
EXHIBIT

PX 513

exhibitsticker.com

ANDREWS 0087