

PLAINTIFF'S EXHIBIT PX 526

ANDREWS 0100