PLAINTIFF'S
EXHIBIT

PX 529

