

PLAINTIFF'S EXHIBIT PX 547

ANDREWS 0121