PLAINTIFF'S
EXHIBIT

PX 610

