

PLAINTIFF'S
EXHIBIT

PX 659

ANDREWS 1561