

PLAINTIFF'S
EXHIBIT

PX 669

ANDREWS 1571