

PLAINTIFF'S EXHIBIT PX 669

ANDREWS 1571