

**ANDREWS 1609**