PLAINTIFF'S
EXHIBIT
PX 708
exhibitsticker.com

ANDREWS 1610