

PLAINTIFF'S EXHIBIT PX 745

ANDREWS 1637