

PLAINTIFF'S EXHIBIT PX 781

ANDREWS 1876