PLAINTIFF'S
EXHIBIT
PX 782
exhibitsticker.com

