

PLAINTIFF'S EXHIBIT

PX 785

exhibitsticker.com