

PLAINTIFF'S
EXHIBIT

PX 786