

PLAINTIFF'S EXHIBIT PX 788