PLAINTIFF'S
EXHIBIT
PX 824
exhibitsticker.com