

PLAINTIFF'S EXHIBIT
PX 908