
U.S. Department of Transportation
**National Highway Traffic Safety Administration**

# TRAFFIC SAFETY FACTS
Crash • Stats



PLAINTIFF'S EXHIBIT PX 1043

DOT HS 812 137 — A Brief Statistical Summary — April 2015

# Lives Saved in 2013 by Restraint Use and Minimum Drinking Age Laws

**Findings:** In 2013, the use of seat belts in passenger vehicles saved an estimated 12,584 lives (occupants 5 and older), and an estimated 2,388 lives (occupants 13 and older) were saved by frontal air bags. An estimated 263 lives (child occupants 4 and younger) were saved by the use of child restraints, and 1,630 lives were saved by the use of motorcycle helmets. An additional 2,800 lives would have been saved in 2013 if all unrestrained passenger vehicle occupants 5 and older involved in fatal crashes had worn their seat belts. If all motorcyclists had been helmeted, then an additional 715 lives would have been saved. An estimated 504 lives were saved due to minimum-drinking-age laws.

**Introduction:** The annual estimates of lives saved, as shown in Table 1, have been produced by NHTSA's National Center for Statistics and Analysis since 1975. The estimates are calculated using the effectiveness of each device or law that is mentioned. More information on the methodology of lives-saved estimates is available in two NHTSA publications, *Lives Saved FAQs* (NHTSA, 2009, Report No. DOT HS 811 105), which answers 30 common questions about lives saved and includes references to many other reports on lives saved; and *Lives Saved Calculations for Seat Belts and Frontal Air Bags* (Glassbrenner & Starnes, 2009, Report No. DOT HS 811 206), which describes in detail the methodology of estimating lives saved by seat belts and frontal air bags.

**Results:** Table 1 shows that the number of lives saved by seat belts among occupants 5 and older increased from 12,386 in 2012 to 12,584 in 2013. The number of lives saved by child restraints, frontal air bags, motorcycle helmets and the minimum-drinking-age laws all decreased from 2012 to 2013.

**Table 1: Lives Saved by Restraint Use, and 21-Year-Old-Minimum-Drinking-Age Laws, and Additional Lives That Would Have Been Saved at 100-Percent Seat Belt and Motorcycle Helmet Use, 2009–2013**

| Year | Lives Saved, Age 4 & Younger — Child Restraints | Lives Saved, Age 5 & Older — Seat Belts | Lives Saved, Age 13 & Older — Frontal Air Bags | Lives Saved, All Ages — Motorcycle Helmets | Lives Saved — Minimum Drinking Age Law | Additional Lives That Would Have Been Saved at 100 Percent Use — Seat Belts | Additional Lives That Would Have Been Saved at 100 Percent Use — Motorcycle Helmets |
|---|---|---|---|---|---|---|---|
| 2009† | 307 | 12,757 | 2,481 | 1,486 | 636 | 3,690 | 733 |
| 2010† | 303 | 12,670 | 2,403 | 1,551 | 560 | 3,356 | 711 |
| 2011† | 262 | 12,071 | 2,341 | 1,622 | 543 | 3,396 | 707 |
| 2012† | 285 | 12,386 | 2,422 | 1,715 | 537 | 3,051 | 782 |
| 2013 | 263 | 12,584 | 2,388 | 1,630 | 504 | 2,800 | 715 |

Source: 2009–2012 FARS Final Files and FARS 2013 Annual Report File
†2009–2012 estimates differ from previously published estimates due to a computational correction. Previous estimates did not properly account for 2010 through 2013 model year passenger vehicles.

Table 2 shows lives-saved totals in 2013 for all 50 States, the District of Columbia, and Puerto Rico. The far left column is the lives saved by child restraints, and the next three columns refer respectively to lives saved by seat belts, lives saved by frontal air bags, and lives saved by motorcycle helmets. The numbers in the two far right columns represent the additional lives savable at 100-percent seat belt use and 100-percent helmet use, respectively. Due to rounding, the sum of the State totals may not equal the national total.

