

# Driver Seatbelt Spool Out
## 35 mph NCAP Tests

* Data not reported for; BMW Z4, Nissan Sentra, or Mitsubishi Eclipse

PLAINTIFF'S EXHIBIT PX 1074

# Driver Seatbelt Spool Out
## 35 mph NCAP Tests
### (Volvo S40 Mazda3 Comparison)



* Data not reported for; BMW Z4, Nissan Sentra, or Mitsubishi Eclipse