William Van Arsdell
Engineering Principles

| Invoice Number | Date of Invoice | Total Hours | Amount Invoiced |
|---|---|---|---|
| 3259 | 3/11/2015 | 0.30 | $129.00 |
| 3277 | 4/10/2015 | 28.00 | $10,650.20 |
| 3307 | 5/31/2015 | 13.60 | $5,319.32 |
| 3428 | 8/16/2015 | 47.00 | $18,163.24 |
| 3466 | 10/26/2015 | 1.60 | $578.00 |
| 3511 | 10/27/2015 | 1.80 | $774.00 |
| 3536 | 11/9/2015 | 1.50 | $310.00 |
| 3568 | 12/15/2015 | 77.90 | $20,534.00 |
| 3585 | 1/11/2016 | 109.80 | $27,339.42 |
| 3622 | 2/9/2016 | 58.90 | $16,928.90 |
| 3644 | 3/21/2016 | 120.60 | $37,584.37 |
| 3684 | 4/7/2016 | 32.20 | $9,905.00 |
| 3712 | 5/18/2016 | 4.20 | $1,090.00 |
| 3737 | 6/30/2016 | 12.00 | $3,740.00 |
| 4731 | 9/20/2018 | 0.70 | $385.00 |
| 4755 | 10/5/2018 | 6.50 | $2,171.00 |
| 4803 | 10/16/2018 | 2.10 | $709.00 |
| 4833 | 11/15/2018 | 1.00 | $342.00 |
| 4970 | 2/22/2019 | 0.40 | $100.00 |
| 5023 | 4/17/2019 | 32.10 | $11,158.86 |
| 5098 | 6/24/2019 | 3.40 | $1,188.00 |
| 5435 | 4/28/2020 | 15.80 | $6,947.00 |
| 5478 | 5/31/2020 | 87.10 | $34,904.50 |
| 5502 | 6/30/2020 | 7.70 | $3,176.00 |
| 5531 | 7/28/2020 | 0.80 | $252.00 |
| 5562 | 9/16/2020 | 3.30 | $1,150.50 |
| 5595 | 10/9/2020 | 54.50 | $19,439.50 |
| 5628 | 10/31/2020 | 24.10 | $9,621.00 |
| 5655 | 11/30/2020 | 16.70 | $9,773.00 |
| 5694 | 12/21/2020 | 0.30 | $183.00 |
| 5712 | 1/20/2021 | 4.30 | $1,708.50 |
| 5749 | 2/27/2021 | 4.80 | $2,032.50 |
| 5775 | 4/9/2021 | 2.50 | $1,253.50 |
| 5811 | 5/10/2021 | 0.20 | $128.00 |
| 5845 | 6/15/2021 | 5.40 | $2,952.00 |
| | | | |
| **TOTALS** | | 783.10 | $262,620.31 |

Plaintiff's Exhibit
PX 1099A