

PLAINTIFF'S EXHIBIT

PX 1101

ANDREWS 2059