⏱ 7 YEARS AGO



Micah gets Cady ready.

**PLAINTIFF'S EXHIBIT**
**PX 1102**

**ANDREWS 2060**