# Saving More Lives '18



Autoliv Annual Report 2018

# Autoliv Annual Report '18

## Content

03 ........... Global Presence
04 ........... 2018 in Summary
05 ........... The World's Largest Automotive Safety Supplier
06 ........... President's Letter
10 ........... Our Products
12 ........... Major Launches
16 ........... Financial & Sustainability Targets
18 ........... Market and Operations
24 ........... Strategy
32 ........... Employees
36 ........... Shareholders
38 ........... Board of Directors
39 ........... Executive Management Team

Plaintiff's Exhibit
PX 1128

## Item 6. Selected Financial Data

Selected financial data for the last five fiscal years ended December 31 for the Continuing Operations, unless noted, is summarized in the table below.

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2018 | 2017 | 2016 | 2015 | 2014[1] |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $ 8,678 | $ 8,137 | $ 7,922 | $ 7,636 | $ 9,240 |
| Operating income[4] | 686 | 860 | 831 | 708 | 723 |
| Income before income taxes[4] | 612 | 792 | 784 | 655 | 667 |
| Net income attributable to controlling interest[4] | 376 | 586 | 558 | 443 | 468 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,670 | 2,598 | 2,269 | 2,259 | 2,607 |
| Property, plant and equipment, net | 1,690 | 1,609 | 1,329 | 1,265 | 1,390 |
| Intangible assets (primarily goodwill) | 1,423 | 1,440 | 1,430 | 1,445 | 1,661 |
| Non-interest bearing liabilities | 2,595 | 2,418 | 2,154 | 2,049 | 2,400 |
| Capital employed[5] | 3,516 | 4,538 | 4,225 | 3,670 | 3,504 |
| Net debt[6, 8] | 1,619 | 368 | 299 | 202 | 62 |
| Total equity[5] | 1,897 | 4,169 | 3,926 | 3,468 | 3,442 |
| Total assets | 6,722 | 6,947 | 6,565 | 6,518 | 7,443 |
| Long-term debt[6] | 1,609 | 1,311 | 1,313 | 1,499 | 1,521 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic[4] | 4.32 | 6.70 | 6.33 | 5.03 | 5.08 |
| Earnings per share (US$) – assuming dilution[4] | 4.31 | 6.68 | 6.32 | 5.02 | 5.06 |
| Total parent shareholders' equity per share (US$)[5] | 21.63 | 46.38 | 41.69 | 39.22 | 38.64 |
| Cash dividends paid per share (US$) | 2.46 | 2.38 | 2.30 | 2.22 | 2.12 |
| Cash dividends declared per share (US$) | 2.48 | 2.40 | 2.32 | 2.24 | 2.14 |
| Share repurchases | — | 157 | — | 104 | 616 |
| Number of shares outstanding (million)[2] | 87.1 | 87.0 | 88.2 | 88.1 | 88.7 |
| **Ratios** | | | | | |
| Gross margin (%) | 19.7 | 20.6 | 20.6 | 20.5 | 19.5 |
| Operating margin (%)[4] | 7.9 | 10.6 | 10.5 | 9.3 | 7.8 |
| Pretax margin (%)[4] | 7.1 | 9.7 | 9.9 | 8.6 | 7.2 |
| Return on capital employed (%)[7] | 17 | n/a | n/a | n/a | 21 |
| Return on total equity (%)[4, 7] | 13 | n/a | n/a | n/a | 12 |
| Total equity ratio (%)[5] | 28 | 49 | 48 | 46 | 46 |
| Net debt to capitalization (%)[5, 6] | 46 | 8 | 7 | 6 | 2 |
| Days receivables outstanding | 71 | 76 | 70 | 71 | 71 |
| Days inventory outstanding | 35 | 35 | 32 | 31 | 32 |
| **Other data** | | | | | |
| Airbag sales[3] | 5,699 | 5,342 | 5,256 | 5,036 | 5,019 |
| Seatbelt sales | 2,980 | 2,794 | 2,665 | 2,599 | 2,800 |
| Capital expenditures, net | 486 | 464 | 398 | 397 | 453 |
| Net cash provided by operating activities[1] | 591 | 936 | 868 | 751 | 713 |
| Net cash used in investing activities[1] | (628) | (697) | (726) | (591) | (453) |
| Net cash (used in) provided by financing activities[1] | (245) | (566) | (200) | (319) | 226 |
| Number of employees, December 31 | 57,700 | 56,700 | 55,800 | 51,300 | 50,800 |

[1]   Including Discontinued Operations. This period has not been restated to reflect just continuing operations because it was not practicable to do so.
[2]   At year end, excluding dilution and net of treasury shares.
[3]   Including steering wheels, inflators and initiators.
[4]   Including antitrust provision expense of $210 million.
[5]   Impacted by the distribution of Veoneer on June 29, 2018 of approximately $2 billion recorded as a reduction of equity.
[6]   The increase in debt is primarily driven by our capitalization of Veoneer of approximately $1 billion prior to the distribution to the shareholders.
[7]   The Company has decided not to recalculate prior periods since the distribution of Veoneer had a significant impact on total equity and capital employed making the comparison less meaningful.
[8]   See section Non-U.S. GAAP Performance Measures in item 7.