

# Saving More Lives

'19

Autoliv Annual Report 2019

Autoliv

---

Autoliv Annual Report '19

# Content

03 .................................................... 2019 in Summary
05 .......... The World's Largest Automotive Safety Supplier
06 .................................................... President's Letter
08 .............................. Our Vision, Mission and Values
12 ................. Our Customers and Major Launches in 2019
14 ................................................ Strategy and Targets
22 ..................... Financial and Sustainability Targets
26 .................................................................. Operations
34 .................................................................... Innovation
42 ...................................................................... Employees
46 .................................................................. Shareholders
52 ............................................... Board of Directors
53 ........................... Executive Management Team
56 ............................................. Contacts and Calendar

Plaintiff's Exhibit
PX 1129A

## Item 6. Selected Financial Data

Selected financial data for the last five fiscal years ended December 31 for the Continuing Operations, unless noted, is summarized in the table below.

| (DOLLARS IN MILLIONS, EXCEPT PER SHARE DATA) | 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|---|
| **Sales and Income** | | | | | |
| Net sales | $ 8,548 | $ 8,678 | $ 8,137 | $ 7,922 | $ 7,636 |
| Operating income[4] | 726 | 686 | 860 | 831 | 708 |
| Income before income taxes[4] | 648 | 612 | 792 | 784 | 655 |
| Net income attributable to controlling interest[4] | 462 | 376 | 586 | 558 | 443 |
| **Financial Position** | | | | | |
| Current assets excluding cash | 2,557 | 2,670 | 2,598 | 2,269 | 2,259 |
| Property, plant and equipment, net | 1,816 | 1,690 | 1,609 | 1,329 | 1,265 |
| Intangible assets (primarily goodwill) | 1,410 | 1,423 | 1,440 | 1,430 | 1,445 |
| Non-interest bearing liabilities | 2,397 | 2,595 | 2,418 | 2,154 | 2,049 |
| Capital employed[5] | 3,772 | 3,516 | 4,538 | 4,225 | 3,670 |
| Net debt[6, 8] | 1,650 | 1,619 | 368 | 299 | 202 |
| Total equity[5] | 2,122 | 1,897 | 4,169 | 3,926 | 3,468 |
| Total assets | 6,771 | 6,722 | 6,947 | 6,565 | 6,518 |
| Long-term debt[6] | 1,726 | 1,609 | 1,311 | 1,313 | 1,499 |
| **Share data** | | | | | |
| Earnings per share (US$) – basic[4] | 5.29 | 4.32 | 6.70 | 6.33 | 5.03 |
| Earnings per share (US$) – assuming dilution[4] | 5.29 | 4.31 | 6.68 | 6.32 | 5.02 |
| Total parent shareholders' equity per share (US$)[5] | 24.19 | 21.63 | 46.38 | 41.69 | 39.22 |
| Cash dividends paid per share (US$) | 2.48 | 2.46 | 2.38 | 2.30 | 2.22 |
| Cash dividends declared per share (US$) | 2.48 | 2.48 | 2.40 | 2.32 | 2.24 |
| Share repurchases | — | — | 157 | — | 104 |
| Number of shares outstanding (million)[2] | 87.2 | 87.1 | 87.0 | 88.2 | 88.1 |
| **Ratios** | | | | | |
| Gross margin (%) | 18.5 | 19.7 | 20.6 | 20.6 | 20.5 |
| Operating margin (%)[4] | 8.5 | 7.9 | 10.6 | 10.5 | 9.3 |
| Pretax margin (%)[4] | 7.6 | 7.1 | 9.7 | 9.9 | 8.6 |
| Return on capital employed (%)[7] | 20 | 17 | n/a | n/a | n/a |
| Return on total equity (%)[4, 7] | 23 | 13 | n/a | n/a | n/a |
| Total equity ratio (%)[5] | 31 | 28 | 49 | 48 | 46 |
| Days receivables outstanding | 70 | 71 | 76 | 70 | 71 |
| Days inventory outstanding | 35 | 35 | 35 | 32 | 31 |
| **Other data** | | | | | |
| Airbag sales[3] | 5,676 | 5,699 | 5,342 | 5,256 | 5,036 |
| Seatbelt sales | 2,872 | 2,980 | 2,794 | 2,665 | 2,599 |
| Capital expenditures, net | 476 | 486 | 464 | 398 | 397 |
| Net cash provided by operating activities[1] | 641 | 591 | 936 | 868 | 751 |
| Net cash used in investing activities[1] | (476) | (628) | (697) | (726) | (591) |
| Net cash used in financing activities[1] | (338) | (245) | (566) | (200) | (319) |
| Number of employees, December 31 | 58,900 | 57,700 | 56,700 | 55,800 | 51,300 |

[1] Including Discontinued Operations for all comparable years.
[2] At year end, excluding dilution and net of treasury shares.
[3] Including steering wheels, inflators and initiators.
[4] Including antitrust provision expense of $210 million in 2018.
[5] Impacted by the distribution of Veoneer on June 29, 2018 of approximately $2 billion recorded as a reduction of equity.
[6] The increase in debt in 2018 is primarily driven by our capitalization of Veoneer of approximately $1 billion prior to the distribution to the shareholders.
[7] The Company has decided not to recalculate prior periods since the distribution of Veoneer had a significant impact on total equity and capital employed making the comparison less meaningful.
[8] See section Non-U.S. GAAP Performance Measures in Item 7.