| | | | | | | |
|---|---|---|---|---|---|---|
| A/S A/S A/S | | | PRODUCTION PLANT | | | |
| 420g 420g 420g | | | WEIGHT | | | |
| 603 1570 00 603 1571 00 603 1572 00 | | | RETRACTOR | | | |
| A B — | | | Index | | | |
| 16°R 16°L 16°R | | | POSITION OF DEVICE LEFT/RIGHT | MOUNTING IN VEHICLE | | |
| 0° 0° 0° | | | POSITION OF DEVICE FORWARD/BACKWARD | | | |
| 16°R 16°L 16°R | | | A-ANGLE | A-/B-ADJUSTMENT ANGLE CS SYSTEM | | |
| 0° 0° 0° | | | B-ANGLE | | | |
| MAZDA FAMILIA MAZDA FAMILIA MAZDA FAMILIA | | | CUSTOMER | | | |
| FR RH FR LH FR RH KISI | | | DESCRIPTION | | | |

**1.1**

| | | 1.2 |
|---|---|---|
| 603 2750 | | |
| FRAME | TYPE | TIE BAR |
| 603 1573 00 | A | 560 4446 21 |
| 603 1574 00 | B | " |

**2**

| | 2.1 | 2.2 | 2.3 | 2.4 |
|---|---|---|---|---|
| | | 560 4559 99 | | |
| SPINDLE COML.LL | SPINDLE | TORSION BER | RING | TREAD HEAD |
| Code | | | | |
| 560 9678 01  extra low | 560 9166 31 | 560 4431 21 | 560 4443 11 | 601 5970 00 |
| 560 9677 01  low | | 560 4432 21 | | |
| 560 9676 01  medium low | | 560 4433 21 | | |
| 560 9675 01  medium | | 560 4434 21 | | |
| 560 9674 01  medium high | | 560 4435 21 | | |
| 560 9673 01  high | | 560 4436 21 | | |

**3**

| LOCKING DOG | 566 249121 |
|---|---|

**4**

| | 4.1 | 4.2 | 4.3 |
|---|---|---|---|
| 566 3112 99 | | 566 3113 99 | |
| SPRING CASSETTE COMP. the number of winding spg. turns  Code | SPRING PLATE | RET. SPRING | SPRING COVER |
| 566 2494 51  BROWN, 0.18 | 560 4463 11 | 566 2500 21 | 560 4464 11 |
| 566 2495 51  GREEN, 0.19 | | 566 2501 21 | |
| 566 2496 51  GREY, 0.2 | | 566 2502 21 | |
| 566 2497 51  YELLOW, 0.21 | | 566 2503 21 | |
| 566 2498 51  ORANGE, 0.22 | | 566 2504 21 | |
| 566 2499 51  BLUE, 0.23 | | 566 2505 21 | |
| 560 9659 51  VIOLET, 0.24 | | 560 9658 21 | |

**5**

| 602 0473 | |
|---|---|
| MECH. COVER | MATERIAL |
| 602 0473 01 | Delrin 100T |

**6**

| | 6.1 | 6.2 | 6.3 | 6.4 | 6.5 |
|---|---|---|---|---|---|
| 602 2448 | 601 9733 | | | | |
| STEERING DISC ASSY  Code | STEERING DISC | DISC SPRING | WS-LEVER | WS-SPRING | BUSH |
| 602 2448 00  ORANGE, 17.5° | 601 9733 00 | 566 2525 21 | 600 1887 00 | 566 2527 21 | 601 2567 00 |
| 602 2448 01  BROWN 15° | 601 9733 01 | | | | |
| 602 2448 02  BLUE, 12.5° | 601 9733 02 | | | | |
| 602 2448 03  RED, 10° | 601 9733 03 | | | | |
| 602 2448 04  YELLOW, 7.5° | 601 9733 04 | | | | |
| 602 2448 05  GREEN, 5° | 601 9733 05 | | | | |
| 602 2448 06  GREY, 2.5° | 601 9733 06 | | | | |
| 602 2448 07  NATURE, 0° | 601 9733 07 | | | | |

**7**

| | 7.1 | 7.2 | 7.3 | 7.4 |
|---|---|---|---|---|
| 560 9647 99 | | | | |
| CS-SYSTEM COMP.  Ausfuehrung | TYPE | CS-MASS | CS-BEARING | CS-LEVER | CS-ADAPTER |
| 566 2528 01  PKW | CAR | 600 8296 00 | 601 6014 00 | 600 2249 00 | 566 2532 11 |

**8**

| 560 9132 99 | |
|---|---|
| WOBBLE GEAR | COLOR |
| 560 8917 11  1 ROTATION | - |
| 560 9133 11  6 ROTATION | - |
| 560 9134 11  7 ROTATION | - |
| 560 9135 11  8 ROTATION | GREEN |
| 560 9136 11  9 ROTATION | YELLOW |
| 560 9137 11  10 ROTATION | RED |
| 560 9138 11  11 ROTATION | BLUE |
| 560 9139 11  12 ROTATION | ORANGE |
| 560 9140 11  13 ROTATION | NATURE |
| 560 9141 11  14 ROTATION | - |
| 560 9142 11  15 ROTATION | - |

**9**

| KISI-LEVER | 560 8920 11 |
|---|---|

**10**

| WEBBING GUIDE | 560 5815 11 |
|---|---|

**11**

| SHIPPING STOP | 566 3203 15 |
|---|---|

**12**

| STICKER | 602 1010 00 |
|---|---|

FOR DETAIL DIMENSION SEE SHEET 1/21

A-ANGLE: ⊕ = RIGHT, ⊖ = LEFT
B-ANGLE: ⊕ = FORWARD, ⊖ = BACKWARDS

Autoliv

RETRACTOR ASSY STANDING FRAME A./S R27-LL

6031569

Plaintiff's Exhibit PX 1149 exhibitsticker.com