

Plaintiff's Exhibit

PX 1152

exhibitsticker.com