# In the Matter Of:

## Andrews vs Autoliv Japan

## Mariusz Ziejewski, PhD

*October 12, 2018*



3200 COBB GALLERIA PARKWAY
SUITE 265
ATLANTA, GA 30339

**Plaintiff's Exhibit**

**PX 1159**

Andrews vs Autoliv Japan     Mariusz Ziejewski, PhD     10/12/2018

```
 1   testimony?
 2   A.   No.
 3   Q.   Which of the cases on this list, doctor,
 4   involve allegations that the driver's side airbag
 5   should have deployed but did not?
 6   A.   Cannot tell you.
 7   Q.   But you have testified in cases like that?
 8   A.   Oh, sure.
 9   Q.   Okay.
10   A.   And I was -- we know the airbags can
11   malfunction.  Whether they don't deploy or maybe
12   they are not effective because damage to the
13   steering column or other reasons.
14   Q.   Have you ever testified in a case where
15   there was a frontal impact speed of 35 miles per
16   hour or more where the driver's side airbag
17   failed to deploy?
18   A.   I am pretty sure I did but I cannot tell
19   you.
20   Q.   You can't tell me which one of those cases
21   it is?
22   A.   No, I can't.
23   Q.   And you can't recall what the injuries were
24   in that case?
25   A.   At 35 miles an hour, no airbag deployment,
```

Andrews vs Autoliv Japan          Mariusz Ziejewski, PhD          10/12/2018

```
 1   probably death.
 2   Q.     And why do you say that?
 3   A.     Well, considering the limitations, how did
 4   some of the seatbelts are designed, I believe
 5   that there is not much choice.  Like in this case
 6   the seatbelt did not function, did not restrain
 7   the occupant, period, period.  So if you accept
 8   that as a state of art in the seatbelt design,
 9   you don't have an airbag you are screwed
10   essentially.  You are going to die because
11   seatbelt will not protect you.  That is the
12   problem.
13   Q.     How many times do you think you've testified
14   in a case involving a frontal collision, speed of
15   35 miles per hour or more where the driver's side
16   airbag failed to deploy?
17   A.     I don't know.
18   Q.     Just estimate, five times, 100 times, just
19   trying to get a sense?
20   A.     No.  There was some and whether or not there
21   were half a dozen of those cases, I don't know.
22   Deployment is a one thing, the other thing is the
23   airbag being shoved to the side so it's not
24   efficient, effective.  To me obviously two
25   different things, but I cannot distinguish cases,
```