Published by NHTSA's National Center for Statistics and Analysis       1200 New Jersey Avenue SE., Washington, DC 20590

### Table 2: Lives Saved in 2013 by Child Restraints, Seat Belts, Frontal Air Bags, and Motorcycle Helmets

| State | Lives Saved by Child Restraints, Age 4 and Younger | Lives Saved by Seat Belts, Age 5 and Older | Lives Saved by Frontal Air Bags, Age 13 and Older | Lives Saved by Motorcycle Helmets, All Ages | Additional Lives Savable At 100-Percent Restraint Use | |
|---|---|---|---|---|---|---|
| | | | | | Seat Belts | Motorcycle Helmets |
| Alabama | 16 | 331 | 77 | 47 | 22 | 0 |
| Alaska | 0 | 17 | 2 | 4 | 5 | 1 |
| Arizona | 2 | 241 | 49 | 38 | 74 | 32 |
| Arkansas | 5 | 190 | 40 | 12 | 84 | 15 |
| California | 17 | 1,164 | 159 | 248 | 60 | 13 |
| Colorado | 8 | 160 | 35 | 19 | 62 | 21 |
| Connecticut | 5 | 104 | 21 | 16 | 24 | 10 |
| Delaware | 0 | 31 | 6 | 8 | 4 | 3 |
| District of Columbia | 0 | 7 | 1 | 2 | 0 | 0 |
| Florida | 8 | 750 | 141 | 144 | 179 | 90 |
| Georgia | 16 | 454 | 91 | 66 | 38 | 2 |
| Hawaii | 1 | 21 | 5 | 6 | 3 | 7 |
| Idaho | 1 | 66 | 16 | 7 | 29 | 5 |
| Illinois | 7 | 377 | 77 | 22 | 45 | 43 |
| Indiana | 8 | 378 | 61 | 12 | 52 | 35 |
| Iowa | 1 | 145 | 27 | 6 | 23 | 12 |
| Kansas | 1 | 137 | 29 | 9 | 56 | 7 |
| Kentucky | 1 | 261 | 54 | 17 | 76 | 22 |
| Louisiana | 5 | 258 | 57 | 40 | 88 | 7 |
| Maine | 1 | 72 | 14 | 1 | 22 | 5 |
| Maryland | 5 | 177 | 32 | 34 | 29 | 2 |
| Massachusetts | 0 | 94 | 27 | 20 | 48 | 2 |
| Michigan | 8 | 462 | 67 | 40 | 53 | 26 |
| Minnesota | 4 | 193 | 29 | 12 | 17 | 15 |
| Mississippi | 4 | 259 | 57 | 22 | 135 | 1 |
| Missouri | 1 | 250 | 67 | 40 | 111 | 3 |
| Montana | 1 | 66 | 16 | 7 | 41 | 8 |
| Nebraska | 1 | 62 | 19 | 8 | 35 | 0 |
| Nevada | 2 | 74 | 13 | 30 | 7 | 3 |
| New Hampshire | 0 | 46 | 12 | 4 | 24 | 6 |
| New Jersey | 7 | 202 | 39 | 32 | 34 | 1 |
| New Mexico | 1 | 98 | 19 | 9 | 16 | 9 |
| New York | 11 | 435 | 72 | 91 | 65 | 6 |
| North Carolina | 19 | 562 | 96 | 102 | 112 | 6 |
| North Dakota | 3 | 42 | 13 | 3 | 25 | 1 |
| Ohio | 6 | 361 | 86 | 26 | 110 | 33 |
| Oklahoma | 9 | 251 | 53 | 9 | 84 | 29 |
| Oregon | 0 | 175 | 23 | 19 | 6 | 1 |
| Pennsylvania | 15 | 367 | 98 | 52 | 126 | 35 |
| Rhode Island | 0 | 19 | 4 | 3 | 5 | 2 |
| South Carolina | 4 | 282 | 58 | 26 | 44 | 39 |
| South Dakota | 0 | 45 | 11 | 4 | 32 | 6 |
| Tennessee | 9 | 377 | 85 | 75 | 117 | 4 |
| Texas | 27 | 1,549 | 244 | 118 | 273 | 109 |
| Utah | 3 | 92 | 14 | 7 | 30 | 7 |
| Vermont | 0 | 33 | 6 | 3 | 9 | 1 |
| Virginia | 2 | 284 | 63 | 45 | 115 | 1 |
| Washington | 3 | 203 | 26 | 42 | 18 | 1 |
| West Virginia | 3 | 131 | 28 | 9 | 48 | 3 |
| Wisconsin | 3 | 202 | 44 | 13 | 72 | 23 |
| Wyoming | 5 | 25 | 8 | 2 | 12 | 2 |
| **National*** | **263** | **12,584** | **2,388** | **1,630** | **2,800** | **715** |
| Puerto Rico | 0 | 74 | 19 | 10 | 16 | 9 |

*Estimates for States may not add up to national total due to independent rounding.

These figures and recent trends can also be found in the State Traffic Safety Information Web site at www-nrd.nhtsa.dot.gov/departments/nrd-30/ncsa/STSI/USA%20WEB%20REPORT.HTM

Published by NHTSA's National Center for Statistics and Analysis        1200 New Jersey Avenue SE., Washington, DC 20590

11496-041515-v2